**Leave to file GRANTED
by Judge Amit P. Mehta
on 11/29/2022.**



**James Beeks**
House of Edwards
Florida

From: :james beeks:
8815 Conroy-Windermere Rd. #296
Orlando, Florida [32835]
Phone: 407-782-2641
Email: jamesthejust99@outlook.com

Re: Case #(s) 1:21-mj-00660; 1:21-cr-28

To: The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W. Washington D. C.
20001

Your Honor,

I am informing the court that I will no longer be represented by the public defender Josh Uller and will be in Propria Persona Sui Juris from henceforth to handle the above-mentioned case.

I could not agree on the direction of the defense with the public defender. Additionally, on his bond that we contractually agreed to, he has violated my constitutional rights therefore, I had to release him from the case.

If there are any questions or concerns, please email me at jamesthejust99@outlook.com for fastest response.

Sincerely,

*James Beeks* all rights reserved
:james beeks: --In Propria Person Sui Juris

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**