# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:21-cr-00028-7-APM |
| ) | |
| LAURA STEELE ) | |
| _____ ) | |

## NOTICE OF JOINING MOTIONS

Defendant, Laura Steele, provides notice to the Court and parties that she joins and adopts the following motions filed by her co-defendants:

ECF Docs. 782, 786, 787, 788, 790, 791, & 792.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Joining Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 18th day of December, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper