CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SANDRA PARKER, BENNIE PARKER, LAURA STEELE, CONNIE MEGGS, WILLIAM ISAACS, and MICHAEL GREENE

Civil/Criminal No.: 21-cr-28 (APM)

## NOTE FROM JURY

Exhibits 9703 + 3119 are listed in instructions but are not included on any exhibit lists or flash drives

Date: 3/14/23

Time: 10:43 AM