CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SANDRA PARKER, BENNIE PARKER, LAURA STEELE, CONNIE MEGGS, WILLIAM ISAACS, and MICHAEL GREENE

Civil/Criminal No.: 21-cr-28 (APM)

## NOTE FROM JURY

We are deadlocked on a few counts, but have agreed on the majority. What are next steps?

Date: 3/16/23

Time: 2:09