# THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA
D-U-N-S 611934746

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Delaware file# 2193946, D-U-N-S # 052714196 ) | |
| ) | Case no. 1:21-cr-0028-19 |
| - ) | |
| ) | NOTICE: RESCISSION OF MOTION TO |
| ) | DISMISS: INVOCATION OF DECLARATION |
| James-DeLisco Beeks ) | OF INDEPENDENCE |
| By special invitation & beneficiary ) | |
| for JAMES BEEKS © ) | |

LET THIS BE FILED
Signature _Amit Mum_
Date 6/24/23

**NOTICE: RESCISSION OF MOTION TO DISMISS: INVOCATION OF DECLARATION OF INDEPENDENCE**

I, James-DeLisco Beeks, man, child of God, , Union State Citizen as defined in Article 4 Section 2 of the Constitution for the united states of America., and beneficiary by special invitation & special appearance declare that I rescind the Motion to Dismiss: Invocation of the Declaration Of Independence. I apologize if this causes any inconvenience to the court.

---

DISCLAIMER: The use of codes, statutes, rules, regulations, formats, and court citations on any document past, present, or future and filed with this court, by me, the living man, is only to notice that which is applicable to government officials and is not intended nor shall it be construed that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

---

Respectfully Submitted,



RECEIVED
Mail Room
JUN - 8 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

James-DeLisco Beeks

James-DeLisco: Beeks Beneficiary

# NOTARY CERTIFICATE

Dated this __6th__ day of the month of __June__ Two Thousand and Twenty-__Three__

All Rights Retained

By: __James Delisco Beeks__

FOR: JAMES DELISCO BEEKS

Grantor/Executor/Beneficiary of the Estate Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of this document.

State of Florida

County of __Pinellas__ }SS.

Subscribed and sworn to (or affirm) before me on this __6th__ day of __June__ 20__23__.

__James Beeks__ proved to me on the basis of satisfactory evidence to be the man/woman who appeared before me.

__Haley Hamilton__

NOTARY'S SIGNATURE

HALEY HAMILTON
Notary Public - State of Florida
Commission # GG 985054
My Comm. Expires May 5, 2024
Bonded through National Notary Assn.

PLACE NOTARY SEAL IN ABOVE SPACE

My Commission expires: __May 5, 2024__