# THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

D-U-N-S 611984746

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Delaware file# 2193946, D-U-N-S # 052714196 ) | |
| ) | Case no. 1:21-cr-0028-19 |
| ) | |
| ) | NOTICE: STATEMENT OF ERROR |
| JAMES BEEKS ) | |
| By special invitation james-delisco: ) | Signature _____ |
| House of the lineage of edwards ) | Date _____ 6/24/23 |

**LET THIS BE FILED**

## STATEMENT OF ERROR

I, James-DeLisco: Beeks, man, beneficiary, Child of God, Union State Citizen, by special invitation and special appearance stand before this court to apologize for any language that is either combative or dealing in subject-matter, as I am not an expert in law and am certainly not a lawyer. I am human and we all make mistakes and I just got caught up in the emotion of it all, but my intention now is to correct the record.

I have learned a lot in the past year and six months since my being accused in this matter and I am still learning. This is my first time having had to deal with an accusation of this magnitude and I stand before this court to clarify past erroneous statements.

I realize now, as beneficiary, that I should not have dealt with any of the subject-matter at hand and only to deal with the resultant Trust matter in an honorable and respectful manner. If there is any language in my emails, motions, memorandums, notices, affidavits, letters, etc. that has been deemed offensive or combative please note that is not my intention to bring dishonor to this court.

I stand before this court to ask for forgiveness for any errors or language that may have been inappropriate and from henceforth, as beneficiary, I will focus solely on the root issue of the matter, to protect the Trust and stay in Honor with clean hands.



RECEIVED
Mail Room
JUN - 8 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

DISCLAIMER: The use of codes, statutes, rules, regulations, formats, and court citations on any document past, present, or future and filed with this court, by me, the living man, is only to notice that which is applicable to government officials and is not intended nor shall it be construed that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

## NOTARY CERTIFICATE

Dated this 6th day of the month of June Two Thousand and Twenty-Three.

All Rights Retained

By: James Delisco Beeks

FOR: JAMES DELISCO BEEKS

Grantor/Executor/Beneficiary of the Estate Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of this document.

State of Florida

County of Pinellas }SS.

Subscribed and sworn to (or affirm) before me on this 6th day of June 2023.

James Beeks proved to me on the basis of satisfactory evidence to be the man/woman who appeared before me.

HALEY HAMILTON
Notary Public - State of Florida
Commission # GG 985054
My Comm. Expires May 5, 2024
Bonded through National Notary Assn.

NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

My Commission expires: May 5, 2024