# THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

D-U-N-S 611934746

UNITED STATES OF AMERICA )
Delaware file# 2193946, D-U-N-S # 052714196 )
) Case no. 1:21-cr-0028-19
- )
) SURRENDER FOR MERGER
**JAMES BEEKS** ) Signature _Amy_   LET THIS BE FILED
By special invitation james-delisco: )
house and lineage of edwards ) Date _6/26/27_

## SURRENDER OF BIRTH CERTIFICATE FOR MERGER

I, James-DeLisco: Beeks, man, beneficiary, Child of God, Union State Citizen, by special invitation and special appearance stand before this court to surrender the attached/enclosed certified copy of my Birth Certificate for merger. I am aware that this is a Trust matter, and this document should be in the hands of the Trustee. Thank you very much.

---

DISCLAIMER: The use of codes, statutes, rules, regulations, formats, and court citations on any document past, present, or future and filed with this court, by me, the living man, is only to notice that which is applicable to government officials and is not intended nor shall it be construed that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

---

Respectfully Submitted,

_James-Delisco: Beeks_

James-Delisco: Beeks Beneficiary

RECEIVED
Mail Room

JUN - 8 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| | |
|---|---|
| JAMES BEEKS By special divine invitation<br>james-delisco: house and lineage of edwards<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>D-U-N-S # 052714196 & DELAWARE FILE # 2193946<br><br>Respondent. | ) UNITED STATES DISTRICT COURT<br>) FOR THE DISTRICT OF COLUMBIA<br>)<br>) Case No.: 1:21-CR-0028-19<br>)<br>) <u>AND ALL ASSOCIATED CASE NO.</u><br>) <u>WITH THIS MATTER</u> |

## AFFIDAVIT: FACT AND SURRENDER OF THE ALLEGED DEFENDANT / LEGAL PERSON / LEGAL ENTITY, "JAMES DELISCO BEEKS"

I, Petitioner, James DeLisco of the family Edwards, man, stands before this COURT by special appearance, being first duly sworn upon his oath, and deposes and says:

Petitioner, James DeLisco of the family Edwards, as a self-aware, living man, hereby affirms that I am not JAMES DELISCO BEEKS or JAMES BEEKS, . It is a "fictitious entity". I declare that I am James DeLisco of the family Edwards, a sovereign, living and breathing man, and not the LEGAL ENTITY / LEGAL FICTION / LEGAL PERSON, "JAMES DELISCO BEEKS". I, James DeLisco of the family Edwards, the living man on the land, hereby surrender the LEGAL ENTITY, "JAMES BEEKS", "JAMES D BEEKS", and/or "JAMES DELISCO BEEKS" and all derivatives thereof, by way of a certified copy of "BIRTH CERTIFICATE" # 109-1972-045591 to this COURT in order to satisfy this matter as well as satisfy the warrant for "JAMES BEEKS" which a certified copy is hereby attached to.

1

Petitioner, James DeLisco of the family Edwards, hereby demands that the COURT and/or presiding JUDGE remove any so-called warrant for the living man, James Delisco of the family Edwards.

The foregoing instrument is being executed under the hand and seal of the self-aware, living man and is a voluntary act of my free-will and Deed, so help me, God.

Respectfully submitted.
Without prejudice,

*James Delisco : Beeks*

James DeLisco of the family Edwards
Self-aware, living man by special appearance.
Affiant, Attorney in Fact

County **Orange**     )
                      ) ss.   **ACKNOWLEDGMENT**
State **Florida**     )

On this **7th** day of **June**, 20**23** before me, the undersigned Notary, personally appeared James DeLisco of the family Edwards, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

Notary Signature: _____ Printed Name: **Daniela Maldonado**

Notary Seal:
Notary Public State of Florida
Daniela Maldonado
My Commission HH 370110
Expires 3/7/2027

2

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

*Surrender to Merser*

STATE FILE NUMBER: 109-1972-045591

DATE ISSUED: JANUARY 23, 2023
DATE FILED: JUNE 22, 1972

CHILD'S NAME: **JAMES DELISCO BEEKS**

DATE OF BIRTH: **JUNE 7, 1972**

SEX: **MALE**

COUNTY OF BIRTH: **DUVAL COUNTY**

*Merser for*

MOTHER'S NAME: **BARBARA ANN EDWARDS**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

*Surrender*

FATHER'S NAME: **BILLY BEEKS**

_, STATE REGISTRAR_

REQ: 2024827304

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD

Florida HEALTH



* 4 5 6 4 5 3 9 7 *

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TWO LUGGAGE TRUNKS CURRENTLY IN THE FBI'S<br>MILWAUKEE, WISCONSIN, FIELD OFFICE, UNDER RULE 41 | Case No. 21-sw-406 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Wisconsin
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before     December 8, 2021     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Robin M. Meriweather, U.S. Magistrate Judge
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of

Date and time issued: 11/24/2021

*signature*  Robin M. Meriweather
2021.11.24 18:02:02 -05'00'
*Judge's signature*

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*