1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )        CR No. 21–28
                                   )        Washington, D.C.
        vs.                        )        February 3, 2023
                                   )        9:32 a.m.
SANDRA R. PARKER, ET AL.,          )
                                   )        Day 1
          Defendants.              )
_____)


TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             Jeffrey S. Nestler
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252–6928
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Sandra Parker:   John L. Machado
                               LAW OFFICE OF JOHN MACHADO
                               503 D Street, NW
                               Suite 310
                               Washington, D.C. 20001
                               (703) 989-0840
                               Email: johnlmachado@gmail.com

For Defendant Bennie Parker:   Stephen F. Brennwald
                               BRENNWALD & ROBERTSON, LLP
                               922 Pennsylvania Avenue, SE
                               Washington, D.C. 20003
                               (301) 928-7727
                               Email: sfbrennwald@cs.com

For Defendant Laura Steele:    Peter A. Cooper
                               LAW OFFICE OF
                               PETER A. COOPER
                               400 5th Street, NW
                               Suite 350
                               Washington, D.C. 20001
                               (202) 400-1434
                               Email:
                               pcooper@petercooperlaw.com

3

APPEARANCES CONTINUED:

For Defendant Connie Meggs:    Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com

                               Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com

For Defendant Isaacs:          Eugene Joseph Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jefferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email:
                               grossi@carltonfields.com

For Defendant
Michael L. Greene:             Britt Redden
                               REDDEN LAW, PLLC
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 699-8429
                               Email:
                               bredden@reddenlawtexas.com

4

APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  All rise.  The Court is now in session; the Honorable Amit P. Mehta now presiding.

THE COURT:  Good morning.

COURTROOM DEPUTY:  Good morning, Your Honor.

This is Criminal Case No. 21-28.

Everyone can have a seat.

THE COURT:  Please be seated, everyone.  Sorry.

COURTROOM DEPUTY:  Your Honor, this is Criminal Case No. 21-28, United States of America versus Defendant No. 4, Sandra Ruth Parker; Defendant 5, Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 9, Connie Meggs; Defendant 16, William Isaacs; and Defendant 20, Michael L. Greene.

Kate Rakoczy, Jeffrey Nestler, and Troy Edwards for the government.

John Machado for Defendant Sandra Parker.

Stephen Brennwald for Defendant Bennie Parker.

Peter Cooper for Defendant Laura Steele.

Stanley Woodward and Juli Haller for Defendant Meggs.

Gene Rossi for Defendant William Isaacs.

And Britt Redden for Defendant Greene.

All named defendants are present in the courtroom for these proceedings.

THE COURT:  Okay.  Good morning, everyone. Welcome.  I hope everybody is doing well.

Ms. Redden, glad you made it out.

MS. REDDEN:  Thank you.

THE COURT:  It's good to have you.

All right.  Before we get started...

Okay, everyone.

So a couple of preliminaries before we get started.

Just some updates on jurors.

The juror on line 36, who is Juror 1130 has -- I've now stricken for cause due to hardship.  We received some additional information indicating the person would be unavailable due to pre-planned travel.

Juror on line 78, who is Juror 2004, I've also stricken for cause because that juror's son had a medical issue come up, and she is unable to be here as a result.

Juror 13 -- I'm sorry.  Juror on Line 138, who is 0861, has been excused because the person tested positive for COVID.

The juror on line 16, who is 2516, also has been excused because the person has tested positive for COVID.

And then, finally, juror on line 24, who is Juror 0533, who I think would have been called today, is within the top 20, was mistakenly not called by the jury

office today.  Instead, Juror 127 -- on Line 127 was called by mistake.  So I've sent 127 home, and the juror on line 24 will be called on Monday.

And then, finally -- this is actually finally -- juror on line 4, 1747, is apparently in Germany.  We do not know why the person is in Germany and not here, but that juror will not be present for questioning today.

MR. WOODWARD:  Do you want me to go and get them?

THE COURT:  It's up to you, Mr. Woodward.  Just don't take a scooter.

MR. WOODWARD:  Man, this sucks.

MR. ROSSI:  Your Honor, what was the first number?

THE COURT:  The first number I think I read was the juror on line 36, which is 1130.

MR. ROSSI:  Thank you, Your Honor.

THE COURT:  That person was stricken for hardship.

All right.  So that is that.

Just a reminder of how we'll do this.  We're going to bring our 20 -- I think we actually have 18 here this morning.  We'll bring them in, I will provide some initial instructions to them.  A reminder, if you have additional witnesses that were not on the initial list, I will give you an opportunity to announce those individuals, additional witnesses, so that jurors who are here can potentially identify them.

Once that additional -- my initial remarks and questions are concluded, we will empty the room of the jurors.  We will bring the first juror back in for follow-up questions.  I will do the initial questioning based upon the questionnaires and the answers that they've given to the questions on the questionnaires.

I will allow limited follow-up from counsel, with an emphasis on the word "limited."  And if after the questioning has concluded -- let me take that back.

If during the course of the questioning I simply turn to counsel and ask, "Any objections?" that is a signal to you all that I'm inclined to strike that juror for cause.

If there's a request for further questioning, you will make that request at that time.  I do it that way so that we're not waisting a lot of time here.  If somebody has already said something that I think is a basis for a for-cause strike, we'll move them along quickly.

However, if the questioning has concluded and I don't think the person is -- warrants a for-cause strike based on the questioning, however, if either side does, after that juror leaves and before the next juror enters, please make your for-cause strike on the record so that I can consider it and make a decision, okay?

Any questions about that?

MS. RAKOCZY:  No, Your Honor.  Thank you.

MS. HALLER:  Just we'll have the time before the next juror comes in to make that statement?

Thank you, Your Honor.

MR. ROSSI:  Your Honor, when would you like our additional witnesses to be --

THE COURT:  I'll just turn to everybody.  There will be a portion where I'll just say, you know -- I'll queue you.

MR. MACHADO:  Your Honor, just with regard to speaking, will we be able to speak from tables?  Or do you want us --

THE COURT:  As long as you're speaking into a microphone, you're fine.

MR. MACHADO:  Okay.

And, Your Honor, there's a general objection that I want to make before we start calling them in, if I can approach and make a record.  Or let me know when I can approach.

THE COURT:  You could stand right there, Mr. Machado.

MR. MACHADO:  I'll speak here then, Your Honor.

Your Honor, actually, there's something I want to tender to the Court.

THE COURT:  Okay.  Come on up.

MR. MACHADO:  Thank you.

Your Honor, as the Court knows, we made a considerable amount of strikes, more than the government. And I defer to the government for their choices. For what it's worth, we agreed upon five of -- their five strikes we also agree.

I'm providing -- I want to make a specific objection. And I should note that this list that I'm providing doesn't include the ones that have already been excused for cause from our previous time here; but it doesn't include the ones that -- it does include the ones that the Court just struck, because obviously we didn't know the Court had -- was planning to strike these.

But my concern is, Your Honor, that the Court has chosen to call back witnesses who have -- or call back jurors, potential jurors, who have actually on their juror questionnaire --

THE COURT: So, Mr. Machado, I'm going to foreclose or forestall your argument, and you can make it on the record if you want, I guess.

But the bottom line is, you're going to get to question all of these folks. The fact that they've been brought back doesn't mean they're going to actually be on even the -- they're going to get through voir dire.

If after all, we've qualified a certain number, you think, for whatever reason, somehow the numbers have

been skewed, then you can bring it up.  But to sort of bring me this chart right now and suggest that somehow you're not going to get a fair shake, it really doesn't move me.

MR. MACHADO:  Okay.  Well, Your Honor, and --

THE COURT:  You can put this on the record if you want.  We'll put it on the record.

But the bottom line is, I've done this now twice before.  At the end of the jury selection process, the jurors who have ended up on the panel have not answered the questions for the most part.

I mean, I think -- remember, we actually did the numbers for the first trial in which none of the jurors who sat had answered any of the questions that the defense had concerns about at the outset as demonstrating prejudice.  We didn't go through that exercise the second time around.

But let me assure you this process will ensure that you're not going to have jurors who are inherently biased against your clients.

MR. MACHADO:  I understand, Your Honor.  And thank you for allowing me to make the record.  And I understand that the Court may not be moved.  But the point of this list that we made is specifically looking at people who answered a question in the negative, "negative" meaning the answer -- that shows that they're not fair and impartial.

These are 47 jurors that specifically said they

12

cannot be fair and impartial.

THE COURT:  That's not what they've said, Mr. Machado.  Let me tell you something.  We will bring them in.  If they continue to say they can't be fair, if they provide answers that are, you believe, consistent with what they've answered in the questionnaire, they will be stricken, okay?

That's all there is to it.  That's what this questionnaire was for.  It was to determine -- two things:

One, identify people that we could easily get rid of.

And, two, to give us a sense of what questions specifically needed to be asked to specific jurors.  That's it, okay?

It wasn't an automatic, you know -- it wasn't an automatic, just because you answered a particular question, you were going to be dismissed, okay?

MR. MACHADO:  Well --

THE COURT:  It's that simple.

MR. MACHADO:  Well, Your Honor, I mean --

THE COURT:  There's nothing more to talk about.

I mean, you're going to get the opportunity to question these people.

MR. MACHADO:  Okay.

Again, but they were told to answer these under

13

penalty of perjury, and now --

THE COURT:  Mr. Machado, you will have the opportunity -- I don't know how many more times I can say this -- to question them.  If you think that they are still biased after the questions have been asked and I agree with you, they'll be stricken.  Trust me; I've had no problem striking jurors who express prejudice.

MR. MACHADO:  Well, I see this as an exercise of rehabilitating people who have already said --

THE COURT:  I see it differently --

MR. MACHADO:  Okay.

THE COURT:  -- Mr. Machado.

MR. MACHADO:  And I respectfully --

THE COURT:  Now you can sit down because your record has been made.

MR. MACHADO:  Thank you, Your Honor.

THE COURT:  Okay?

Is there anything else?

All right.  Let's bring our jurors in.

MR. BRENNWALD:  And, Your Honor, is it possible that we can be assumed to have joined in Mr. Machado's objections on behalf of Mr. Parker?

THE COURT:  Sure.

MR. BRENNWALD:  Sure.

THE COURT:  Join all you want.

14

I will say this:  I will look forward to the day when the Circuit gets to evaluate these cases and in terms of the jury pool and what judges have done to ensure fair jurors, and let's see what the Circuit has to say about it.

If we're all wrong, if all the District Judges have been wrong, if ever single jury pool has been tainted, I guess we're going to have to re-do all these trials and move them to another jurisdiction again.

COURTROOM DEPUTY:  Jury panel.

(Jury entered the courtroom.)

THE COURT:  All right.  Please be seated, everyone.

Okay.  Ladies and gentlemen, good morning.  And welcome to the U.S. District Court for the District of Columbia.

My name is Judge Amit Mehta, and you are here today as potential jurors in the case of United States versus Sandra Ruth Parker, Bennie Alvin Parker, Laura Steele, Connnie Meggs, William Isaacs, and Michael Greene.

Before we get started, I want to extend to you my gratitude for making yourselves available for jury service. As you know, in our system of justice, jurors and juries play a critical role.  Indeed, it is a fundamental feature of our democracy to have ordinary citizens serve as

decision-makers in our courts of law.  You are, therefore, performing an important duty today.  So I want to thank you in advance for your service.

To you all in particular, I understand that you may have had to call in multiple times over the last few days and had a few starts and stops.  My apologies for that.

We had hoped to start on Wednesday; but because of circumstances beyond our control, we were not able to do so.  We had been hopeful that we would be able to start earlier.  But as I said, circumstances beyond our control did not allow us to do so.

So I apologize, and we appreciate your willingness to be patient with us and for coming in this morning.

So for those of you who have gone through jury selection before, today will be both familiar and different.  It will be different in the sense that usually when jurors are brought in, we begin by starting with the process of asking them a series of questions to assist us in determining whether a juror can be fair and impartial.  In this case, however, we will not start out the process with questions because you all came in a few weeks ago and completed a juror questionnaire that the parties proposed and that I approved.  So that part of the process is complete.

What will feel familiar and why you are here today

16

is to ask each of you additional questions based upon your responses to the juror questionnaire.  The way that will work is as follows:  There are about 18 of you here this morning.  After I've completed these initial remarks and instructions, the Courtroom Deputy will escort all of you to a different courtroom, where you'll be re-seated in the order you are in now.  We will then call each of you back into the courtroom and one at a time we will ask you additional questions based upon your responses to the jury questionnaire.

So that's how it's going to work.  But before we proceed, I will have just two administrative matters I want to take care of.  The first is that I do need to have you placed under oath, so I'm going to ask all of you to please rise and raise your right hands.

COURTROOM DEPUTY:  Raise your right hand.

(Prospective jurors placed under oath.)

COURTROOM DEPUTY:  Thank you.

THE COURT:  All right.  Thank you, everyone.

So you will all -- the second housekeeping matter is that you will recall that when you completed your jury questionnaires attached to the questionnaire was a list of potential witnesses or people about whom you will hear during the course of trial.  We have some additional names that we would like to present to you this morning.  If you

recognize any of these names, please let us know when we bring you back in for questioning so that way we can ask you about your familiarity with a particular name that you may recognize, okay.

So we'll start with the government and if the government has any additional names or witnesses it wishes to present.

MS. RAKOCZY:  Thank you, Your Honor.

Good morning, ladies and gentlemen.  The government has just five additional names to read to you. The United States may call the following witnesses in its case-in-chief:  United States Capitol Police Captain Jessica Baboulis, B-a-b-o-u-l-i-s; United States Capitol Police Sergeant David VanBenschoten V-a-n-B-e-n-s-c-h-o-t-e-n; and from the Federal Bureau of Investigation, retired Special Agent Norman Kuylen, K-u-y-l-e-n; Richard Maier, M-a-i-e-r; and Matthew Oliver, the last two of whom are Special Agents.  Thank you.

Thank you, Your Honor.

THE COURT:  Thank you, Ms. Rakoczy.

All right.  On behalf of the defense, are there any additional names or witnesses you'd like to present? Mr. Rossi?

MR. ROSSI:  Yes, good morning, members of the jury.  I represent William Isaacs.

18

Here are some people that may testify and I apologize, Your Honor, one or two names may be on your list.

Jeff Morlock, M-o-r-l-o-c-k; Agent Katie Hill; Alondra Propes, P-r-o-p-e-s; Luis, L-u-i-s, Allen; Tracy Isaacs; Ms. Leslie Gray; Greg McWhirter; Elizabeth Santoro, Dr. Laurie Sperry, I think the judge mentioned her; Agent Brian Cody, C-o-d-y, FBI agent; and I think he's a task force officer, maybe an agent officially, Paul Ura, U-r-a.

Thank you.

THE COURT:  All right.  Anybody else on behalf of the defense?

MS. HALLER:  Yes, Your Honor.

I'm Juli Haller for Defendant Connie Meggs. We will be also adding Agent Jennifer Moore from the FBI, and Ms. Kathryn Cain who's also from the FBI.  And then a woman named Patricia Gee, or Gee, G-e-e, from Florida.

Thank you very much.

THE COURT:  All right.  Thank you, Counsel.

Okay.  Now, ladies and gentlemen, as I said, we will be calling each of you in for additional questioning.  The questions we may ask you may touch on matters that are personal to you.  Rest assured, it is not my intention nor desire, nor is it the intention or desire of the lawyers, to invade your privacy or to embarrass you.

19

Our only wish is to select the fairest, most impartial jury possible so that the parties can be assured that the jurors selected will not be biased or pre-judge the case and will return a verdict based only on the law and the evidence.

Now, what will also feel familiar about this jury selection process is that you will spend some time waiting throughout the day. I promise I will try to keep your waiting to a minimum, but some amount of wait time will be unavoidable.

While you are waiting during jury selection, please feel free, if you wish, to talk quietly amongst yourselves or to read a book, magazine or whatever you may have brought with you. The courtroom is WiFi enabled so you should feel free to use your phones or other mobile devices to read online or surf the Internet. I would ask, however, that you place all your devices in silent mode.

Now, this is very important. While all of you may use your mobile devices, you should not at any point during the jury selection process, and this will be true afterwards, too, if you are selected, communicate with anyone about this case or do any online research about the case or the parties. That means do not email, text, tweet, or Snapchat a friend or a family member, or all of your followers about the case or post on Facebook or Instagram that you are a potential juror in the case. Do not get

20

online and start doing research about the case or the parties.

We also asked you as part of your questionnaire to avoid media coverage about the case, which includes social media. That instruction continues to apply and is perhaps even more important now that the jury selection process has started. You should avoid any newspaper, television, or radio news, podcasts, and, importantly, any social media about this case or the events of January 6th. That means avoiding not only news story in the *Washington Post*, for example, or on TV news, but also journalists or others who are tweeting about this case or posting about it on other social media sites.

So if you follow journalists or others who cover or comment on the events of January 6th, I am going to instruct you to avoid reading their tweets or other social media postings until you are fully dismissed from jury service in this case. I'll also ask you to turn off any push notifications that you receive on your mobile device from news organizations.

The reason for these restrictions is simple. If you are selected as a juror, you will be sworn to decide this case based only on the evidence that is presented at trial and the law as to which you will receive instructions. You will be strictly forbidden to consider anything you

21

might have read or heard about the case from news sources or from social media or from other people.

If at any point during the jury selection process you happen to come across news or commentary regarding this case, please immediately avert your eyes or ears and please alert the Courtroom Deputy so he can advise me.  A juror who violates these restrictions jeopardizes the jury selection process and possibly the trial itself, which would require the entire trial process to start over.

All right.  Also, during the jury selection process if anyone attempts to communicate with you about this case, please notify the Courtroom Deputy or a Court Security Officer immediately.  The lawyers here are under strict instructions not to speak with any juror during the jury selection process, so if you happen to see them in the courthouse and they walk the other direction, they are not being rude, they are simply following my instructions.

I also have issued an order to members of the media and public not approach any of you about the case during jury selection.  Still, despite these instructions, if you are approached about this case by anyone, please notify the Courtroom Deputy or a Courtroom Security Officer.

One other feature of jury selection today will be different.  In most criminal cases, we complete the jury selection process in one day.  That usually means -- what

that usual means is that unless you are immediately excused, we ask you to remain in the courthouse until near the end of the day when we select a final jury.

In this case, however, we will not complete the jury selection process today.  So after we've finished asking you additional questions, you will be done for the day.  You will be given instructions about further jury service in this case after your individual questioning is completed.  Do not leave the courthouse until you have received additional instructions by a member of the Court staff.

If you are excused from further service today, we will let you know soon after your questioning is concluded.  If you are excused, you will be relieved of the restrictions I discussed earlier.  If you are not excused from service, however, and we ask you to return, it is critically important that you follow my instructions, earlier instructions; that is, do not communicate with anyone about the case, do not read or listen to anything about the case, and do no independent research about the case and do not watch or read about any congressional hearings that might take place.  Following these instructions is critical to ensuring a process that will result in a fair and impartial jury to hear the case.

Finally, as you can see, everyone in the courtroom

23

is wearing a mask except for me while I'm speaking. Although masking is not required in the public spaces in this courthouse, I will require masking during the trial. The only exception to that rule will be for lawyers who are speaking and witnesses who are testifying.

Now, you may be asking yourself, well, why do we need to mask. There are two reasons. The first is that none of you are here today voluntarily. You're required to be here. So unlike going to a grocery store, a restaurant or a concert, you do not have the choice to avoid this location or a person who might not choose to wear a mask.

The second reason for masking is to avoid a COVID outbreak that might disrupt this trial. As you know, this trial is scheduled to last more than a month, possibly six weeks or more. If one or more people inside the courtroom, including jurors, tests positive for COVID, that could delay the trial proceedings and that is something I would rather avoid. Masking will hopefully prevent any COVID-related trial delays.

Okay. So those are my initial instructions and remarks to all of you. What will now happen, as I said, is Mr. Douyon will show you to the other courtroom and then we will bring each you individually back into the courtroom for further questions. Thank you, all, very much. We look forward to speaking with you later this morning.

24

(Jury exited the courtroom.)

THE COURT:  All right.  Please have a seat, everyone.  We should have our first juror in a moment.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0598.

THE COURT:  Hi, ma'am.  How are you this morning?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.  Thank you.  Feel free to remove your mask if you are comfortable doing so.

You're Juror 0598; is that correct?

PROSPECTIVE JUROR:  Yes, that's correct.

THE COURT:  All right.

So you should have your questionnaire in front of you.  And so I'll ask you please to first turn to page -- what's at the bottom there is page 7 and turn to Question 19.  That question asked whether you had strong feelings about firearms or the laws concerning firearms that would make it difficult for you to be fair and impartial. You answered that question yes.  Can you tell us why you answered that yes?

PROSPECTIVE JUROR:  I'm against guns.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Against guns, all the violence.  I have two kids, two little kids, with gun shootings at schools.  That's why I said I have opinions

25

against guns.

THE COURT:  Okay.

So let me ask you this.  As you know, there is a right to bear arms that's guaranteed in the U.S. Constitution.  If you are selected as a juror, there is likely to be evidence in this case of firearms possession.  And, in fact, you may see firearms in the courtroom if you are selected as a juror.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Do you think you could still remain fair and impartial and keep an open mind if you are to see evidence and hear evidence about gun possession in this case?

PROSPECTIVE JUROR:  I do not know.

THE COURT:  You don't know?

PROSPECTIVE JUROR:  I mean, guns, you mean police care?  That's -- I'm okay with.

THE COURT:  No.  So these would be -- there would be evidence of individuals, citizens, possessing guns.  And as I said, there may be some guns brought into court as evidence.

I would note that there is no testimony about use of guns.  There will be no evidence about use of guns, and no individual defendant here is charged with unlawfully possessing a gun.

PROSPECTIVE JUROR:  Okay.

THE COURT:  How do you think that would affect your ability to be a fair and impartial juror?

PROSPECTIVE JUROR:  I mean, it's -- they lawfully, so I guess -- I don't know.  I'll try to be impartial.

THE COURT:  Well, do you think you would have difficulty, even if -- again, there's no charge here that any defendant unlawfully possessed a gun.  But as I said, there may be evidence of gun possession and weapons in the case.  Do you think you could still be fair and impartial, given your views about gun violence?

PROSPECTIVE JUROR:  I'll to my best, yes, I think I can -- yes, I'll be impartial.

THE COURT:  Well, I mean, I don't want you to give be the answer that you think is right.

PROSPECTIVE JUROR:  Yeah, I mean, I will do my best to do it.  I can't change my beliefs and what I think.

THE COURT:  Of course.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

Let me also ask you, on page 8, Question 27, you were asked whether you had concerns for safety of yourself, close friends, or family members on January 6th.

Can you tell us why you answered that question "yes"?

PROSPECTIVE JUROR:  I kind of live nearby, and I saw all the commotion.  I was -- my husband was taking my son for a haircut, which was kind of close.  And I said, "There's a lot of commotions going on.

And even it's on my way to work.  I didn't go that day.  I was working from home.  So I was just concerned.  We decided just to stay home and not go anywhere --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- since it's not that far from us.

THE COURT:  So given how you felt that day about what you observed and how you felt, as you know, this is a case about the events of January 6th.  Do you think you would be affected as a juror in evaluating the evidence based upon the feelings that you had that day?

PROSPECTIVE JUROR:  I mean, it was scary.  We saw the news.  A lot of my friends even called me.  It's like, "Do you want me to take you out of that area?  You're so close to everything."

I had, "No.  We're just home."

I mean, it was scary, yes.

THE COURT:  Sure.

So my question is a little bit different, and I can under your concerns from that day.

My question is:  Do you think, you know, if you

were sitting here as a juror, that fear that you still --
that you had that day, do you think that would still be in
your mind and something that would affect how you looked at
the evidence in this case?

PROSPECTIVE JUROR:  Yes.

THE COURT:  It would affect you?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

Are there any objections, Counsel?

MS. HALLER:  No, Your Honor.

MS. RAKOCZY:  No, Your Honor.

MR. ROSSI:  No, Your Honor.

THE COURT:  All right.  Thank you very much for
your time, ma'am.

Mr. Douyon will show you out of the courtroom.

PROSPECTIVE JUROR:  Thank you.

COURTROOM DEPUTY:  Your Honor, this is
Juror No. 0261.

THE COURT:  Sir, how are you?

PROSPECTIVE JUROR:  Good.  Thank you.

THE COURT:  Feel free to remove your mask if
you're comfortable doing so.

Thank you for being with us this morning.

Your juror questionnaire is in front of you.  I'll
just have some follow-up questions about your answers.  If

you would please first turn to page 12 or at least what's labeled page 12 there and Question 53.

In Question 53, we asked you whether you've read, seen, or heard anything about the Oath Keepers organization or any judicial proceedings involving the organization or any of its members, and you answered that question "yes."

Can you tell us what you have read, seen, or heard about the Oath Keepers organization?

PROSPECTIVE JUROR:  Just sort of general news articles that came out after the election, the 2020 election.

I don't -- I couldn't -- I don't remember anybody's names in it, but I remember that there was maybe some involvement or people from that group involved.  But beyond that, nothing specific.

THE COURT:  So let me ask you:  It sounds like you saw something about the group and their involvement in January 6th.  Beyond that sort of connection between the date and the organization, do you have any specific recollection about any of the alleged conduct that you may have read about?

PROSPECTIVE JUROR:  No.  I think maybe I read that maybe one of them ended up being sentenced, one of the leaders.  But I could actually be wrong on that.  I don't -- but that's about it.  Nothing else beyond that.

THE COURT:  Nothing else beyond it.

Do you have any impressions about the group, what it stands for, what its ideology is, based upon what you've read?

PROSPECTIVE JUROR:  Just pretty vague impressions, maybe sort of a right-wing -- a right-wing group.  Beyond that, nothing else.

THE COURT:  And what does that mean to you to describe them that way?

PROSPECTIVE JUROR:  Sort of, I don't know, politically aligned with right-wing ideology.  I don't know.  Yeah.

THE COURT:  Okay.

So, look, it won't come as a surprise to you that people have read some things about the events of January 6th and even may have read something about this organization.  The organization is not on trial; the individuals are.

Do you think you would be able to set aside what little that you've learned or what you think you know about the organization and view the evidence fairly and impartially?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And if the evidence were to be contrary to some of these initial impressions or vague impressions that you have, do you think you would have any

31

trouble accepting contrary evidence.

PROSPECTIVE JUROR:  No.

THE COURT:  All right.

So if I could just ask you then to turn back to the beginning of your questionnaire and page 7.  You indicated in Question 16 that you have a close friend or family member who's been employed by the Federal Government.  And in 17, you identified a spouse or significant other as a patent design examiner.

Is that who you had in mind when you answered Question 16 "yes"?

PROSPECTIVE JUROR:  Yes.

I also have two other -- three other close friends who are employed by the Federal Government.

THE COURT:  Okay.

Are any of them employed in law enforcement?

PROSPECTIVE JUROR:  No.

THE COURT:  And can you just generally give us a sense of where they are employed and what kind of work they do?

PROSPECTIVE JUROR:  Sure.

One is employed -- he does sort of education policy for OMB.  Another one is an attorney with the trade, U.S. Trade Representative Office.  He does international trade litigation, I think.

32

And the third is he does fire research for the Forest Service inside the U.S. Department of Agriculture.

THE COURT:  Okay.

You've told us in Question 18 that your grandfather served in World War II.  Can you just tell us which branch of the military?

PROSPECTIVE JUROR:  Yes.  He was in the Navy in the Pacific.

THE COURT:  Okay.

Now, you've indicated in Question 20 that you have participated or close family member has participated in a rally, protest, or demonstration in the last five years.

Can you tell us whether it was you or someone that you know?

PROSPECTIVE JUROR:  It was me, my wife, and my kids.  We just sort of drove down 16th street.  There was a lot of people out sort of banging pots and pans and holding signs.

THE COURT:  Okay.

And is that the only rally or protest that you've participated in the last five years?

PROSPECTIVE JUROR:  Yes.

THE COURT:  So let me ask you this.  If -- and I'm not -- you'll forgive me if it sounds like I'm making assumptions.  But if, for instance, you were to come to

learn in this case that the defendants had political views that were different than yours, how would that affect your ability to be fair and impartial as a juror?

PROSPECTIVE JUROR:  I hoped that it wouldn't.  I don't think that it would.

THE COURT:  It would not?

PROSPECTIVE JUROR:  It would not.

THE COURT:  Do you have any reason to doubt that it would not?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Question 22 asks whether you've been on the Capitol grounds or inside the Capitol Building.

Can you just tell us about that?

PROSPECTIVE JUROR:  Yes.  During -- I went to law school.  And during law school, I interned at a then Senator's office.

And following law school, I interned at a then Representative's office, too.

THE COURT:  Okay.

And can you give us a sense of how long ago that was?

PROSPECTIVE JUROR:  For the Senator, it must have been during the academic year of 2010, 2011.  And for the Representative, it was the -- it was early 2012.

34

THE COURT:  Okay.

And you're a lawyer now.  Does your work now require you to work with people on the Hill.

PROSPECTIVE JUROR:  No.

THE COURT:  Do you have friends or former -- I should say former colleagues from when you were interning that are on the Hill still?

PROSPECTIVE JUROR:  Not that I keep in touch, not that I know about.

THE COURT:  Okay.

Do you know anybody who was working on Capitol Hill on January the 6th?

PROSPECTIVE JUROR:  No.

THE COURT:  If I could please ask you to turn to page 11.

Question 43 asked whether you would recognize any of the names, and you mentioned Roger Stone and Alex Jones.

So is it may be that their names are mentioned in the case, but I don't expect either of them to be called as a witness.  So does the mere fact that their names might be mentioned in this case, would that affect your ability to be fair and impartial?

PROSPECTIVE JUROR:  No.

THE COURT:  The questions that are below 45, 46, 47, et cetera, they were designed to try and get a sense of

how much media you've been exposed to about the events of January 6th.

Can you give us a sense of how much media you've been exposed to?  Would you say, for example, that at the time, sort of near January 6th, you were more closely following the events than you have been more recently?

PROSPECTIVE JUROR:  Maybe.  If I remember correctly, it was just a weekday.  I was working from home as I normally do.  I'm sure I checked *The Times* or got push notifications occasionally throughout the day.  But I don't -- I wasn't watching anything live and I don't watch cable TV.  So I probably read more articles about it back then than I have recently for sure.

THE COURT:  Do you consider yourself somebody who actively seeks out, proactively seeks out news about the events of January 6th?

PROSPECTIVE JUROR:  No.

THE COURT:  So it's not a surprise, given the prominence of that day, that you have been exposed to some news coverage and some videos, but your job as a juror would be to put all of that aside and focus on the evidence that's presented.  Do you think you would have any trouble doing that?

PROSPECTIVE JUROR:  No.

THE COURT:  If I could just ask you then to turn

36

to page 12 and line -- Question 59 asks whether you, close friends, family members, have worked in the legal field. You've told us you're a lawyer so you obviously know other lawyers.  Do you know lawyers who practice in the criminal law?

PROSPECTIVE JUROR:  No.

THE COURT:  Either as a prosecutor or defense lawyer?

PROSPECTIVE JUROR:  No.

So I did -- my first year in law school, I was, in the summer, I interned for the Alexandria Public Defender, but I don't -- I haven't kept in touch with everybody from there and I don't know if they're still practicing.

THE COURT:  Okay.

And you don't practice criminal law now?

PROSPECTIVE JUROR:  I do not.

THE COURT:  Have you ever practiced criminal law?

PROSPECTIVE JUROR:  Not besides that internship.

THE COURT:  All right.

Government counsel, any additional questions?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Questions from the defense?

MS. HALLER:  Yes, Your Honor.  May I approach?

THE COURT:  Sure.  You can sit at the table, Ms. Haller.  Either way.

MS. HALLER:  I don't know if you remember me, Mr. 0261, but I'm Juli Haller.  I'm an attorney and currently represent one of the defendants, but you currently work at HUD; is that correct?

PROSPECTIVE JUROR:  Correct.

MS. HALLER:  And you work in the General Counsel's Office, correct?

PROSPECTIVE JUROR:  Correct.

MS. HALLER:  And working in the General Counsel's Office, you work on legislative issues such as bills that may impact HUD policy or -- of that nature, correct?

PROSPECTIVE JUROR:  Correct.

MS. HALLER:  Okay.

Do you recall that we used to work on those issues such as the Violence Against Women Act in the past?

PROSPECTIVE JUROR:  Correct.

MS. HALLER:  And would you have any challenge in working and being fair to the defendants in this case, both based on the history of us having worked together and the differences that may exist with the politics?

PROSPECTIVE JUROR:  So --

MS. HALLER:  Let me rephrase that, sorry.

Would you have a problem working and being fair and impartial in a jury trial with defendants in this case even though I'm one of the defense attorneys?

38

PROSPECTIVE JUROR:  So, maybe I misunderstood the initial question.

We worked together?

MS. HALLER:  Yes.  Well, yes, but we were -- I worked at HUD and we worked on the Violence Against Women Act back and forth.

PROSPECTIVE JUROR:  I see.

MS. HALLER:  But primarily by email.

PROSPECTIVE JUROR:  I see.

MS. HALLER:  So I don't know if you recall that specifically, but, yes, that's what I'm asking.

PROSPECTIVE JUROR:  I don't recall that.  But I don't think it would affect my impartiality.

MS. HALLER:  Okay.  Well, thank you so much for your time.

Oh, and on the Judge's earlier question, because you work on legislative issues, have you worked at all with the Select Committee?

PROSPECTIVE JUROR:  No.

MS. HALLER:  The Select Committee on the investigation of the January 6th attack?

PROSPECTIVE JUROR:  No.

MS. HALLER:  Okay.  Thank you, Mr. 0261.

THE COURT:  Mr. Machado.

MR. MACHADO:  Yes.

Sir, with regard to your statement, your answers to the questions, you indicated that you understand the Oath Keepers to be politically aligned with -- in your words -- right-wing ideology. Could you kind of define what you mean by right-wing ideology?

PROSPECTIVE JUROR: Sure.

I guess I would mean -- well, yeah.

The Oath Keepers in particular, I guess, in my head, I think of them as, I don't know, sort of a group that -- well, I don't want to classify all right-wing ideology as something that I totally understand or know that much about, but I would view them more as concerned with whatever their conception of rule of law might be or sort of a right-wing version of that. So, you know, not concerned with things like abortion or other issues that one might associate with the right wing but more concerned about upholding rule of law within their own concept of what that would be. I don't know if that explains it, but, yeah.

MR. MACHADO: Well, just for a slight clarification.

PROSPECTIVE JUROR: Sure.

MR. MACHADO: I guess when it comes more to political positions or in relation to what happened as far as the election is concerned, what does that -- what does right-wing ideology mean to you in that regard?

40

PROSPECTIVE JUROR:  As far as the election is concerned?

MR. MACHADO:  Yes.

PROSPECTIVE JUROR:  So sort of Pro Trump, I guess I would say, a Pro Trump alignment, specifically for the 2020 election.  That's what I mean.

MR. MACHADO:  All right.  Thank you.

THE COURT:  Mr. Rossi?  You can stay there, Mr. Rossi.  There's a microphone in front of you.

MR. ROSSI:  Mr. 0261, I'm Gene Rossi, I represent William Isaacs.

You read the *New York Times*?

PROSPECTIVE JUROR:  I do occasionally, yeah.

MR. ROSSI:  All righty.  In the last several months, is it fair to say you've heard about trials that have been conducted?

PROSPECTIVE JUROR:  Yes, I've heard about some of them, yes.

MR. ROSSI:  In front of Judge Mehta, in fact.

PROSPECTIVE JUROR:  I don't know specifically about the judge.

MR. ROSSI:  And you've heard about convictions in those trials?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  And you've heard of guilty pleas from

41

the prosecutors office?  Or read about them?

THE COURT:  Mr. Rossi, I think you'd have to be more specific about what you mean.

MR. ROSSI:  I'll focus on the trials.

PROSPECTIVE JUROR:  Yeah.

MR. ROSSI:  Do you realize in this trial, do you understand, sir, that this trial is about six individuals, including my client, and that's a separate proceeding?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  Are you able to put aside, put aside any convictions or guilty pleas that you read about, heard about, talked with in friends and just focus on William Isaacs and the other five defendants?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  Your close friends, the two, three close friends, political appointees?

PROSPECTIVE JUROR:  No.  All career.

MR. ROSSI:  I couldn't hear you, my hearing is not as good as it used to be.  You mentioned you work for a senator.

PROSPECTIVE JUROR:  I interned in a senator's office.

MR. ROSSI:  Which one?

PROSPECTIVE JUROR:  Senator Tom Udall of New Mexico.

MR. ROSSI:  And you work for a Congressman or intern?

PROSPECTIVE JUROR:  Yes.  That was Representative Ben Ray Lujan of New Mexico.

MR. ROSSI:  Okay.  A couple more.

I want to follow up on Mr. Machado's comment.  Is your general sense, based on what you heard, read, and the events in trials, is your general sense that the Oath Keepers, in your mind, are an organization prone to violence?

You're pausing.

PROSPECTIVE JUROR:  Yeah, I would say maybe associated with violence but not -- I don't know prone to, but generally associated with.

MR. ROSSI:  All right.

Define what you mean by associated.

PROSPECTIVE JUROR:  Well, so certainly some of the stories that I've seen or read indicate that the violence or -- not -- yeah, violence, I guess, occurred but I don't know that it means that they are inclined to violence necessarily.

MR. ROSSI:  But your gut, your visceral, your impression is that they are associated with violence?

PROSPECTIVE JUROR:  Correct.

MR. ROSSI:  Thank you.

THE COURT:  All right, sir.  Thank you very much.

MR. EDWARDS:  Your Honor, before they bring in the next juror, I'd like to -- right here.  I don't hear anything from defense.  I just want to raise one issue before the next juror comes in.

We addressed this before jury selection before the second trial.  I'm sure the Court knows what I'm going to say.  I think that we should be cognizant of injecting into the jurors the concept that there have been previous trials and convictions.

I know that there are ways to ask those questions without doing it.  We successfully did that through trial 2, but I just wanted to ask the Court for some guidelines as to how to address those particular questions.  I can understand why they're important, but I do think there's a risk in injecting that knowledge, especially since those questions have been asked on the questionnaire and there's a way for us to see if they're already aware of that.

MR. ROSSI:  Your Honor, I'm not mentioning names.

THE COURT:  I understand, but...

MR. ROSSI:  This --

THE COURT:  Hang on.

MR. ROSSI:  I've got to be very forceful here, respectfully.

They have been inundated --

44

THE COURT:  Mr. Rossi.

MR. ROSSI:  -- with --

THE COURT:  Mr. Rossi.

MR. ROSSI:  I'm sorry, Your Honor.

THE COURT:  I am not going to permit you to ask every single potential juror whether you have heard of prior convictions of Oath Keepers.  Okay?  I'm not going to let you do that.

And the reason is, they have been asked whether they know anything about the Oath Keepers or recognize the names of other people who've been on trial, and if they say yes, we'll ask them what they know.

But if you're going to inject something and give them knowledge that they don't have, you are then creating problems with these very jurors who could be sitting in judgment.  So I'm going to ask you not to do that, and actually instruct you not to do it.

If somebody mentions that they know something about it, then it would be appropriate.  But for somebody like this gentleman, a juror like this gentleman, who said he knew nothing about it, and, in fact, your question wasn't even specific to Oath Keepers, it was just anybody who's pled, anybody who's been tried, that's not appropriate.

Also, I'd ask all counsel to please be mindful of not using the jurors' names.  I think that was done here so

45

I'll just ask you to do that.

MR. ROSSI:  Your Honor --

MS. HALLER:  I'm sorry, Your Honor, I need to apologize for that.  It's just I know Mr. 0261, so --

THE COURT:  Okay.

MS. HALLER:  -- I inadvertently referred to his --

THE COURT:  And you've just done it again.  So please don't use the jurors' names.  I'll ask their names to be stricken from the record.

Mr. Rossi.

MR. ROSSI:  I with apologize for that.

THE COURT:  That's all right.

MR. ROSSI:  Your Honor, I'm --

THE COURT:  Let's bring our next juror in.

MR. ROSSI:  That's fine.

MS. HALLER:  I want to put an objection on the record.

THE COURT:  You should have done that.

MS. HALLER:  I was trying to.  Mr. Rossi is speaking.  I don't want to overspeak people.

THE COURT:  All right.  Make your objection after the juror leaves.

MS. HALLER:  Is there a juror in here?

COURTROOM DEPUTY:  No.

MS. HALLER:  Your Honor, the number 2 -- on

46

Line 2, 0261, we formally object because of the fact that he talked about the association with violence based on his knowledge of the Oath Keepers.  There is an extreme concern that they're hearing this --

THE COURT:  So he spoke about knowledge only after Mr. Rossi asked him about it.  You'll notice that he only said something about violence after it was put in his mind. So, otherwise, he was perfectly capable of saying, "I can put all of that aside and be fair and impartial."

And, by the away, he is a lawyer.

MS. HALLER:  I know, Your Honor.

He works on legislative issues.

THE COURT:  That have nothing to do with January 6th, and he doesn't do any work on the Hill.

MS. HALLER:  He works daily with the Hill.

THE COURT:  He didn't say that.

MS. HALLER:  Well, I know he does because I know what he does in General Counsel's Office.

THE COURT:  I'm not going to strike him, so the objection is overruled.

MS. HALLER:  Okay.  Thank you, Your Honor.

MR. MACHADO:  Your Honor, to save time for the record, I'll just join in any objections for cause.

Thank you.

THE COURT:  You can assume that if one defense

47

counsel objects, it's everybody's objecting.

MR. MACHADO:  Thank you, Your Honor.

COURTROOM DEPUTY:  Your Honor, this is Juror 2162.

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Fine.  Thanks.

THE COURT:  You're Juror 2162; is that right?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Thank you for coming in, and we appreciate you being here today.

Your juror questionnaire is in front of you.  And I'll ask you, please, if you would, first, to turn to page, what's labeled at the bottom there as page 12.

We asked you those questions about your opinions regarding January 6th.  And, also, Question 54 asked you about whether you'd heard anything about the Oath Keepers and your views on the organization.  You answered that question "yes," indicating you had strong views that would make it difficult -- your ability to be fair and impartial.

So can you share with us what you know about the organization and how you think it would affect your ability to be fair and impartial?

PROSPECTIVE JUROR:  I guess I've -- yeah, I've heard of the organization on the news, and I guess --

THE COURT:  You'll forgive me.  Could I just ask you to keep your voice up, and you can speak into the

48

microphone.

PROSPECTIVE JUROR:  Sorry.  Yeah.

THE COURT:  The lawyers need to hear you.

PROSPECTIVE JUROR:  Yeah.

I guess I've heard reporting about the Oath Keepers.  And I recognized, I think, the name. Stewart Rhodes, who I think is one of the leaders.  So, yeah, news reporting on the organization and their involvement in some, I guess -- yeah, protests and, like, yeah, more-violent protests.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  So when you say you've heard about the organization in news reporting, can you tell us what you recall having heard or read?

PROSPECTIVE JUROR:  I think, yeah, some maybe, like, extreme views they hold.  Yeah.  I'm not sure.

THE COURT:  That's all right.  No need to be nervous.

So you said "extreme views."  Can you tell us a little bit more?  We're just trying to understand what you may know or think you know so we can assess you as a potential juror.

PROSPECTIVE JUROR:  Yeah.

Yeah.  I guess some more extreme, like,

49

conservative kind of views.

THE COURT:  Okay.

What do you mean by "extreme conservative"?  What do you mean?

PROSPECTIVE JUROR:  Yeah.  I'm not sure.  Sorry.  I'm not sure.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  Sorry.

THE COURT:  Well, let me ask the question differently, which is that you've said here in Question 54 that there are things that you you've read, seen, or heard about the organization that would affect your ability to be fair and impartial.

So can you tell us what it is that you think would cause you -- would make it difficult for you to be fair and impartial?

PROSPECTIVE JUROR:  I mean, I think just that I've, yeah, heard about the kinds of -- like their involvement in things like January 6th and other violent, kind of violent protests.

MR. ROSSI:  Your Honor -- we can't hear, Your Honor.

THE COURT:  I'm sorry.  If you could just keep your voice up, please.

PROSPECTIVE JUROR:  Yeah, their involvement in

50

some, like, more-violent protests and maybe their, yeah, use of, I don't know, weapons or, yeah, other things in these kinds of protests, yeah.

THE COURT:  Okay.  So that's the impression you have based upon things that you've read.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And so let me ask you this.  People read things.  What they say is not always true.  And this is a trial of what you read or heard may not be true.  This is a trial about individuals.  It's not a trial about the organization.

PROSPECTIVE JUROR:  Right.

THE COURT:  Do you think you could set aside these impressions that you have and receive evidence that might contradict the impressions that you have?

PROSPECTIVE JUROR:  Yeah, I suppose I could if -- yeah.

THE COURT:  And could you sort of -- again, we ask you, could you set aside these impressions that you have and evaluate the evidence as it relates to each of these individual defendants?

PROSPECTIVE JUROR:  Yes, I believe so.

THE COURT:  Okay.

And you said here that you recognize the name Stewart Rhodes, I believe you said.  Is that right?

PROSPECTIVE JUROR: I think so, yes, yeah.

THE COURT: Can you tell us what you recognize or what you understand about Mr. Rhodes?

PROSPECTIVE JUROR: If I'm not mistaken, I think I've heard the name in relation to the Oath Keepers as one of the leaders of the organization.

THE COURT: Okay.

Anything else about Mr. Rhodes that you think that you've heard of?

PROSPECTIVE JUROR: I believe, but I'm not 100 percent certain, that I had seen reporting in his involvement in the days prior to January 6th. But I could be, yeah, confusing it with somebody else. But that's, yeah, a memory that I have.

THE COURT: So you have some vague recollection of something, but do you have any specific understanding or memory of what it is that you read about Mr. Rhodes' involvement?

PROSPECTIVE JUROR: Not exactly, no, but --

THE COURT: And anything other than what you've just described, other than just a vague understanding, anything more specific?

PROSPECTIVE JUROR: Not more specific.

THE COURT: Okay.

So let me just go back, then, to the question I

52

asked where we were originally, is that, again, you've had -- you know, you've indicated some understanding about this organization.  The organization is not on trial.  What we would ask you as a juror is to sort of set aside your impressions that you may have received from reading something.

Do you think -- those impressions that you have now, would you have any difficulty or do you think those impressions would affect your ability to be fair and impartial to the defendants in this case?

PROSPECTIVE JUROR:  No.  I would think -- yeah, I think it's -- I have, yeah, those ideas about the organization; but, yes, separating other people themselves, yeah.

THE COURT:  You think you could separate the people out themselves; is that right?

PROSPECTIVE JUROR:  I think so; but it would always being the back of my mind, I suppose, the bigger picture, but, yeah.

THE COURT:  So, again, there's no right answer.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Would the bigger picture, do you think, affect your view of these defendants and make it harder for you to come to a different conclusion about their guilt or innocence than the impression that you have, for

53

example?

PROSPECTIVE JUROR:  Yeah, I suppose given -- yeah, if presented with other evidence, I suppose I could separate, yeah, from what I have heard before.

THE COURT:  Okay.  It sounds like you may have some difficulty doing so; is that right?

PROSPECTIVE JUROR:  Some difficulty, but -- yeah.

THE COURT:  All right.  Any objection, Counsel?

MS. HALLER:  No, Your Honor.

MR. MACHADO:  No, Your Honor.

MS. RAKOCZY:  No, Your Honor.

THE COURT:  All right.  Ma'am, thank you very much for your time.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Mr. Douyon will give you some additional instructions.

MR. MACHADO:  Your Honor, I see that 1747, you mentioned he or she was in Germany.  Is the Court planning to follow up, or is that person stricken for cause?

THE COURT:  I don't know.  The short answer is we will keep trying, but I have no idea of whether the person is coming back Monday or they're there for an extended period of time.

MR. MACHADO:  Okay.  Thank you, Your Honor.

MR. ROSSI:  Your Honor, in light of your Court's

54

ruling about my questions to Juror 261, I am not going to ask those questions. I just want noted for the record my objection.

THE COURT: Okay.

MR. ROSSI: Thank you, Your Honor.

THE COURT: Thank you.

COURTROOM DEPUTY: Your Honor, this is Juror No. 1168.

THE COURT: Hi. How are you?

PROSPECTIVE JUROR: Good morning. How are you?

THE COURT: Good. Thank you.

You are 1168; is that right?

PROSPECTIVE JUROR: Yes, sir.

THE COURT: Feel free to remove your mask if you are comfortable doing so.

Your juror questionnaire is in front of you. And I will ask you, first, to please turn to page 13 or what's labeled as 13 at the bottom there and Question 69.

In Question 69, we asked you, "Would the fact that an indictment charges the defendants lead you to believe that they are, in fact, guilty or make it more difficult for you to apply the presumption of innocence?"

You answered that question "yes." Can you tell us why you answered that question "yes"?

PROSPECTIVE JUROR: I have a lot of emotions

surrounding the case in general.  So I feel like if indictment charges were made, I might be swayed to believe that they could be guilty.

THE COURT:  Okay.

So if you were instructed that every defendant is entitled to the presumption of innocence, is that something you would have difficulty following in a January 6th case that involves these defendants?

PROSPECTIVE JUROR:  In all honesty, it's possible. I understand the concept and that that is what I should do if I am selected and I will do my best to adhere to that. But, in all honesty, it is possible that that could be challenging.

THE COURT:  It could be hard for you; is that right?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay, fair enough.  I appreciate your honesty and candor.  Any objections, Counsel?

MS. RAKOCZY:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MR. ROSSI:  No, Your Honor.

THE COURT:  Thank you.  Mr. Douyon will show you out of the courtroom.  Thank you.

PROSPECTIVE JUROR:  Thank you very much.

COURTROOM DEPUTY:  Your Honor, this is Juror No.

56

1576.

THE COURT:  Hi, ma'am, how are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.  Thank you for being with us this morning.

You're Juror 1572?

PROSPECTIVE JUROR:  Yes, that's correct.

THE COURT:  Feel free to remove your mask if you are comfortable doing so.

Your juror questionnaire is in front of you.  I'll ask you to just pick that up, please, and just starting there on the first page, let's start with Question 7.  You were asked whether you have any moral, religious or ethical beliefs that would prevent you from sitting in judgment of another person, and you answered that question yes.

Can you tell us why you answered that question yes?

PROSPECTIVE JUROR:  Yes, I'm a Christian, I'm a faithful Christian, and my religious forbids me from being part of any judgment towards other people.  So that's why, I'm like, I feel like I might not be the best impartial person to be so.

THE COURT:  Okay.

So when you say your religious beliefs prevent you from sitting in judgment, that would include, in your view,

57

deciding whether somebody is guilty or not guilty in a criminal trial?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Okay.  Thank you.

Any objection, Counsel?

MR. ROSSI:  No, Your Honor.

MS. RAKOCZY:  Can I just ask a couple of follow-up questions, Your Honor?

THE COURT:  Sure.

MS. RAKOCZY:  Good morning, ma'am.  Thank you for being here.

PROSPECTIVE JUROR:  Good morning.

MS. RAKOCZY:  Do you understand that in this trial, no one will ask you to make a judgment morally as to whether the people on trial are good or bad, that that's a decision for people outside this courtroom?  Do you understand that?

PROSPECTIVE JUROR:  Yes.

MS. RAKOCZY:  If you're asked in this case to look at the facts and the evidence and make a decision following the Judge's instructions as to whether the government has proven that these people are guilty or innocent of the charges, do you think you could exercise that kind of judgment, not moral good or bad judgment, but just do the facts prove the crimes?

58

PROSPECTIVE JUROR:  I'm not 100 percent sure.

MS. RAKOCZY:  Thank you.

No objection, Your Honor.

THE COURT:  All right.  Thank you, ma'am.  Mr. Douyon will show you out of the courtroom and provide you with additional instructions.

COURTROOM DEPUTY:  Juror No. 0704.

THE COURT:  Sir, how are you?

PROSPECTIVE JUROR:  I'm well, sir, thank you.

THE COURT:  Welcome.  You are Juror 0704?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Feel free to remove your mask if you are comfortable doing so.

All right.  Your juror questionnaire is sitting there in front of you, and first thing I'll ask you to do, please, is turn to page 12 and Question 53.

So in Question 53, we asked you whether you have read, seen, or heard anything about the Oath Keepers organization or any judicial proceedings involving the organization or any of its members.  You answered that question yes.

Can you tell us what you have read, seen, or heard, sir.

PROSPECTIVE JUROR:  Only what was announced by the news on the initial days.  That's it.

THE COURT:  Okay.  When you say the initial days, what do you mean, sir?

PROSPECTIVE JUROR:  I'm trying to think.  What was reported on *Washington Post*.

THE COURT:  Okay.

PROSPECTIVE JUROR:  That's it.

THE COURT:  All right.  But just to be clear, when you say the initial days, do you mean reporting by *The Washington Post*?

PROSPECTIVE JUROR:  By *The Washington Post*, yes, sir.

THE COURT:  But near in time to January 6th?

PROSPECTIVE JUROR:  Afterwards.

THE COURT:  Afterwards.

PROSPECTIVE JUROR:  Yes.

THE COURT:  But in sort of the days afterwards?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  But nothing more recently?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

So if you can reach back into the recesses of your memory and what do you recall reading about the organization and its involvement on January 6th in *The Washington Post*.

PROSPECTIVE JUROR:  Only that they were part of it, they were there, that's it.

60

THE COURT:  Do you have any specific, more specific memory of what the reporting was about what they did or did not do?

PROSPECTIVE JUROR:  No, sir, I didn't really get into it.

THE COURT:  You didn't get into it any more than what you've just described.

PROSPECTIVE JUROR:  No, sir.  Yes.

THE COURT:  So as you sit here today, other than just some general awareness about the organization's involvement, you don't have any specific understanding of what they may or may not have done?

PROSPECTIVE JUROR:  I do not.

THE COURT:  Okay.

And just to be clear, sir, on Questions 55, 56, and 57, we gave you a number of people's names. Do you recognize any of those names, sir?

PROSPECTIVE JUROR:  I do not.

THE COURT:  I'll ask you, please, to turn to page 7.

In Question 18, you've just said that you had a close friend or family member who served in the Armed Forces.  Can you just identify who that is and in what branch of the Armed Forces.

PROSPECTIVE JUROR:  Myself, Marine Corps.

THE COURT:  You were in the Marine Corps.  How long did you serve, sir?

PROSPECTIVE JUROR:  Four years.

THE COURT:  Four years.

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  Your Honor, was it four or 40?

THE COURT:  Four.

PROSPECTIVE JUROR:  Four.

MR. ROSSI:  That's a long time.

THE COURT:  You indicated in Question 22 that you have been on the Capitol Grounds or inside the Capitol Building.  Can you tell us about that?

PROSPECTIVE JUROR:  I did a tour there.

THE COURT:  Okay.  And when was the tour, sir?

PROSPECTIVE JUROR:  This was maybe ten years ago.

THE COURT:  All right.  So it's been some period of time.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Question 29, which is on the next page there, asked you about prior jury service.  You indicated that you had served on a civil jury in the last ten years.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Just to make sure you're clear, this is a criminal trial.

PROSPECTIVE JUROR:  Yes.

62

THE COURT:  And in a criminal trial, the burden of proof is much greater than what you had to deal with in a civil case.  In a civil trial, it's by a preponderance of the evidence.  Here, the burden of proof is beyond a reasonable doubt.  Would you have any difficulty distinguishing between those two burdens of proof?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.

If you would please turn to page 11.

So on page 11, we asked you in Questions 45, 46, and 47, we were trying to get a sense of how much news you've been exposed to about the events of January 6th.  And you've indicated you've seen some videos, you've watched but little news coverage.

Can you just give us a sense in terms of how closely you followed the events.  Would you say that you're more closely following it back in time and the amount of coverage you've viewed is --

PROSPECTIVE JUROR:  I have not been following.

THE COURT:  You have not been following it more recently at all?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  So you would not describe yourself as somebody who kind of actively looks for news about the events of January 6th.

63

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Page 12, Question 59 asked whether you or a close friend or family member has worked in the legal profession.

PROSPECTIVE JUROR:  Myself.

THE COURT:  You are.

And can you tell us in what capacity?

PROSPECTIVE JUROR:  Word processor at a law firm.

THE COURT:  Okay.

And can you tell us, you don't need to the name the law firm, but can you tell us whether the law firm does any criminal work?

PROSPECTIVE JUROR:  No.

THE COURT:  And have you, not necessarily just with this law firm, have you done prior work or have you worked previously in legal capacities?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.

And have any of those legal capacities or places that you've worked, have they done criminal work?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  Any follow-up from the government?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Anything from the defense?

64

MS. HALLER: No, Your Honor.

MR. ROSSI: No, Your Honor.

MR. MACHADO: Just one question, sir.

With regard to the Oath Keepers and you heard that they were just there, I think that's how you put it, did you hear anything positive or negative about why they were there or what they were doing there?

PROSPECTIVE JUROR: No, just that they were there.

MR. MACHADO: Okay. All right. Thank you. No other questions.

THE COURT: All right. Sir, thank you. Mr. Douyon will show you out of the courtroom and provide you with additional instructions.

Sir, come on up over here.

COURTROOM DEPUTY: Your Honor, this is Juror No. 0994.

THE COURT: Sir, how are you?

PROSPECTIVE JUROR: All right.

THE COURT: Have a seat, sir.

Feel free to remove your mask if you are comfortable doing so.

You're Juror 0994; is that right?

PROSPECTIVE JUROR: Yes, sir.

THE COURT: Okay.

So your questionnaire is in front of you there.

Let's begin on page, the first page there, what's labeled as page 5.  In Question 6 you indicated that you have some lower back pain that might cause some challenges for jury service.  Let me just ask you this.  So the way the schedule would work is that we would probably sit for about, you know, 90 minutes stretches, take a break, as I said, break for lunch, another 90-minute stretch, a break, until the end of the day.

Do you think you would -- your difficulties with your back would make it -- prevent you from serving as a juror?

PROSPECTIVE JUROR:  Are these the chairs?

THE COURT:  Those are the chairs.

PROSPECTIVE JUROR:  I wouldn't have a problem.

THE COURT:  No problem.

PROSPECTIVE JUROR:  (Juror shakes head.)

THE COURT:  And if you were selected and you needed to get up and stretch or anything like that, you would have the ability to just raise your hand and let me know that, okay.

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  All right.

You've indicated in Question 8 on the next page that loud noise makes it hard to hear conversation.  You and I and many other people share that in kind.

66

But are you having any difficulty hearing me at this point?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  And let me just ask -- Mr. Rossi, would you just say something into the microphone.

MR. ROSSI:  Your Honor, my hearing is not the best.  Could he just speak up a little louder, sir?

PROSPECTIVE JUROR:  Okay.

MR. ROSSI:  I apologize.

THE COURT:  All right.  So it sounds like you can hear Mr. Rossi just fine.

PROSPECTIVE JUROR:  The chair don't move.  Okay.

THE COURT:  In Question 9, you were asked whether you have any difficulty reading, speaking, or understanding English.

PROSPECTIVE JUROR:  That should have been a "no." I apologize.

THE COURT:  That's okay.  I figured as much, but that should be a "no," correct?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You're at full capacity to understand, read, and speak English; is that right?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  On page 7, Question 16, you've indicated that you have -- that either you or a close friend

or family member has been employed by the Federal Government at some point.  Can you tell us about that?

PROSPECTIVE JUROR:  I was in the military for 26 years.

THE COURT:  Okay.  Can you tell us what branch in which you served?

PROSPECTIVE JUROR:  Army.

THE COURT:  And when you say you were, I take it that means you are no longer in the Army; is that right?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Okay.

You've indicated in 18 that you or a close friend or family member served in the Armed Forces.  You've told us about that.

Question 20 asked about prior attendance in rallies, protests, and demonstrations.

And you've indicated in '21, that you participated -- or that -- you've identified a rally or protest against gun violence in downtown Washington.

Did you participate in that rally or protest, sir?

PROSPECTIVE JUROR:  Basically, they had -- right after the shooting of a -- I think it was a young lady on Malcolm X Street, she was hit by a stray bullet.  And maybe two days after that, one of the twins from my church -- from one of the church members at my church, he was shot.  So we

68

did participate in the march a couple of years ago --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- with our church.  They had several speeches and so forth and so on.

THE COURT:  Okay.

So let me ask you this:  You've participated in that march.

In Question 19, we asked you about your feelings about firearms and the laws about firearms and whether you had such feelings that it would make it difficult for you to be fair and impartial.

Is that accurate, sir?

PROSPECTIVE JUROR:  I can be fair and impartial. I mean, I've been firing a weapon most of my life.

THE COURT:  Right.  You, yourself, have fired a weapon, right?

PROSPECTIVE JUROR:  So I've been to Afghanistan and Iraq and all of that.  So, no, I don't have no problem with no firearms.

THE COURT:  So the fact that, for example, you're likely to hear evidence in this case about gun possession and maybe even see guns in the courtroom, how do you think that would affect your ability to be fair and impartial, if at all?

PROSPECTIVE JUROR:  I shouldn't have a problem.

69

THE COURT:  No problem.  Okay.

If you would turn to page 11, please.

In Questions 45, 46, and 47, we were trying to get a sense of how much media you've been exposed to about the events of January 6th.  Can you give us a sense of sort of at present, how much media coverage you are seeing or reading about the events of January 6th?

PROSPECTIVE JUROR:  None really, except right around the exact time that it took place.  And even then, I didn't see much because I was at work.

THE COURT:  Okay.

And so is it fair to sort of say that at the time, you may have read and seen some news about it; but since then, not very much.  Is that correct?

PROSPECTIVE JUROR:  I try to stay away from that.

THE COURT:  Okay.

So as a juror, if you were selected, we would ask you to sort of set aside even what little you may have seen or read about the events of that day and judge the evidence and judge these defendants based only on the evidence that's presented.  Do you think you would have any trouble setting aside whatever you've seen or read about the events of January 6th?

PROSPECTIVE JUROR:  I wouldn't have an issue.  There's nothing really to set aside.

THE COURT:  Okay.

Let me just -- if I could ask you to turn to page 12, we'd ask you, in Question 54, whether you've ever read, seen, or heard anything about the Oath Keepers organization.  You answered "no."  I guess that was Question 53.

And just to ask that question one more time, have you ever heard of the Oath Keepers as an organization, the Oath Keepers organization?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  You know nothing about it, never heard the name before?

PROSPECTIVE JUROR:  (Shaking head.)

THE COURT:  Question 60 asked whether you or a close friend or family member has ever applied for employment with or worked in law enforcement.

PROSPECTIVE JUROR:  I answered "yes" to that question because my father in-law, he was a military policeman a long time ago, around Vietnam time frame.

I also, I don't know, maybe 2003, I worked with the police for a short period of time on Fort Gordon.

THE COURT:  At where?

PROSPECTIVE JUROR:  Fort Gordon, Georgia.

THE COURT:  Okay.  So let me ask you this:  There will be law enforcement testimony in this case.  Do you

think that you would give more or less weight to law enforcement testimony just because somebody is a law enforcement officer?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything about your relationship or the work that you've done with law enforcement that would cause you to believe that you would not be able to be fair to the defendants in this case?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  Question 63 asked whether you or a close friend or family member has ever been the victim of a crime, reported or not.

Can you tell us about that?

PROSPECTIVE JUROR:  My home was broken into when I was about -- between the ages of 7 to 9, I guess.

THE COURT:  Okay.

PROSPECTIVE JUROR:  They stole the TV, radios, and instruments out of the home.  Nobody was present, though.

THE COURT:  Okay.

All right.  Any follow-up from the government?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Anything from the defense?

MS. HALLER:  No.  Thank you, Your Honor.

MR. MACHADO:  Yes, briefly.

Sir, you indicated you had some -- had no problems

72

as far as guns are concerned but, at the same time, that you went to a protest.

Do you have any issue with civilian having guns? You mentioned military was fine, but --

PROSPECTIVE JUROR:  I don't have an issue with civilian having guns.

What I have issue with is a lot -- I feel like there's -- the laws aren't tight enough to keep young people from getting the guns.  I don't have issue with guns at all. I mean, I -- like I said, I've been to the range all my life just about.  My grandfather had a shotgun when I was a kid. So I don't have an issue with that.

It's just I don't feel like we're strict enough to try to keep the guns out of young people's hands.

MR. MACHADO:  Thank you, sir.

THE COURT:  All right, sir.  Thank you very much for your time.  Mr. Douyon will provide you with some additional instructions.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 1775.

THE COURT:  Hi, ma'am.  How are you?

PROSPECTIVE JUROR:  Hi.  How are you doing?

THE COURT:  Good.  Thank you for being with us. You are Juror 1775?

PROSPECTIVE JUROR:  Yes.

73

I can't move the seat?  Okay.

THE COURT:  Yeah.  I know that seat is fixed there, but I'll ask you to speak into the mic.

PROSPECTIVE JUROR:  Sure.

THE COURT:  Feel free to remove your mask if you are comfortable doing so.

Your juror questionnaire is there in front of you.  Let me just, if I could, please, start with Question 1, which is this question we asked you about hardship.  You indicated that you're self-employed and that you have at least one preexisting engagement.

Let me ask you this.  If you were to be seated as a juror here for multiple weeks, would it cause you a financial hardship?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

And is that because if you were here, you wouldn't otherwise be getting -- you wouldn't be able to otherwise work for a wage; is that right?

PROSPECTIVE JUROR:  That's correct.

THE COURT:  Okay.

All right.  Any objections, Counsel?

MS. RAKOCZY:  No, Your Honor.  Thank you.

MR. ROSSI:  No, Your Honor.

MR. MACHADO:  No, Your Honor.

74

MS. HALLER:  No, Your Honor.

THE COURT:  All right.  Ma'am, thank you very much for being here.  I appreciate it.  Mr. Douyon will show you out of the courtroom.

PROSPECTIVE JUROR:  Well, that's it?  Okay.

Can I tell you something else?

THE COURT:  Yes, ma'am.

PROSPECTIVE JUROR:  I'm a writer and a poet, but I am a recovering lawyer.  But I didn't put that on there because I don't live as a lawyer.

And I used to try -- I used to work in the U.S. Attorney's Office.  I've tried murder cases.  I've tried lots of cases.  But I haven't done that since -- I try not to remember.  Let me see.

I think it was 1998 when I left the U.S. Attorney's Office.  I can't remember when I left there.  But I have tried cases, so I just want you to know that.

But I am a poet.  Let me just be really clear.

THE COURT:  I was going to say, I don't know how anybody who has tried cases is also a poet.

PROSPECTIVE JUROR:  I know.  Because God brought that to me.  The poems started coming in 2005, and so they just clarified my life.  That's really why I'm here.

THE COURT:  So there's hope for us is what you're saying.

PROSPECTIVE JUROR:  Yes, there is hope.

But it's not as -- nearly as lucrative, let me just say.  So as a poet, I have a different life.  And I had to cancel my -- you know it's Black History Month, by the way.  So I had events.  One of them I had to cancel because of this.

But I do understand the importance of being a juror.  But I'm just letting you know you are affecting my ability to feed me.

THE COURT:  Thank you for being here.  Thank you.

All right.  So we've reached the 11:00 hour.  Why don't we go ahead and take a 15-minute break, and then we'll resume at 11:15.  We're going to take lunch now -- I'm sorry -- a 15-minute break, and then we'll resume at 11:15.

MR. ROSSI:  Thank you, Your Honor.

THE COURT:  Thank you, everyone.

COURTROOM DEPUTY:  The Court stands in recess.

(Recess from 11:01 a.m. to 11:17 a.m.)

COURTROOM DEPUTY:  All rise.  The Honorable Amit P. Mehta presiding.

THE COURT:  Please remain seated, everybody.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 1038.

THE COURT:  Hi, ma'am.  How are you?

PROSPECTIVE JUROR:  Good morning.

76

THE COURT:  Have a seat, please.

You're Juror 1038; is that right?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  Feel free to remove your mask if you wish.

Your juror questionnaire is there in front of you.

Let's start just, if we could, please, with the first question which asked about hardship.  You indicated here that on February 1st, I guess just two days ago, you're expected to resume working after a break.  Can you tell us about that?

PROSPECTIVE JUROR:  Yes.

I'm employed with the National Alliance on Mental Illness D.C. as an independent contractor.  And we were in the process of negotiating, re-negotiating a contract with the Metropolitan Police Department.  And we've since done that and we resume work, I guess it was on January 8th.

THE COURT:  Okay.  And when you say "we," are you talking about -- let me ask you this.

Are you, yourself, somebody who does work under the contract or are you the business owner of a --

PROSPECTIVE JUROR:  I work under the contract.

THE COURT:  You work under the contract.

PROSPECTIVE JUROR:  And when I say "we," I mean me and my co-presenter.

77

THE COURT:  Okay.  So it's two of you.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And is the contract such that if you were here for six weeks, you would not be getting paid under the contract?

PROSPECTIVE JUROR:  That's correct.

THE COURT:  Okay.

So actual work would be required in order for you to be compensated under that contract; is that right?

PROSPECTIVE JUROR:  That's right.

THE COURT:  Okay.  So if you were here for six weeks, it would mean you would not have income for that period of time?

PROSPECTIVE JUROR:  Yes, but I work part time, part time once a week.

THE COURT:  I see.

So let me ask you this.  Would you be able to do both; in other words, would you be able to sit as a juror and then work your part-time hours and meet your commitments?

PROSPECTIVE JUROR:  It would depend on the time.

THE COURT:  So --

PROSPECTIVE JUROR:  I work from 12 until 1:30, but, including transportation, I wouldn't be able to get here until maybe 2:30.

THE COURT: Oh, I see. So your daily work would be from 12 to 1:30?

PROSPECTIVE JUROR: That's right.

THE COURT: Is there any objections?

MR. ROSSI: No, Your Honor.

MS. RAKOCZY: No, Your Honor.

THE COURT: Thank you very much, ma'am. Mr. Douyon will show you out of the courtroom and provide you with additional instructions.

MR. MACHADO: Your Honor, I just wanted to get -- I was hoping we'd do it before someone came in.

THE COURT: Hang on.

Sir, I'll just ask you to step back outside for a moment.

MR. MACHADO: Just wanted to get a recap of the for-causes that have been -- up to this point to make sure we're all on the same page.

I have for cause removed 1 -- I'll go by line number, 1, 3, 5, 6, 7, 9, 11, 12.

THE COURT: Right.

MR. MACHADO: And No. 4 is still a question mark, the person from Germany; is that correct?

THE COURT: Correct.

MR. MACHADO: Thank you.

COURTROOM DEPUTY: Good morning. Please have a

seat right here and speak into the microphone.

Your Honor, this is Juror No. 2258.

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.

So you're Juror 2258?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.  So your juror questionnaire is in front of you.  Thank you for being with us this morning.

If I could first ask you to please turn to page 12 and to Question 53.

All right.  In Question 53, we asked you, have you read, seen, or heard anything about the Oath Keepers organization or any judicial proceedings involving the organization or any of its members.  Can you tell us what you have read, seen, or heard about the organization?

PROSPECTIVE JUROR:  So before I was called for this jury duty, I'd heard that they were involved in the January 6th events.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I've heard -- I'm not, like, an expert at all in the organization.  I've just heard that they're a right-wing, pro-Trump group that was involved in the events of January 6th.

THE COURT:  Okay.

And when you say "involved," can you provide us with any more specifics of what you understand their involvement to have been with?

PROSPECTIVE JUROR:  I don't know, like, specifically with this group versus kind of the some of the other groups that were involved, but I think it has something to do with storming the Capitol and they were also pushing, from what I understand, for -- about the election recount and things like that.

THE COURT:  Okay.

And when you say "storming the Capitol," do you have any -- do you have any particular understanding in mind of what that involved with respect to that group?

PROSPECTIVE JUROR:  No.  Beyond that, just that they were involved in that.

THE COURT:  Okay.

We asked you -- and I think you just said you described them as right-wing pro Trump.  Can you tell us what you mean by that?

PROSPECTIVE JUROR:  Pro Trump meaning supporting the former President?

THE COURT:  Right.

PROSPECTIVE JUROR:  Meaning that he, from what I understand, that he should have been able to stay in office after the election ended.

THE COURT:  Okay.

And is that what you mean by right-wing as well, or do you mean something else?

PROSPECTIVE JUROR:  I think that kind of means right-wing.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I don't know.

THE COURT:  That's all right.  Just trying to understand your answers.  I appreciate that.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  So in 54, we asked you, given what you've read, seen, or heard about the organization, whether it would affect your ability to be fair and impartial and you answered that question no.

So you've just told us a little bit of what you understand the organization was involved with, how it was involved on January 6th.

PROSPECTIVE JUROR:  Yep.

THE COURT:  The organization itself is not on trial; rather, individual defendants who are affiliated with the organization are on trial.  Does what you think you know about the organization, the fact that they were involved in some way on the 6th, do you think it would make it difficult for you to be fair and impartial to these defendants?

PROSPECTIVE JUROR:  I mean, I guess I could be

impartial about these defendants.

THE COURT:  Okay.

So you say you guess.  Do you have any reason to question your ability to be fair and impartial?

PROSPECTIVE JUROR:  I guess the only point being is I've known or I've read in the past that they were involved in the January 6th events, and I was under the understanding that they kind of -- that the people involved in that who stormed the Capitol and were trying to block the proceeding, violate the law.  So, you know, and were trying to prevent the democracy.  So I guess that's just kind of what it -- but I would try to be open to the different arguments.

THE COURT:  Right.

So that would be the ultimate question in this case.  I mean, there is going to be evidence that some of the defendants did enter the building, but the question for a jury would be, why they entered and whether doing so violated the law.

And the question to you is, would the mere fact that you will hear some evidence that some of them entered the building, in your view, would that cause you to think that they had violated the law before you heard any of the evidence or understood what the instructions would be, or could you wait until the evidence was all in and apply the

instructions as they're provided to you?

PROSPECTIVE JUROR:  Well, I guess I was under the understanding, perhaps incorrectly, that anyone who entered into the Capitol Building that day, that act itself was a violation of the law.

THE COURT:  So let me put it this way.  None of these defendants are charged with mere trespassing.

PROSPECTIVE JUROR:  Okay.

THE COURT:  They're charged with something, they're charged with other offenses.  And so they're not charged with an offense in which they would be in violation of a law just by merely being present there, okay?

PROSPECTIVE JUROR:  Okay.

THE COURT:  The question for the jury in this case would involve more broad evidence, greater evidence, and would involve different charges than just not being where they weren't supposed to, it's more than just mere trespassing.

So all of that said, just so you have an understanding, would the fact that they were merely present, but they're not charged with any offense for merely being present, do you think you would be able to sit fairly and impartially, view the evidence and apply it to the instructions as I would give them to you?

PROSPECTIVE JUROR:  I guess, yeah.

84

THE COURT:  Okay.

Again, I'm not trying to -- I'm not asking for an answer, there's no right answer, but if you have any question in your mind about whether you could be fair, you should let us know.

PROSPECTIVE JUROR:  I mean, given what you said, I think I could be fair.

THE COURT:  You could be fair?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

Any doubt in your mind that you could be fair?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Let me just, while we're on this page, Question 50, we asked you about your exposure to the January 6th Committee hearings.  Can you tell us a little bit about how much of those you watched, viewed, or -- excuse me, you viewed or read about?

PROSPECTIVE JUROR:  Yeah, I read some of -- about some of those hearings in various different -- either online or in newspapers, things like that.

THE COURT:  Okay.

And did you watch any of the hearings themselves?

PROSPECTIVE JUROR:  In the sense that they were maybe on social media, I might have kind of watched it on

85

social media, but it's not like I sat, like, through two or three hours or anything like that.

THE COURT:  And do you have any recollection of, based on what you may have seen and what you read, any discussion about the Oath Keepers in connection with the January 6th Committee hearings?

PROSPECTIVE JUROR:  Not in relation to the committee hearings, no.

THE COURT:  Okay.

But you've told us generally what you think what you've read --

PROSPECTIVE JUROR:  Yeah.

THE COURT:  -- but not anything specific with respect to the events.

PROSPECTIVE JUROR:  Correct.

THE COURT:  If I could just ask you to flip the page to the prior page, page 11.

Questions 46, 47, and 48 were sort of designed to -- and 45 were designed to figure out, get a sense of how much news you've been exposed to about events of January 6th.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Can you give us a sense, for example, would you say that you have -- let me ask this.

Would you say that you continued to pay close

86

attention or regular attention to news stories about the event of January 6th?

PROSPECTIVE JUROR:  I would say some attention.

THE COURT:  Some attention.

PROSPECTIVE JUROR:  Not like intense, but not nothing --

THE COURT:  And would you say that you proactively seek out news and information about the events of that day?

PROSPECTIVE JUROR:  Like, I get a newspaper on the weekends, and I usually read almost the entire newspaper. But it's not like I was only focusing on that section.

THE COURT:  Got you.

So if it's something that happens to be in the newspaper that you've picked up on the weekend, you might read it or it you might not.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

So the question for you as a juror potentially would be:  Could you set aside anything that you have read or learned about the events of that day and focus simply on the evidence that's presented in this courtroom and evaluate that evidence against the instructions I would give you?

PROSPECTIVE JUROR:  So we're supposed to, like, delete all previous knowledge we have about the incident?

THE COURT:  Well, that would, you know, be

impossible.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  We couldn't ask you to delete what you've come into the courtroom with in terms of what's in your head.  But what we would ask you to do is put aside; that is, just sort of set it aside and disregard it and only evaluate the evidence as it's presented in this case.

PROSPECTIVE JUROR:  Yeah, I think I could do that.

THE COURT:  You could do that.  Okay.

All right.  If I could ask you then to please turn to page 6.

You indicated in Question 12 that you had served in the Israeli Army for 18 months.  And the question was whether anything about -- whether there's anything that we should know about that might affect your ability to be fair and impartial when you told us that you had served in the Israeli Army.

Can I ask you why you thought that fact might affect your impartiality -- partiality as a juror?

PROSPECTIVE JUROR:  I wasn't sure about that. Just because I've gone through, like, the government security clearance process multiple times, and that has always been a very big deal for them.  And they've, like, flagged me away from various government roles because of that.

88

THE COURT:  Okay.

PROSPECTIVE JUROR:  So I just thought that because this is a federal case, they might be interested in that.

THE COURT:  But nothing case-specific that you --

PROSPECTIVE JUROR:  No, not that I'm aware of.

THE COURT:  Next page, Question 7, you've indicated -- you've told us about your membership in the Israeli Army.

You also indicated in Question 20 that you or family members or friends have participated in rallies, protests, or demonstrations.  And it looks like you've identified "Rally for Ukraine," and I can't quite -- does that say February of 2022?  It's just the date.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

Now, any other rallies or demonstrations that you've participated in or your friends or family have participated in?

PROSPECTIVE JUROR:  Well, I'm not 100 percent sure about all friends and family.

THE COURT:  Of course, just to whatever is to your knowledge.

PROSPECTIVE JUROR:  I think I have kind of friends and family -- I have friends or family who participated in, like, Black Lives Matter protests.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I'm trying to think of other -- I think I have a family member who participated in a protest for the Uyghurs in China.

THE COURT:  Okay.

So let me ask you this.  If you were to be seated as a juror and learn that the defendants in this case have political views that were different than yours, how do you think that would affect your ability to be fair and impartial to them.

PROSPECTIVE JUROR:  I think I could be fair and impartial.

THE COURT:  You would be fair and impartial?

Say you learned that -- I mean, I think you've perhaps intuited this, that they were supporters of the former President.  And I don't know whether you were or not, but how would it affect your -- do you think it would affect your ability to be fair and impartial to them if you were to learn that they were supporters of the former President?

PROSPECTIVE JUROR:  I think I could be fair and impartial.

THE COURT:  Okay.

You've indicated in Question -- or line 22 that you've been in the Capitol grounds or inside the Capitol Building.

90

Can you tell us about that?

PROSPECTIVE JUROR:  I used to be a reporter, and I was a congressional correspondent for the publication.  This was in 2017, so it was about year.  So I would go almost every single day.

THE COURT:  Got you.

And that's -- you're still working as a reporter?

PROSPECTIVE JUROR:  No, I'm not working as a reporter anymore.

THE COURT:  And so do you have any, in whatever your current capacity is, do you still have work on the Hill.

PROSPECTIVE JUROR:  I don't go on Capitol Hill anymore, no.

THE COURT:  You don't.  Okay.

MR. MACHADO:  Excuse me, Your Honor.

Your Honor, I didn't hear the last answer.

THE COURT:  He said he doesn't work on Capitol Hill anymore.

MR. MACHADO:  Okay.  Great.

THE COURT:  I'm just going to ask you to keep your voice up.

PROSPECTIVE JUROR:  Sorry.

THE COURT:  That's okay.

Do you still, from your time as a reporter there,

do you have friends or former colleagues who still work on the Hill that you're in touch with?

PROSPECTIVE JUROR:  I'm trying to remember who is still there.

I mean, like, I know people, like a few people who work there.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But I'm not, like, in close touch with them.

THE COURT:  Okay.

Do you recall ever having conversations with those people about the events of January 6th?

PROSPECTIVE JUROR:  Well, the more I think about it, actually, my former roommate was there on January 6th, yeah.

THE COURT:  Okay.

And have you spoken with your former roommate about the events of that day?

PROSPECTIVE JUROR:  He told me about it shortly afterward, but I haven't talked with him about it in -- like, he's not my roommate anymore.  So it's been, like, over a year or something like that.

THE COURT:  And when you say -- do I understand correctly that he was actually physically present?

PROSPECTIVE JUROR:  Yeah.

92

THE COURT:  And what -- let me ask you this:

Can you tell us what he shared with you about how he was affected by the events of that day?

PROSPECTIVE JUROR:  Well, he was a staff member for a congresswoman.  I think she was from Arizona.  But he just remembered being quite concerned and kind of fearful about what was happening.

THE COURT:  Okay.

MR. ROSSI:  Your Honor, I didn't hear the congresswoman's name.

THE COURT:  He didn't say it.  He just said "a congresswoman from Arizona."

PROSPECTIVE JUROR:  I don't remember her name.

THE COURT:  So the fact that your former roommate was on the Hill, how do you think that would affect your -- this is a case about the events of January 6th.  Your former roommate was there.  Do you think that would impact or influence you in some way if you were selected as a juror?

PROSPECTIVE JUROR:  I don't think, because of my former roommate, that would impact me at all.

THE COURT:  Okay.

Let me ask you this.  Are you still in touch with him?

PROSPECTIVE JUROR:  We're, like, friends on Facebook and things like that.  If I would see him, I would

93

be friendly.  But it's not like I talk to him every week or anything like that.

THE COURT:  Do you think it would be more difficult to vote to acquit any one of these defendants because of your friendship with him?

PROSPECTIVE JUROR:  No, I don't think so.

THE COURT:  And if you were convinced -- the government has the burden of proving guilt beyond a reasonable doubt.  If you were convinced that they had not met that burden, would you have any difficulty voting to acquit a defendant?

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  Question 38 just asks -- indicated that you would be restricted from certain media about the case.  And we asked you whether it would interfere with your ability to follow, what -- whether there would be any difficulty following that instruction.  You indicated that your job involves covering Israeli media for the U.S. Government occasionally.

So -- and you've indicated that the Israeli press discusses January 6th but not in detail.

So we would ask you, during the time that you are serving as a juror, not to look at the news, whether in print or otherwise, about the events of January 6th, and particularly any news about this case.  That doesn't mean

94

you would have to shut off all news but simply if you ran across an article that met that definition, you would have to avert your eyes or ears.

Do you think you would have trouble doing that?

PROSPECTIVE JUROR:  Meaning, like, if there were an article in the newspaper and I saw it, I would just move on to the next article?

THE COURT:  Correct.

PROSPECTIVE JUROR:  Yeah, I think I could do that.

THE COURT:  You could do that.  All right.

If you would just turn to page 13, please.

Question 60 asks about close friends or family members who've been employed with law enforcement.

PROSPECTIVE JUROR:  When you mean by "law enforcement," you mean, like, the police?

THE COURT:  Correct.

PROSPECTIVE JUROR:  I'm actually -- the more I think of it, I can't think of anyone who is a member of the police who's a family or friend.

THE COURT:  Okay.

Question 63 asks about you, a close friend, or family member who's been a victim of a crime.

PROSPECTIVE JUROR:  Yep.

THE COURT:  Can you tell us about that?

PROSPECTIVE JUROR:  My mom was kind of assaulted.

95

This was, like, a few years back.

THE COURT:  Okay.  Sorry to hear that.

Did that happen in D.C. or elsewhere?

PROSPECTIVE JUROR:  No, not in D.C.

THE COURT:  Okay.  Anything about the fact that your mom was the victim of an assault, do you think that would affect your ability to be fair and impartial to the defendants in this case?

PROSPECTIVE JUROR:  I don't think that would impact it.

THE COURT:  All right.  Okay.

Any follow-up from the government?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Anything from defense counsel?

MS. HALLER:  Yes, Your Honor.

On Question No. 38 -- and forgive me, Your Honor, if you went over this, I just didn't maybe didn't hear it. But for clarification where you say in your handwriting, because I'm having a little trouble reading it, "For my job, I cover for Israeli media for the U.S. Government occasionally, the Israeli press addressing January 6th but not in" something "detail."

PROSPECTIVE JUROR:  Much detail.

MS. HALLER:  Oh, not in much detail.  Okay.

So is it part of your employment that you covered

January 6th events?

PROSPECTIVE JUROR:  No, it's not -- meaning, like for my job, I have to watch the main evening broadcasts in Israel so the U.S. Government kind of understands what's happening.

So occasionally they will like mention it, but it's not like that's like a focus of it, like it might come up for a few minutes and then they move on.

It's not like they discuss this specific case. They might have just discussed January 6th.

MS. HALLER:  So on -- your employment is listed an analyst for Leidos.

PROSPECTIVE JUROR:  Yes.

MS. HALLER:  And can you tell us what that is?

PROSPECTIVE JUROR:  So Leidos is a pretty large U.S. Government contractor based in Virginia.  There's about 35- or 40,000 employees, and I work as a Middle East analyst for -- the U.S. Government has privatized a lot of these jobs, so in terms of the U.S. Government wants to know what's happening in the Israeli press so I kind of highlight the important things for the U.S. Government to know.

MS. HALLER:  And in doing so, you have covered January 6th events, correct?

PROSPECTIVE JUROR:  Meaning that, like, January 6th comes up occasionally in the Israeli press and I

read what they say about it or watch what they say about it.

MS. HALLER:  Have you reported for *The Daily Beast* at any point?

PROSPECTIVE JUROR:  I wrote a while ago, this is, I think, like 2013, 2014, I think it was a blog on *The Daily Beast* website, yes.

MS. HALLER:  Okay.

In blogging, do you blog at all about January 6th events?

PROSPECTIVE JUROR:  No.  I blog about Middle Eastern politics.

MS. HALLER:  Okay.  Thank you.

And just one follow-up question.  I think you used the word "prevent democracy" as one of the goals or intentions of the people that entered the Capitol.

PROSPECTIVE JUROR:  Correct, yeah.

MS. HALLER:  In a trial, the defendants are, you know, as the Court has indicated, have a right to a fair and impartial juror, and so I understand you believe that they had an intent to prevent democracy; but do you think that you can put that aside and actually just view the evidence in this case and not assume that they were there to prevent democracy?

PROSPECTIVE JUROR:  Meaning I'm supposed to --
I guess, like, put aside everything that I read or heard

98

about January 6th and just pretend I didn't know anything about that event and then, like, attend the trial like that?

THE COURT:  Look, I mean, it's a --

PROSPECTIVE JUROR:  I mean, like --

THE COURT:  There's a sort of mental exercise, particularly in a case like this, is that we would ask you to set aside what you've learned.  And from the day the trial began and until the day it ended, your judgment would be based solely upon the evidence that's presented in the case and the law as I instruct you to do it.

PROSPECTIVE JUROR:  Okay.

So I guess I'm just supposed to ignore all the context of what happened before that event and during that event?

THE COURT:  The short answer is yes, in the sense that, again, it's just about the evidence that's presented in the courtroom.

PROSPECTIVE JUROR:  Yeah, I mean, I would be able to try my best.

MS. HALLER:  Well, thank you, sir.

The Constitution does give these people the right to a fair and impartial jury, so we thank you for your service, we would appreciate that you consider all of the evidence and thank you for your time.

PROSPECTIVE JUROR:  Okay.  Thank you.

99

MR. ROSSI:  May I proceed, Your Honor?

THE COURT:  Yeah.

MR. ROSSI:  Thank you very much.

I wanted to follow up on the answer you gave that your understanding, before Judge Mehta asked you questions, was entering the Capitol in itself is a violation of the law.  Could you explain what your understanding was before Judge Mehta asked you questions?

PROSPECTIVE JUROR:  I was under the assumption or based on reading, that the only people who were permitted to enter the Capitol that day was through like a legal process of like going through the security, like, kind of like we entered the courthouse today and, like, that formal, legal procedure, and people who didn't do that, that was entering into a federal facility or complex in an illegal manner, and that by itself, from what I understood, by itself, that was an illegal act.

MR. ROSSI:  You mentioned that you had, sir, a Top Secret Clearance.

PROSPECTIVE JUROR:  No.  I've applied for government clearances but have been denied actually.

MR. ROSSI:  All right.

Now, for this contractor, are you working for a contract that works in the Middle East or is affiliated with the Middle East?

PROSPECTIVE JUROR:  The Leidos, my job, is the contract is with the U.S. Government.

So U.S. Government is the client.

MR. ROSSI:  For that contractor, have you done updates on any of the events involving issues that will be raised in this trial?

PROSPECTIVE JUROR:  No, the focus is not on January 6th.

MR. ROSSI:  All right.

Your friend, your former roommate was in the Capitol, you said?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  Okay.  Where exactly, if you're able to tell?

PROSPECTIVE JUROR:  I don't know -- I know he was a staffer in one of the congressional offices.  I don't know physically which, like, Dirk -- there's various congressional buildings.  I don't remember which one he was in.

MR. ROSSI:  Based on conversations you may have had with him, did he give an indication of whether he was fearful or had any strong opinions on what allegedly happened?

PROSPECTIVE JUROR:  Well, he did have strong opinions and he was concerned about the day's -- about the

101

events of that day.

MR. ROSSI:  Very briefly, what were the strong opinions?

PROSPECTIVE JUROR:  Well, he was very much opposed to the people who came in and were attacking.

MR. ROSSI:  Last question.

When you were a correspondent, you would often go to the U.S. Capitol.

PROSPECTIVE JUROR:  Yes, almost every single day.

MR. ROSSI:  And you know the U.S. Capitol backwards and forwards?

PROSPECTIVE JUROR:  I wouldn't say backwards and forwards.  It's been a few years since I've been there.

MR. ROSSI:  But you're very familiar with the hallways, the House Chamber, the Senate Chamber.

PROSPECTIVE JUROR:  I've been to all those locations, yeah.

MR. ROSSI:  Thank you, sir.

Thank you.

MR. MACHADO:  Just one area, Your Honor.

THE COURT:  Quickly, please.

MR. MACHADO:  With regard to the reported Israeli media that you've been absorbing and reporting on or summarizing, do you find that they are presented in a neutral way, or do you feel that it's been skewed one way or

the other as far as their reporting on it?

PROSPECTIVE JUROR:  I don't think there's like a strong bias either way.  It's not really a focus of their time.

MR. MACHADO:  Okay.  Thank you.

THE COURT:  All right, sir, thank you very much. Mr. Douyon will show you out of the courtroom and provide you additional instructions.

PROSPECTIVE JUROR:  One just point I may add.

When we try to call the office about any questions, nobody answers, and then you leave a message and no one responds, and, like, this is a huge commitment to do five weeks, and it just seems like extremely disorganized and unprofessional.  So it's just a challenge.

THE COURT:  No, first of all, sorry, it shouldn't operate that way and we will bring your concern to the attention of the jury office.

PROSPECTIVE JUROR:  The jury's office said that they don't have enough staff members, too many people calling, but there could be a way to be done this better but...

THE COURT:  Okay.  Thank you very much.

MS. HALLER:  Your Honor, we would object.  He said that he believed the people that entered the Capitol were with there to prevent democracy.

And I'm also concerned and would raise the concern that he views the U.S. Government as his client. And I know it's a different business, but I do -- would further add that -- and the fact that he has a relationship with these people on the Hill as well who had concerns for their safety. Thank you, Your Honor.

MR. ROSSI: Your Honor, I echo Ms. Haller's comments. I just want to add one thing.

He worked at the Capitol, he was there almost daily, and anybody who's worked on Capitol Hill, that's a temple. And I know his answers appeared to be unbiased, but if he went there every day, every day for his job, any attack on that Capitol is going to affect him viscerally. We move for cause.

THE COURT: Okay.

So I'm going to overrule the objection. His commentary about attack on democracy, I wasn't too worried about that. He also explained why he thought it was unlawful for people to be there. I thought he was clear and concise about that. I think he was simply conveying impressions that he had about the day, but at every instance when he was asked about whether he could set his impressions aside and focus on the evidence, he said he could do that.

Insofar as his employment, you know, the fact that he is a contractor for the U.S. Government is not

104

disqualifying at all.  If that were a disqualification, much of this city would be disqualified either as employees of the District -- of the Federal Government or contractors of it.

And, finally, again, the fact that he worked there on the Hill as a reporter years ago, that doesn't give me any concern.  There was nothing about his answers to the questions that would cause me to think that he viewed the Capitol as a temple.  That should not be -- that would affect his ability to be fair and impartial.  All right.

MR. ROSSI:  Thank you, Your Honor.

THE COURT:  Thank you.

MS. RAKOCZY:  Your Honor, just one note before the next juror comes in.  None of these defendants are charged with trespass but they are charged with remaining or entering a restricted building or grounds.  So just at least if that comes up.

THE COURT:  Right.

MS. RAKOCZY:  Thank you.

THE COURT:  I was thinking of the first trial.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 2132.

THE COURT:  Sir, how are you?

PROSPECTIVE JUROR:  I'm fine.  And yourself?

THE COURT:  Good.  Thank you.  Thank you for being

105

with us this morning.

You're Juror 2132; is that correct?

PROSPECTIVE JUROR:  That's correct.

THE COURT:  Okay.

If I could just ask you, please, to turn to -- your juror questionnaire is in front of you there.  If I could ask you to please turn to page 11.

We asked you in Questions 45, 46, and 47 -- those are questions designed to try and get a sense of how much media you've been exposed to about the events of January the 6th.

Can you give us a sense of how much media you've been -- how closely you've been following the events of that day over time since the day occurred?

PROSPECTIVE JUROR:  Well, the day after -- afterwards, of course, it was all on the news, so I did watch it the day afterwards.

THE COURT:  Right.

PROSPECTIVE JUROR:  And, I mean, everywhere you went, people was talking about it.

THE COURT:  Sure.

PROSPECTIVE JUROR:  But, basically, that was it. I mean...

THE COURT:  Have you followed news stories about it since then?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  So is it fair to say that it's not something you actively seek out and are looking for news about?

PROSPECTIVE JUROR:  Not at all.

THE COURT:  All right.

And so what we would ask you if you were selected as a juror is to put aside any news that you may have heard or things that may have been talked about at -- back then, two-plus years ago, and focus only on the evidence that's presented in this case.

Would you have any difficulty doing that?

PROSPECTIVE JUROR:  Not at all.

THE COURT:  I'll ask you, please, to turn to the next page, Question 50 and 60.  We asked you about the January 6th Select Committee.  And you've indicated that you attended, viewed, or listened to portions of it and have sort of maybe perhaps read portions of the report or transcripts or interviews, summaries.

Can you tell us how much of those proceedings you watched or read about?

PROSPECTIVE JUROR:  Like I said, the day afterwards, I may have read some of it in *The Washington Post* --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- and discussed it among the guys I work with --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- and followed the news, and that was it.

THE COURT:  That was it.

So maybe the question was not clear.  There was a hearing -- a committee in Congress that was doing an investigation about the events of that day, and they put out a report and they did hearings.

Did you watch or read about any of that?

PROSPECTIVE JUROR:  I may have watched 10, 15 minutes of it.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.  That was about it.

THE COURT:  That's about it.

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  And in the 10 to 15 minutes you recall watching, do you recall any mention of a group called the Oath Keepers?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

So we asked you the question in Question 53 whether you've read, seen, or heard anything about a group called the Oath Keepers, and you answered "no."

Just to follow up on that question, have you ever heard of a group called Oath Keepers?

PROSPECTIVE JUROR:  As of today, yes.

THE COURT:  Only today?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I mean, no -- maybe afterwards, but -- maybe once or twice, but, I thought nothing of it.  I heard of it, and I didn't know what it meant or what group or what they represented or anything. I didn't know.

THE COURT:  Okay.

So I think I heard you say that as of today or you said something about today.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Have you learned anything more about the organization today other than just hearing the name?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  So it's just the fact that you've heard the name today?

PROSPECTIVE JUROR:  Exactly.

THE COURT:  And to the extent that you think you've heard about it in the past, what's your memory or recollection about what you've heard about the organization?

PROSPECTIVE JUROR:  None.

THE COURT:  So do you have any sense of what its ideology is, what it stands for, what its purpose is, its mission?

PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything like that?

PROSPECTIVE JUROR:  No.

THE COURT:  No idea?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

All right.  Any follow-up from the government?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Anything from defense counsel?

MR. ROSSI:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MR. MACHADO:  No, Your Honor.

THE COURT:  All right, sir.  Thank you very much. Mr. Douyon will show you out of the courtroom.

PROSPECTIVE JUROR:  Can I make a statement?

THE COURT:  Yes, sir.

PROSPECTIVE JUROR:  You sound just like President Obama.  I know you hear that all the time, but you do.

THE COURT:  Thank you very much.  You just made my day.

COURTROOM DEPUTY:  Your Honor, this is

110

Juror No. 0772.

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  Hello.  Good.  Thank you, Your Honor.

THE COURT:  Welcome, and thank you for being with us this morning.

Your juror questionnaire is there in front of you. And so if I could ask you, please, to turn to page 11.

Question 42, we asked you whether you knew any of the defendants -- excuse me, the lawyers of the defendants who are present, and you indicated "yes."

PROSPECTIVE JUROR:  Yes, Your Honor.

THE COURT:  Which of the lawyers do you know?

PROSPECTIVE JUROR:  I've been with the Tax Division of Justice Department since 1987.  Mr. Rossi was in a different trial section.  It may have been on the same floor as ME, may have been one floor below.  But I certainly knew who he was.  He would have known who I am.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I see him now, but this was 20 years maybe since I've seen him last.  I don't know.

THE COURT:  When you were younger?

MR. ROSSI:  It's good to see you.

THE COURT:  When you were younger men.

So let me ask you:  Can you describe what your

relationship was when you were with Mr. -- when you worked with Mr. Rossi?  Was it colleagues?  Was it more than colleagues?  How would you describe it?

PROSPECTIVE JUROR:  Maybe even less than colleagues.  I don't know.

I mean, I was of the Western Region trial section. He was either Northern or Eastern.  I can't recall which one.

But -- so, like, at softball games, we would see each other.  In the hallway, we would see each other.  We never worked on cases together.

THE COURT:  I see.

And have you since -- I assume since he left the Tax Division, you're still with the Tax Division?

PROSPECTIVE JUROR:  Yes, I am.

THE COURT:  Since he left, have you maintained a relationship with him at all?

PROSPECTIVE JUROR:  No.

THE COURT:  So you haven't really seen -- or seen him, perhaps, since he left the office?

PROSPECTIVE JUROR:  No.  I think he's been on TV before, but I've not seen him in person that I recall.

THE COURT:  Okay.

Anything about your relationship with him that would cause you concern about your ability to be fair and

112

impartial to his client?

PROSPECTIVE JUROR:  No.

THE COURT:  Anything that would cause you to think you would favor his client more than the government or give them -- give him -- Mr. Rossi an extra something special or additional preference, I should say?

PROSPECTIVE JUROR:  No, Your Honor.

THE COURT:  Okay.

While we're on page 11, Question 43 asked you to identify individuals whose names appeared on the list.  And you've identified Ali Alexander, Alex Jones, Roger Stone, and Enrique Tarrio.

Now, it may be that their names may be mentioned in the case.  I do not expect any of them would appear as witnesses.

Is there anything about the fact that those names might be mentioned and those individuals might be mentioned that would cause you to think you would not be able to be fair and impartial to these defendants?

PROSPECTIVE JUROR:  No, Your Honor.

THE COURT:  Questions 45, 46, and 47 concerned your exposure to the news of the events of January 6th.

Can you describe for us generally over time the amount of news you've consumed about the events of that day?

PROSPECTIVE JUROR:  I guess I'm not obsessed with

113

it.  But it's a huge story, so you can't watch the news and not see that.

I've seen during -- I suppose the prime time hearings, I would have watched those.

I may have seen snippets of the other hearings.  I was interested in them, and I found them informative.  So I, I guess, followed it as, I would think --

THE COURT:  Sure.

PROSPECTIVE JUROR:  -- most people who would watch and read news but not studying it by any means?

THE COURT:  And the hearings that you said you've watched or followed, do you recall there being any testimony or evidence presented about Oath Keepers?

PROSPECTIVE JUROR:  I can't recall if it's Oath Keepers or the Proud Boys.  But there was one of the hearings was focused, I think, on the groups that related to some of the participants in --

THE COURT:  And do you have any specific memory of what may or may not have been presented about Oath Keepers or any of those groups?

PROSPECTIVE JUROR:  Not really.  I mean, I think the whole -- the informative part for me was just from the hearings, it seemed it was far more organized than I originally would have thought.  You know, I thought it was just spur-of-the-moment, riot-type situation.  And it seems

114

to not have been.

But I admit I have trouble differentiating.  I don't know if it's the Oath Keepers, Three Percenters, the Proud Boys, whoever.  I don't really know the difference between the organizations.

THE COURT:  Okay.

But the impression you've been left with is that there was some organization, as opposed to greater randomness?  Let's put it that way.

PROSPECTIVE JUROR:  Yes.

THE COURT:  You've answered Question 53, which asked you whether you'd heard about the Oath Keepers.  And then Question 55, we gave you a list of names.  Can you tell us what you understand about the organization the Oath Keepers or what you've read and what your understanding is of the organization?

PROSPECTIVE JUROR:  Again, not -- I -- I couldn't tell you the difference between Proud Boys and Oath Keepers; just that we keep hearing the names.

I think of the names mentioned, I think the only one I recognize is Stewart Rhodes, who seems to have been in the news.  And I can't recall if one of them -- one of the people is like a Yale law graduate.  I don't know if it was him.  But it was one of the main people in the groups, which I found interesting.

THE COURT:  Got you.

So in terms of your understanding of just the Oath Keepers -- and I understand you have some difficulty distinguishing among these groups.

But to the extent you have an understanding about the Oath Keepers, do you have any sense or belief about what their mission, purpose, ideology is?

PROSPECTIVE JUROR:  Not individually.

Again, it just seems they're -- I don't -- I mean, some of them -- well, some of them, again, I'm not sure which is which, are the sort of white supremacist groups. Others -- and this kind of goes into my Tax Division experience, where, on occasion, we've dealt with, we refer to them as tax defiers, but they're people who don't recognize the jurisdiction of the United States over them, and I don't know if Oath Keepers are similar or they have, you know, they recognize a sheriff but not a federal authority type.

But I guess that's all saying, I'm not clear at all on who they are.  And I was -- had you not instructed me to not pay attention, I probably would have Googled to try to figure out the difference between them, but I didn't.

THE COURT:  So let me ask you this.  So as a lawyer you understand what the function of a jury trial is and the function of a jury.  And what we would ask you, as

116

we would any juror, to do, is to focus only on the evidence that's presented in trial and put aside whatever media sources you may have been exposed to, the impressions that you may have been left with.

Would that be a challenge for you?

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  Would you -- I mean, is there any doubt in your mind that you would be able to set aside these impressions that you've been left with, although non-specific to the Oath Keepers, and focus only on the evidence and be fair and impartial to these defendants?

PROSPECTIVE JUROR:  I don't believe I would have any trouble doing that.

THE COURT:  Okay.

If I could ask you, please, to turn to page 6.

Question 8 concerned needing hearing assistance devices.  Are you having any difficulty -- it doesn't seem like you're having any difficulty hearing me.

PROSPECTIVE JUROR:  No, I'm maybe 80 percent deaf in my left ear, perfect in my right ear, like in restaurants if someone is sitting on left side and it's a loud restaurant, I have trouble.

I mean, a courtroom, I'm sitting at the far left side of the table so I keep my colleagues to the right of me, and I've never had an issue in the court setting.

117

THE COURT:  All right.

And if you were selected as a juror, this would be the jury box, the right side would be facing the witness and counsel.

Now, look, as you know, these are -- this case is being prosecuted by the U.S. Attorney's Office for the District of Columbia.  Have you worked in your capacity at the Tax Division with the U.S. Attorney's Office in D.C.?

PROSPECTIVE JUROR:  No.  I mean, as I said, I started in 1987.  Then for most of that time, I had an office in the Judiciary Center Building, which is the same office that the U.S. Attorney's Office is in.

I don't recognize anyone.  I would ride elevators with them.

THE COURT:  Sure.

PROSPECTIVE JUROR:  But I didn't have direct interaction with the office.  My Tax Division handles cases around the country, so I was usually working with U.S. Attorneys in Seattle, Honolulu, Anchorage area, not here.

THE COURT:  Anything about the fact that -- I mean, you are yourself in law enforcement, civil law enforcement.  Let me ask, do you think that's going to present any challenges for you in terms of hearing what the defense presentation would be in this case?

PROSPECTIVE JUROR:  I don't think so, no.

118

THE COURT:  Okay.

Do you think, do you have any concerns that you might be even subconsciously partial to the government in this case given what you've done in the past?

PROSPECTIVE JUROR:  I would hope not.  I mean, I've -- obviously I've been with the Justice Department for a long time and I just think it's always important to try not to get the mindset where you always disbelieve something, and I don't know, no one can ever say that you never have any type of implicit bias.

THE COURT:  Right.

PROSPECTIVE JUROR:  I mean, I've had relatives who have had run-ins with the police where I know that the police were not telling the truth because I know my relatives and believe them.  So, you know, I know that the law of law enforcement side is far from perfect.

THE COURT:  So you would expect hearing from agents in this case, multiple FBI agents.  Do you think you would be able to evaluate their testimony fairly and dispassionately in the same way that you would be asked to do that with any other witness?

PROSPECTIVE JUROR:  Yes, I think so.

THE COURT:  Would you give that law enforcement witness more weight than you would another witness simply because the person was in law enforcement?

119

PROSPECTIVE JUROR:  I don't think so, no.

THE COURT:  And if the evidence in your view in this case fell short of beyond a reasonable doubt, do you think you would have any difficulty voting to acquit?

PROSPECTIVE JUROR:  No, I don't.

THE COURT:  All right.  You've indicated in Question 18, we talked about employment with the Federal Government.  Question 18, service in the Armed Forces.  Can you just tell us who and in what branch.

PROSPECTIVE JUROR:  My son is in the Army intelligence doing computer work so he's the only -- I guess my father, back in the Korean War era, was in the Army, but he's -- and a brother-in-law who used to be in the Army but is not anymore.

THE COURT:  Question 2 asked about having been on the Capitol grounds or inside the Capitol Building.

PROSPECTIVE JUROR:  Certainly not since the January 6th.

It's probably -- well, since I've been in the building, it's probably been at least ten years.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Outside the building, maybe going to the orchestra concerts or something like that.

THE COURT:  Okay.

But it's not something you do regularly.

120

PROSPECTIVE JUROR:  No.

THE COURT:  Page 12, Question 59, we asked just generally about law enforcement -- excuse me, work in the legal profession, you've already told us that you're a lawyer, and so we understand that.

Question 60, you've indicated that your spouse was previously employed, not -- I'm sorry, as chief counsel of the IRS.  To the extent we consider that law enforcement.

PROSPECTIVE JUROR:  Right.  IRS, they sort of divide it between the client side and the counsel side, and she was on the counsel side.

THE COURT:  Got you.  Okay.

And then Question 66 asked about close friends or family members who've ever been arrested, charged, prosecuted.

PROSPECTIVE JUROR:  Yes.  So I think the two that come to mind, one is -- both are -- were -- well, my brother, maybe 30 years ago, was -- worked for CSX railroad in Baltimore, they had an office in Jacksonville, I believe, in Florida, and he used to take the Amtrak frequently down and back.  And I think on the -- for some -- he was flagged in the Amtrak system as a possible drug courier because he made the trip so frequently.

And the Amtrak police on his way back came into his sleeper car and arrested him and said that he purchased

121

his ticket with a stolen credit card, but it was, you know, they were not telling the truth, it was a Chessie Railroad credit card, and there were no drugs in his car but they still had arrested him.

I have a brother-in-law who was arrested at a Cleveland Browns football game, and the -- neither of those ended up going to prosecution, but, again, that was an interaction with law enforcement that wasn't a happy one.

THE COURT:  All right.  Anything about those experiences that you think would affect your ability as a juror?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  All right.

Anything from the government?

MS. RAKOCZY:  No, Your Honor.  Thank you.

THE COURT:  Anything from the defense counsel?

MR. MACHADO:  No, Your Honor.

MR. ROSSI:  Your Honor, I --

First off, it's good to see you, sir.

I want to ask a few questions.

When you and I were in the civil trial section of the Tax Division for several or eight years, what year did you start in Western?

PROSPECTIVE JUROR:  I started in Western in 1987 and I moved to the Appellate Section in 1995.

MR. ROSSI:  All right.  So from '87 to '95, you were on the same floor as a Civil Trial Northern with Patrick Malarkey?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.

MR. ROSSI:  And then you went to the Appellate Section?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  And the appellate sections are on the fourth floor of the Main Justice, correct?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  All right.

And fifth floor is where the Attorney General of the United States is.

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  All right.

Now, going back to the building that you were in where you and I were on the seventh floor, the FBI building was next door, correct?

PROSPECTIVE JUROR:  Not when I started, but they built it and it's there now, yes.

MR. ROSSI:  I did want to focus on your hearing. I have problems, too.  Could you repeat what you told Judge Mehta about your hearing?  I didn't hear the whole answer.

123

PROSPECTIVE JUROR:  I am about 80 percent deaf in my left ear.  So the times that I have difficulty hearing is most frequently like in a loud restaurant where someone is on my left side, there's too much ambient noise to hear.

And that when I'm in a courtroom setting at a counsel's table, I usually have my colleagues sit on my right side so if they're whispering to me, it's easier for me to hear.

MR. ROSSI:  I beg the Court's indulgence.

All right.  I think you made a comment, sir, correct me if I am wrong, you really don't know the difference between the Oath Keepers, the Proud Boys, and the Three Percenters.  Did you say that, sir?

PROSPECTIVE JUROR:  Yes.

MR. ROSSI:  Okay.

What is your general gut feeling about the Oath Keepers, Proud Boys, and the Three Percenters?  What's your gut feeling based on what you know about what allegedly happened on January 6th?  Your gut feeling.

PROSPECTIVE JUROR:  I think my gut feeling is that it's hard to define -- I mean, there are so many different -- I mean, just because someone is a member of one organization doesn't mean they share everything that's going on.

My gut feeling about the organization is that, you

124

know, from, really from watching the Congressional hearing, is that at some level, there was organization within them behind January 6th, but, again, I can't recall which of the organizations that would have been.

MR. ROSSI:  Last question, Your Honor.

And, sir, correct me if I get it wrong.

You said, "They were far more organized," and then you added, "not a spur-of-the-moment thing."

Why did you make that statement?

PROSPECTIVE JUROR:  I think my reaction on January 6th was that it was sort of a rally turned riot that got out of hand.

When I was in high school, I was in a riot type situation once where it's -- for baseball fans, it's the semi-famous thing, but at Comiskey Park in Chicago, they had this disco demolition night where they had a double-header, where they blew up disco records in the outfield.  And I was in the left field bleachers.  And there was, you know -- you know, they ended up having to cancel the second game of the White Sox game.

But, you know, there was like an initial breach, where, you know, ten people kind of plowed through security and ran out onto the field.

And then, you know, probably dozens or hundreds of people, you know, just kind of, they were not interested in,

125

you know, that initial breach, but it was like, what the heck, you know, they walked out on the field.

I stayed in the bleachers.  But, you know, you had the situation where you have some ran through the lines, others started bonfires in the outfield.  You know, it's just like this huge range of people.  Some, you know, merely trespassing, maybe others were far worse.

So I hate to say that, you know, one, you know, one member of some, you know, gathering like that is equivalent to another member.

MR. ROSSI:  Thank you, sir.

THE COURT:  All right, sir.  Thank you very much for your time.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  We appreciate you being here.

Mr. Douyon will show you out of the courtroom and provide you with additional instructions.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0991.

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  Doing well.  Thank you.

THE COURT:  Feel free to remove your mask if you're comfortable doing so.

You're Juror 0991?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

Your juror questionnaire is there in front of you.  And I'll ask you -- why don't we just start on the first page.

And the first question concerned hardship, and you answered "yes."  You said, "I believe so.  I must review my company's policy.  My employer may withhold pay or require that I use PTO," which I take is some kind of personal-leave time.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  What can you tell us about that if you've had an opportunity to investigate?

PROSPECTIVE JUROR:  I have not had an opportunity to investigate.

THE COURT:  Okay.

Why don't we then turn to page 8, Question 27.

You've indicated -- we asked whether you had concern for the safety of yourself, close friend, or family member.  And you answered "yes."

Can you tell us about that, please?

PROSPECTIVE JUROR:  It was actually two days in a row, January 5th and January 6th, out walking with a dog.  And I don't know if you understand where I live.  I live on Independence and 14th Southeast.  And I don't know if you know what's at Independence and 14th Southwest.

So whenever there's a race or a protest, especially if somebody is yelling about Jews, they always end up in my neighborhood because they don't know where the Holocaust Museum is.

THE COURT:  Right.

PROSPECTIVE JUROR:  So we get -- we got that a lot on the 6th.  Just people were misplaced where they were.

And I was out walking the dogs.  A neighbor came out to go to the store or something and then saw a group out there waving a flag.  And she decided to go back inside. Even though I assured her that it was probably going to be okay and I wasn't going to let anybody do anything to her, she decided to go back inside and wait it out until they passed.

THE COURT:  I see.

PROSPECTIVE JUROR:  And, I mean, I didn't really feel intimidated, but I know she was.  I was more annoyed than anything else.

THE COURT:  Got you.

PROSPECTIVE JUROR:  Blowhorn, Bible, flag, yelling.  Yeah.

THE COURT:  Yeah.

And you mentioned a flag.  What kind of flag do you recall seeing?

PROSPECTIVE JUROR:  It was one of them "Don't

128

tread on me" flags, you know, white guy holding a "Don't tread on me" flag is always kind of ironic.

THE COURT:  Yeah.

Let me ask you this:

What is your -- you've indicated you, yourself, didn't have concerns for your own safety.  But can you share with us what your impressions are of the events of that day?

PROSPECTIVE JUROR:  On January 6th?

THE COURT:  Yeah.  Just the events of what happened and what your impressions are and how you see them now, a couple years later.

PROSPECTIVE JUROR:  Well, I did refer to those -- when I was speaking to the lady, I did refer to those people as clowns.

And she kind of said, "Well, clowns scare me, too."

So, you know --

THE COURT:  You're talking about your neighbor?

PROSPECTIVE JUROR:  Yeah, okay.

So does the word "MAGA moron" mean anything to you or --

THE COURT:  That's not a term I've heard.

PROSPECTIVE JUROR:  -- "Trumptards"?  Those are terms thrown around my neighborhood about the clown car that came through that day.

129

THE COURT:  Understood.

And are those views that you share?  I mean, do you have those impressions?  Would you describe --

PROSPECTIVE JUROR:  No, those are my impressions.

THE COURT:  Those are your impressions?

PROSPECTIVE JUROR:  Yes.

I personally think that not enough of them got shot in the face that day.  So I was very upset.

THE COURT:  Okay.

Well, sir, thank you very much for your time.

Any objections, Counsel?

MS. RAKOCZY:  No, Your Honor.  Thank you.

MR. ROSSI:  No, Your Honor.

MS. HALLER:  No, Your Honor.

THE COURT:  All right, sir.  I appreciate your time.

PROSPECTIVE JUROR:  Thanks.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0647.

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  Doing well.  Thank you.

THE COURT:  Thank you for being here with us. You're Juror 0647?

PROSPECTIVE JUROR:  Correct.

THE COURT:  All right.  Thank you.

All right.  Let's -- your juror questionnaire is in front of you there.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Why don't we just turn to the first page there, Question 1.  We asked you about the hardship that would be posed by an extended trial.

You've indicated that "My company only offers limited pay for jury duty."

Can you tell us about that?

PROSPECTIVE JUROR:  That is correct.

I also have some additional items to add to that that came up.

THE COURT:  Well, why don't you start us with the pay issue, and then we'll take it from there?

PROSPECTIVE JUROR:  The company I work for, Unison Global, only offers us two weeks of paid time off for jury duty.  That's first and foremost.

THE COURT:  So if -- perhaps to state the obvious, if you were here for six more weeks, you would be without pay for four or more weeks?

PROSPECTIVE JUROR:  My only other option would be to burn through my vacation time or leave, yeah.

THE COURT:  And then you said there were other issues?

PROSPECTIVE JUROR:  Yes.  Recently my mother was

diagnosed with an abdomen aneurysm, which is a weakening of the arteries between your heart and your kidneys.  She has an appointment on February 15th, which will likely result in a surgery at some point following that.

THE COURT:  All right.

I'm sorry to hear that.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Is she local, or is she --

PROSPECTIVE JUROR:  She is in Asheville, North Carolina, which is where I grew up.

THE COURT:  So you're anticipating traveling and being there for it?

PROSPECTIVE JUROR:  I would.  I also have travel in late March where I'm going to be in Europe.  So depending on timing, if it's within my -- that time.  I'll figure it out when they set a surgery date or whatever.  But I would anticipate being down there for a week for that time, working remotely, for my mother, yes.

THE COURT:  Any objections, Counsel?

MS. RAKOCZY:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MR. MACHADO:  No, Your Honor.

MR. ROSSI:  No, Your Honor.

THE COURT:  Thank you very much.  Mr. Douyon will show you out and provide you additional instructions.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0220.

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  Good morning, Your Honor.

Well.  How are you?

THE COURT:  Good.

Thank you for being with us.

You're Juror 0220?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Feel free to remove your mask if you are comfortable doing so.

Your juror questionnaire is there in front of you.

I'll ask you, please, first, to turn to page 12.

So in Question 52, we asked about strong opinions about the events occurring on January 6th.

Question 53, we asked you about your knowledge of the Oath Keepers.

And then 54, we asked you whether you had such strong views about or had heard things about the organization that would affect your ability to be fair and impartial.

Why don't we start with the Oath Keepers.  Why don't you tell us what you have read or heard and how you believe what you've read or heard would affect your ability to fair and impartial as a juror.

PROSPECTIVE JUROR:  Well, my understanding of the Oath Keepers is that they are an overtly fascist organization that decided it wanted to try and overturn the government of the United States of America for its preferred result.  And I think that would be kind of hard to let go of during a trial.

THE COURT:  Understood.

And Question 55, you indicated that you had heard, read, or seen something about some of the folks who are listed there.  Can you tell us why you answered that yes?

PROSPECTIVE JUROR:  The only name on there that was familiar to me was Stewart Rhodes.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Just heard his name on the news.

THE COURT:  And that's the extent of it?

PROSPECTIVE JUROR:  Yeah, I think so.

THE COURT:  Okay.  All right.

All right.  Any objections, Counsel?

MS. HALLER:  No, Your Honor.

MS. RAKOCZY:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MR. MACHADO:  No, your Honor.

MR. ROSSI:  No, Your Honor.

THE COURT:  All right, sir.  Thank you very much

134

for your time.  Mr. Douyon will show you out of the courtroom.

PROSPECTIVE JUROR:  All right.  Thank you.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0465.

THE COURT:  Hi, ma'am.  How are you?

PROSPECTIVE JUROR:  Doing well.  How are you?

THE COURT:  Good.  Thank you for being with us.

You are Juror 0465?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  To free to remove your mask if you are comfortable doing so.

If I could ask you, your juror questionnaire is there in front of you.  And I'll ask you, please, to turn to page 12.

And in Question 52, we asked you about your feelings about the events of January 6th and how they might affect your ability to be fair and impartial.

We asked you about the Oath Keepers in 53.

And when we get to 54, we asked you whether you had read, seen, or heard anything that would affect your ability to be fair and impartial.

So why don't we start with 54.

Can you share with us what it is that you've read, seen, or heard and that makes you think you would have

135

difficulty being fair and impartial?

PROSPECTIVE JUROR:  So it over the course of the last few months, just the coverage of the organization and -- I don't remember any sort of specifics, but just sort of my general feeling towards the events of that day and their involvement in participating in it.  I just felt strongly about it.

THE COURT:  Okay.  Can you tell us what your understanding is about their particular participation or involvement?

PROSPECTIVE JUROR:  I don't have a strong understanding of their role other than my understanding of it was that they were involved in the organization of the events on January 6th and the individuals who attended.

THE COURT:  And do you have any impression about what the organization stands for, its mission, or anything like that?

PROSPECTIVE JUROR:  My understanding was -- sorry, I don't really have a response to that.

THE COURT:  That's okay.

Is it you just don't know or you're reluctant to answer?

PROSPECTIVE JUROR:  I think I just don't have a lot of details about the organization.

THE COURT:  Okay.  That's fine.  That all right.

136

Look, there's no right or wrong answers here. We're just trying to understand what you know in order to assess your -- as a juror.

Let me ask you.  Given what you've just told us -- well, let me back up.

The organization itself is not on trial, individuals who are associated with the organization are on trial.

Do you think what you've just told us would prevent you from being fair and impartial to these individuals because of their association with the group?

PROSPECTIVE JUROR:  I don't believe so, no.

THE COURT:  I'm sorry, say that again.

Would you have difficulty being fair and impartial simply because they were associated with the group?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

And so let's back up, sort of your views of the events of January the 6th and people that may have participated in those events.  Would you share with us just sort of broadly what your views are about individuals who may have been involved in the events of that day?

PROSPECTIVE JUROR:  Sure.

I live in the Capitol Hill neighborhood, six blocks -- at the time of the events of January 6th I lived

137

six blocks away.

My neighbors, myself, we were concerned about our safety and the safety of our neighbors that day.

And the individuals who were participating, I just have strong feelings about people who showed up at the Capitol that day.

THE COURT:  So would it be fair to say that you see yourself as a bit of a victim of the events of that day?

PROSPECTIVE JUROR:  I think so, yeah.

THE COURT:  All right.  Thank you very much.

Any objections?

MR. ROSSI:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MS. RAKOCZY:  No, Your Honor.

MR. MACHADO:  No, Your Honor.

THE COURT:  Thank you, ma'am.  Mr. Douyon will show you out and provide you with additional instructions.

MR. MACHADO:  Your Honor, what time is the Court planning to break?

THE COURT:  When we're done.

MR. MACHADO:  Okay.

COURTROOM DEPUTY:  Your Honor, this is Juror No. 0778.

THE COURT:  Hi, ma'am.  How are you?

PROSPECTIVE JUROR:  Hi.  Good, thanks.

THE COURT:  Thank you for being with us this afternoon.

You are Juror 0778?

PROSPECTIVE JUROR:  I am.

THE COURT:  All right.  Feel free to remove your mask if you are comfortable doing so.

Your juror questionnaire is in front of you.  If I could ask you, please, to first turn to page 12.

And I just wanted to confirm something.  In Question 53, we had asked you whether you had read, seen, or heard anything about the Oath Keepers organization.  Can I just confirm, have you ever heard of the organization known as the Oath Keepers?

PROSPECTIVE JUROR:  I have, yeah.

THE COURT:  All right.  And can you tell us what you have heard about the group?

PROSPECTIVE JUROR:  Yeah.

I think they're a far-right conservative group that was involved in January 6th.

I know I've heard their names on the news, but I haven't, like, read up on them.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I think some of their leadership was --

THE COURT:  Some of their leadership was what?

PROSPECTIVE JUROR:  Was at the January 6th insurrection, yeah.

THE COURT:  So let me ask you this.  Do you have any particular understanding of what the group or members of the group did that day?

PROSPECTIVE JUROR:  I think that they invaded the Capitol.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I think, like, they had some altercations with some officers at the Capitol.

I don't know, like, particularly if their leadership or members -- like I think members of the Oath Keepers were there, but I don't know particularly their involvement --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- in it.

THE COURT:  So let me ask you.  I've heard you use the couple word.  You used the word "insurrection."  You used the word "invade."

As a juror, your job would be to evaluate the facts that are presented in this case and apply it -- or evaluate it as to each defendant.

Do you have concerns based upon some of your views of the events of January 6th whether you could be fair and impartial?

140

PROSPECTIVE JUROR:  I don't think I'll be unfair and unpartial, but I guess I have heard that, like, terminology to describe the events.

THE COURT:  Right.

Well, is that a -- I mean, those were words you used.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  So I'm curious, do you view it that way?  I mean, even though others might use the term insurrection, for example, is that something you hold the view that it was an insurrection?

PROSPECTIVE JUROR:  I'm not sure that I hold the view, but I've definitely used that word to describe the day, I think, in conversations, so maybe it's like, I don't know.

THE COURT:  Embedded in your mind?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  With respect to the Oath Keepers, maybe I -- and you used the word "right wing," I think I heard you say.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  What does that mean to you?

PROSPECTIVE JUROR:  I think, like, they have beliefs about -- that they're like -- they have beliefs about -- I don't -- I guess I'm struggling to answer it.

141

THE COURT:  It's okay.  Take your time.

PROSPECTIVE JUROR:  There's a lot of conspiracy theories, I think that they -- some they may or may not subscribe to, I think.

MR. MACHADO:  Your Honor, I'm having a little difficulty hearing.

THE COURT:  Can I ask you to keep your voice up and speak into the microphone?

PROSPECTIVE JUROR:  Sure.

I think, like, right wing, I think, a lot of them were supporters of Donald Trump as a President and didn't necessarily believe that he lost the election and wanted to take action to put who they believe was the legitimate President back in office.

THE COURT:  Okay.

So, you know, we were trying to get at, in some of these questions, whether your impressions, understandings of the events of that day, how it would affect you if you were selected as a juror.

Given what you just told us, do you honestly think you could sit fairly and impartially as to each of these defendants who are alleged to have participated in the events of that day?

PROSPECTIVE JUROR:  Yeah, maybe I can't if I've, like, use these words to describe the events.

142

THE COURT:  Okay.

PROSPECTIVE JUROR:  So, yeah, I don't seek out like news stories to follow that, but I have, like, heard them in the last year.  I live in D.C., it's like a big event that happened, I watched the news on the 6th that day.

THE COURT:  Right.

And so do you have some doubts in your mind about your ability to be fair?

PROSPECTIVE JUROR:  Yeah, I might.

THE COURT:  Okay.  All right.  Fair enough.  There are no right answers here.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  We're just trying to -- thank you.

Any objections?

MR. ROSSI:  No, Your Honor.

MS. HALLER:  No, Your Honor.

MS. REDDEN:  No, Your Honor.

MS. RAKOCZY:  No, Your Honor.

THE COURT:  All right.  Thank you, ma'am. Mr. Douyon will show you out of the courtroom and provide you with additional instructions.

PROSPECTIVE JUROR:  Okay.

THE COURT:  This is our last juror for the day.

COURTROOM DEPUTY:  Your Honor, this is Juror 2704.

THE COURT:  Hi, ma'am.  How are you?

143

PROSPECTIVE JUROR:  All right.

THE COURT:  Thank you for being with us today.

You are Juror 2704; is that right?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Okay.

Your juror questionnaire is there in front of you. And I'm going to ask you first to please turn to page 12.

In Question 53, we asked you whether you've read, seen, or heard anything about the Oath Keepers organization, and you answered no.  So I just wanted to confirm that -- have you ever heard of an organization known as the Oath Keepers?

PROSPECTIVE JUROR:  No.

THE COURT:  You have no knowledge of who they are, what they stand for?

PROSPECTIVE JUROR:  No.

THE COURT:  Or anything like that?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Above there on Question 50 you answered yes to having attended, viewed or listened to a portion of the January 6th Committee hearings.  Can you tell us what you have read or seen about those committee hearings?

PROSPECTIVE JUROR:  On television, pretty much, I saw what was going on.

THE COURT:  All right.  So if I could just ask you to keep your voice up so the lawyers in the back can hear you.

PROSPECTIVE JUROR:  Okay.

Actually, I was watching television and I saw what was going on, so...

THE COURT:  Okay.

Are you talking about on the day of or I'm asking you a slightly different question.

PROSPECTIVE JUROR:  Okay.

THE COURT:  This is about, there was a committee, a Congressional committee that was investigating the events of January 6th.

PROSPECTIVE JUROR:  Right.

THE COURT:  Did you watch any of those proceedings?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  So that's not something you watched.

PROSPECTIVE JUROR:  No.

THE COURT:  Did you follow any of it, read about it?

PROSPECTIVE JUROR:  No.

THE COURT:  So then what you were telling us about, I think, was that you watched the events of

145

January 6th as they were happening?

PROSPECTIVE JUROR:  Exactly.

THE COURT:  So since that day, how closely would you say you have followed the news about the events of January 6th?

PROSPECTIVE JUROR:  Just not really of interest to me.  What I saw, I was very disturbed by it so I didn't want to keep --

THE COURT:  Sure.

PROSPECTIVE JUROR:  -- you know, being involved in looking at it.

MR. ROSSI:  I'm sorry, Your Honor.

I didn't hear that answer, sir.

THE COURT:  Could you just repeat your answer?

PROSPECTIVE JUROR:  Oh.  I said when I saw what was happening, that -- when I saw what happened that actual day, I did not really follow after that, because what I saw, was disturbed by it, so I did not follow that.

THE COURT:  So let me ask you this:

You haven't followed the events, the news since then, but you obviously saw what you saw --

PROSPECTIVE JUROR:  Absolutely.

THE COURT:  -- that day.

This case is about the events of that day.

PROSPECTIVE JUROR:  Okay.

THE COURT:  These individuals are charged with participating in the events of that day.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Would you be able to set aside what you saw on that day if you were selected as a juror and view the evidence that's in this case fairly and impartially as it relates to these defendants?

PROSPECTIVE JUROR:  To be honest, no.

THE COURT:  You would have difficulty doing that?

PROSPECTIVE JUROR:  Yes, I would.

THE COURT:  Just because of what you saw that day?

PROSPECTIVE JUROR:  Absolutely.

THE COURT:  Even though I would instruct you that they're presumed innocent and the government bears the burden of proving guilt based on the evidence, you would have trouble following of that instruction.

PROSPECTIVE JUROR:  Yes, I would, from what I saw, yes.

THE COURT:  All right.  I appreciate your honesty and your candor, ma'am.  Thank you, ma'am.

You may step down.  Mr. Douyon will show you out of the courtroom.

Okay.  So it that brings us to the end of today's proceedings.  We will resume at 9:30 on Monday morning.  We will have the next 20 and then have an additional 20 more in

147

the afternoon, and we'll keep going until we have a qualified number.

Mr. Woodward.

MR. WOODWARD:  On two actually.

First, on Wednesday afternoon, the government disclosed a number of jail calls that they had obtained, at least 146.  I believe that they either are with or about our client, Mrs. Meggs.

We have not -- we have not reviewed them all.  The government also has not reviewed them all.  We asked the government to identify which they intend to use in the trial, and they've said that they can't do that before the start of trial, before today.

We -- they tell us that they'll let us know if they do intend to do it.  Our concern here, Your Honor, is that we've obviously come prepared today with a certain trial strategy and are not in a position to change that strategy in the middle of trial.

We don't know what we don't know.  If the particular call they want to use does not affect our strategy, there will be, arguably, no prejudice.  But if it does, we have serious concerns about being provided 146 jail calls of various lengths on the eve of trial.

THE COURT:  That's fair.

Ms. Rakoczy.

148

MS. RAKOCZY:  Yes, Your Honor.

We understand Mr. Woodward's concern.  We did just receive the jail calls, so we are going through them as expeditiously as possible.

I think this is going to be not a long trial, but I think that the government's case will take about 10 to 12 business days maybe in total, so we have some time.

We would certainly make sure we structure the introduction of such calls at such a time that it would be towards the back end of the trial if we seek to do that.

We don't intend to introduce anything at this time, but we are still reviewing them.  So we don't think that the Court is in a position to rule right now on any amount of prejudice because we just -- it could be one call that the defense may have three or four days to look into and prepare to assess.

THE COURT:  So I think that's fair that I don't have enough information, nor do you at this point.

But I will say this:

If it is -- if you do intend to use a call, it needs to be disclosed to the defense before openings.  If it's not, I am highly likely to exclude it.  And even if it is disclosed before openings, I'll have to consider it against whatever prejudicial impact it may have on the defense, given the late disclosure.

149

MS. RAKOCZY:  Is that the case, Your Honor, even if it were to be used solely in cross-examination should a defense witness testify to something contrary to what we hear in the call?

THE COURT:  Look, cross-examination is always different.  So I would reserve on that.  I mean, you know, even constitutional protections are cast aside when it comes to cross-examination.  So my ruling doesn't -- is to your case-in-chief.

MS. RAKOCZY:  Yes, Your Honor.  Thank you. Understood.

MR. WOODWARD:  Second, Your Honor, concerns the government's -- at the last status haring, they put on the record the status of plea negotiations.  We wanted to update the Court on the status of our plea negotiations on behalf of Mrs. Meggs.  We approached the government with a counteroffer, including potentially pleading to the most-serious charge in the indictment.

And the only thing we asked of the government would be that there be a cap on allocution, and the government has refused that request.  So here we are.

THE COURT:  Okay.

MR. WOODWARD:  Thank you, Your Honor.

THE COURT:  Okay.  I mean, it's not for me to say or comment one way or another.

150

Okay.  Is there anyone else who'd like to be heard before we adjourn?

MR. EDWARDS:  Your Honor, just for the government, I know Mr. Meggs has raised a motion in limine last night. I don't know if the Court wanted to address that at some point.  I know next week before -- we probably should do it before openings.  I just didn't know if the Court had an idea as to when --

THE COURT:  We can look at it.  I've looked at it. It's largely duplicative of the motion that was filed earlier.  It seems to me the only different argument that's made is that, because of the acquittals in the first case, that somehow that affects the admissibility of the statements in this case.  And we dealt with this last time, and there's case law squarely on point that says there's no connection between the two.  The fact of acquittals doesn't affect the admissibility of co-conspirator statements at a later trial because it's an entirely different standard.

MR. EDWARDS:  Yep, that was going to be the government's response for defense who was --

THE COURT:  And we can dredge up --

MR. EDWARDS:  It's page 857 from December 12, 2022.

THE COURT:  There you go.  I don't need to dredge it up.

151

MS. HALLER:  Are we arguing it right now, or is that the Court's ruling?

THE COURT:  Unless there's something more to say about it.

MS. HALLER:  Your Honor, our argument was a little bit more than --

THE COURT:  It was the exact same brief with a slightly different introduction.

MS. HALLER:  Because it's the same case law at issue, yes.

THE COURT:  But you didn't cite any of the case law that's specific to your argument that somehow prior convictions or prior acquittals would result in the fore -- preclusion of co-conspirator statements being admitted at a later trial.

MS. HALLER:  Well --

THE COURT:  It's the same exact case law you cited previously.

MS. HALLER:  No.  *Stover* and the cases we cited do address statements by co-conspirators that the Court ruled were hearsay.

And what we are saying is that this -- these statements are now hearsay.  And unlike other situations or other defendants, these defendants have not done adoptive admissions of those statements because Ms. Meggs was not in

that chat, for example.

THE COURT:  Ms. Haller, you understand that she doesn't need to be in the chat for it to be admitted as a co-conspirator statement.  You understand that they don't even need to be part of the conspiracy at the time the statement is uttered for it to be admitted as a co-conspirator.

MS. HALLER:  Yes, I understand, Your Honor.

THE COURT:  I don't know what you're arguing.

The only thing you argued in your motion was that because there were acquittals in the first trial, that somehow that affects the admissibility of co-conspirator statements in this case.  That's all that motion said.  There was no new argument.  That's all the motion said.

MS. HALLER:  Okay.  Thanks, Your Honor.  I understand, but it was a ten-page motion, so it wasn't one sentence.

THE COURT:  Ms. Haller, was there any argument -- was your argument section, did it say anything different than the argument section that was in the earlier motion?  From what I could tell, it was essentially a cut-and-paste job.

MS. HALLER:  No.  There was --

THE COURT:  Right?

MS. HALLER:  There was duplication, yes,

153

Your Honor.

THE COURT:  It wasn't just duplication.  It was a cut-and-paste job.

Ms. Haller, I'm not interested in wasting my time on cut-and-paste jobs on motions I've already ruled on.

MS. HALLER:  This is a different fact question.

THE COURT:  Right.  And I've told you your fact question doesn't make a difference.

MS. HALLER:  Your Honor, in November, this indictment does not charge these defendants with the conspiracy in November.  It specifically starts December 12th.

Stewart Rhodes --

THE COURT:  Ms. Haller, didn't we just talk about that?

MS. HALLER:  -- text messages --

THE COURT:  The last time, right?  Didn't we deal with this last time?

MS. HALLER:  No.

THE COURT:  Yes, we did.  And you were not here.

MS. HALLER:  No.  We --

THE COURT:  All right.  We're done.  We'll see everybody on Monday.

MS. HALLER:  Thank you.

COURTROOM DEPUTY:  All rise.  This Court stands in

154

recess.

(Proceedings concluded at 12:50 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 4, 2023_____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [28]** 5/2 5/5 5/9 14/9 16/16 16/18 24/4 28/17 45/24 47/3 54/7 55/25 58/7 64/15 72/19 75/17 75/19 75/22 78/25 104/21 109/25 125/18 129/18 132/1 134/4 137/22 142/24 153/25
**MR. BRENNWALD: [2]** 13/20 13/24
**MR. EDWARDS: [4]** 43/2 150/3 150/19 150/22
**MR. MACHADO: [45]** 9/9 9/14 9/21 9/25 11/4 11/19 12/18 12/20 12/24 13/8 13/11 13/13 13/16 38/25 39/19 39/22 40/3 40/7 46/22 47/2 53/10 53/17 53/24 64/3 64/9 71/24 72/15 73/25 78/10 78/15 78/21 78/24 90/16 90/20 101/20 101/22 102/5 109/15 121/17 131/22 133/23 137/15 137/18 137/21 141/5
**MR. ROSSI: [78]** 7/12 7/15 9/4 17/24 28/12 40/10 40/14 40/19 40/22 40/25 41/4 41/6 41/10 41/15 41/18 41/23 42/1 42/5 42/15 42/22 42/25 43/19 43/21 43/23 44/2 44/4 45/2 45/11 45/13 45/15 49/21 53/25 54/5 55/21 57/6 61/6 61/9 64/2 66/6 66/9 73/24 75/15 78/5 92/9 99/1 99/3 99/18 99/22 100/4 100/9 100/13 100/20 101/2 101/6 101/10 101/14 101/18 103/7 104/11 109/13 110/23 121/18 122/1 122/6 122/9 122/12 122/16 122/22 123/9 123/15 124/5 125/11 129/13 131/23 133/24 137/12 142/15 145/12
**MR. WOODWARD: [5]** 7/8 7/11 147/4 149/12 149/23
**MS. HALLER: [64]** 9/1 18/13 28/10 36/23 37/1 37/6 37/9 37/13 37/17 37/22 38/4 38/8 38/10 38/14 38/20 38/23 45/3 45/6 45/16 45/19 45/23 45/25 46/11 46/15 46/17 46/21 53/9 55/20 64/1 71/23 74/1 95/15 95/24 96/11 96/14 96/22 97/2 97/7 97/12

109/14 129/14 131/21 133/20 133/22 137/13 142/16 151/1 151/5 151/9 151/16 151/19 152/8 152/15 152/23 152/25 153/6 153/9 153/16 153/19 153/21 153/24
**MS. RAKOCZY: [28]** 8/25 17/8 28/11 36/21 53/11 55/19 57/7 57/10 57/13 57/19 58/2 63/24 71/21 73/23 78/6 95/13 104/13 104/19 109/11 121/15 129/12 131/20 133/21 137/14 142/18 148/1 149/1 149/10
**MS. REDDEN: [2]** 6/4 142/17
**PROSPECTIVE JUROR: [458]**
**THE COURT: [521]**

**'**

**'21 [1]** 67/17
**'87 [1]** 122/1
**'95 [1]** 122/1

**0**

**0220 [2]** 132/2 132/8
**0261 [6]** 28/18 37/2 38/23 40/10 45/4 46/1
**0465 [2]** 134/5 134/9
**0533 [1]** 6/24
**0598 [2]** 24/5 24/10
**0647 [2]** 129/19 129/23
**0704 [2]** 58/7 58/10
**0772 [1]** 110/1
**0778 [2]** 137/23 138/3
**0840 [1]** 2/4
**0861 [1]** 6/19
**0991 [2]** 125/19 125/24
**0994 [2]** 64/16 64/22

**1**

**10 [3]** 107/12 107/18 148/6
**100 percent [3]** 51/11 58/1 88/19
**1025 [1]** 3/11
**1038 [2]** 75/23 76/2
**11 [9]** 34/15 62/9 62/10 69/2 78/19 85/17 105/7 110/8 112/9
**1130 [2]** 6/11 7/14
**1168 [2]** 54/8 54/12
**11:00 [1]** 75/11
**11:01 a.m [1]** 75/18
**11:15 [2]** 75/13 75/14
**11:17 a.m [1]** 75/18
**12 [18]** 29/1 29/2 36/1 47/12 58/16 63/3 70/3 77/23 78/2 78/19 79/10 87/12 120/2 132/13 134/15 138/8 143/7 148/6
**127 [3]** 7/1 7/1 7/2

**12:51 p.m [1]** 1/6
**12th [1]** 153/12
**13 [4]** 6/18 54/17 54/18 94/11
**138 [1]** 6/18
**1434 [1]** 2/12
**146 [2]** 147/7 147/22
**14th [2]** 126/24 126/25
**15 [1]** 107/18
**15 minutes [1]** 107/13
**15-minute [2]** 75/12 75/14
**1572 [1]** 56/6
**1576 [1]** 56/1
**15th [1]** 131/3
**16 [5]** 5/13 6/21 31/6 31/11 66/24
**16th [1]** 32/16
**17 [1]** 31/8
**1747 [2]** 7/5 53/17
**1775 [2]** 72/20 72/24
**18 [8]** 7/19 16/3 32/4 60/21 67/12 87/13 119/7 119/8
**1808 [1]** 3/3
**19 [2]** 24/16 68/8
**1987 [3]** 110/15 117/10 121/24
**1995 [1]** 121/25
**1998 [1]** 74/15
**1:30 [2]** 77/23 78/2
**1st [1]** 76/9

**2**

**20 [8]** 5/14 6/25 7/19 32/10 67/15 88/9 146/25 146/25
**20 years [1]** 110/21
**20001 [3]** 2/4 2/12 4/5
**20003 [1]** 2/7
**20007 [1]** 3/12
**20010 [1]** 3/3
**20036 [1]** 3/8
**2003 [1]** 70/20
**2004 [1]** 6/15
**2005 [1]** 74/22
**2010 [1]** 33/24
**2011 [1]** 33/24
**2012 [1]** 33/25
**2013 [1]** 97/5
**2014 [1]** 97/5
**2017 [1]** 90/4
**202 [6]** 1/16 2/12 3/4 3/9 3/13 4/5
**2020 [2]** 29/10 40/6
**2022 [2]** 88/13 150/23
**2023 [2]** 1/5 155/7
**20530 [1]** 1/16
**21-28 [1]** 1/4
**2132 [2]** 104/22 105/2
**214 [1]** 3/18
**2162 [2]** 47/3 47/6
**22 [3]** 33/12 61/10 89/23
**2258 [2]** 79/2 79/6
**24 [2]** 6/23 7/2
**2516 [1]** 6/21
**252-6928 [1]** 1/16

**25 years [1]** 110/24
**261 [1]** 54/1
**2615 [1]** 3/9
**27 [2]** 26/21 126/16
**2704 [2]** 142/24 143/3
**28 [3]** 1/4 5/6 5/10
**29 [1]** 61/19
**2:30 [1]** 77/25

**3**

**30 [1]** 120/18
**301 [1]** 2/8
**310 [1]** 2/3
**3249 [1]** 4/5
**3300 [1]** 3/16
**333 [1]** 4/4
**35 [1]** 96/17
**350 [1]** 2/11
**352-2615 [1]** 3/9
**354-3249 [1]** 4/5
**36 [2]** 6/11 7/14
**38 [2]** 93/13 95/16

**4**

**40 [1]** 61/6
**40,000 [1]** 96/17
**400 [2]** 2/11 3/12
**400-1434 [1]** 2/12
**42 [1]** 110/9
**43 [2]** 34/16 112/9
**45 [6]** 34/24 62/10 69/3 85/19 105/8 112/21
**46 [6]** 34/24 62/10 69/3 85/18 105/8 112/21
**47 [7]** 11/25 34/25 62/11 69/3 85/18 105/8 112/21
**48 [1]** 85/18

**5**

**50 [3]** 84/15 106/15 143/20
**503 [1]** 2/3
**52 [2]** 132/14 134/16
**53 [13]** 29/2 29/3 58/16 58/17 70/6 79/11 79/12 107/23 114/11 132/16 134/19 138/10 143/8
**54 [7]** 47/14 49/10 70/3 81/11 132/18 134/20 134/23
**55 [3]** 60/15 114/13 133/8
**555 [1]** 1/15
**56 [1]** 60/15
**57 [1]** 60/16
**59 [3]** 36/1 63/3 120/2
**5th [2]** 2/11 126/22

**6**

**60 [4]** 70/14 94/12 106/15 120/6
**601 [1]** 3/7
**63 [2]** 71/10 94/21
**66 [1]** 120/13
**69 [2]** 54/18 54/19
**6928 [1]** 1/16
**699-8429 [1]** 3/18
**6th [67]** 20/9 20/15

27/13 29/18 30/15 34/12 35/2 35/5 35/16 38/21 46/14 47/14 49/19 51/12 55/7 59/12 59/23 62/12 62/25 69/5 69/7 69/23 79/19 79/24 81/17 81/23 82/7 84/16 85/6 85/21 86/2 91/12 92/16 93/21 93/24 95/21 96/1 96/10 96/23 96/25 97/8 98/1 100/8 105/11 106/16 112/22 119/18 123/19 124/3 124/11 126/22 127/7 128/8 132/15 134/17 135/14 136/19 136/25 138/19 139/1 139/24 142/5 143/22 144/13 145/1 145/5

**7**

**700 [1]** 3/17
**703 [1]** 2/4
**7447 [1]** 3/4
**75219 [1]** 3/17
**7727 [1]** 2/8
**78 [1]** 6/15

**8**

**80 [2]** 116/19 123/1
**8100 [1]** 3/13
**8429 [1]** 3/18
**857 [1]** 150/22
**8th [1]** 76/17

**9**

**90 [1]** 65/6
**90-minute [1]** 65/7
**900 [1]** 3/7
**922 [1]** 2/7
**928-7727 [1]** 2/8
**965-8100 [1]** 3/13
**989-0840 [1]** 2/4
**996-7447 [1]** 3/4
**9:30 [1]** 146/24
**9:32 [1]** 1/6

**A**

**a.m [3]** 1/6 75/18 75/18
**abdomen [1]** 131/1
**ability [25]** 26/3 33/3 34/21 47/18 47/20 49/12 52/9 65/19 68/23 75/9 81/13 82/4 87/15 89/9 89/18 93/16 95/7 104/10 111/25 121/10 132/20 132/24 134/18 134/22 142/8
**able [18]** 9/10 15/8 15/9 30/18 41/10 71/7 73/18 77/17 77/18 77/24 80/24 83/22 98/18 100/13 112/18 116/8 118/19 146/4
**abortion [1]** 39/15
**about [250]**
**about it [1]** 91/14
**about that [1]** 153/15

**A**

**above [2]** 143/20 155/4
**above-titled [1]** 155/4
**Absolutely [2]** 145/22 146/12
**absorbing [1]** 101/23
**academic [1]** 33/24
**accepting [1]** 31/1
**accurate [1]** 68/12
**acquit [3]** 93/4 93/11 119/4
**acquittals [4]** 150/12 150/16 151/13 152/11
**across [2]** 21/4 94/2
**act [4]** 37/15 38/6 83/4 99/17
**action [1]** 141/13
**actively [3]** 35/15 62/24 106/3
**actual [2]** 77/8 145/16
**actually [16]** 7/4 7/19 9/22 10/15 10/22 11/11 29/24 44/17 91/14 91/24 94/17 97/21 99/21 126/21 144/5 147/4
**add [4]** 102/9 103/3 103/8 130/11
**added [1]** 124/8
**adding [1]** 18/15
**additional [28]** 6/13 7/21 7/23 8/1 9/5 16/1 16/9 16/24 17/6 17/10 17/22 18/21 22/6 22/10 36/20 53/16 58/6 64/13 72/18 78/9 102/8 112/6 125/17 130/11 131/25 137/17 142/21 146/25
**address [3]** 43/14 150/5 151/20
**addressed [1]** 43/6
**addressing [1]** 95/21
**adhere [1]** 55/11
**adjourn [1]** 150/2
**administrative [1]** 16/12
**admissibility [3]** 150/13 150/17 152/12
**admissions [1]** 151/25
**admit [1]** 114/2
**admitted [3]** 151/14 152/3 152/6
**adoptive [1]** 151/24
**advance [1]** 15/3
**advise [1]** 21/6
**affect [29]** 26/2 28/3 28/6 33/2 34/21 38/13 47/20 49/12 52/9 52/23 68/23 81/13 87/15 87/19 89/9 89/17 89/17 92/15 95/7 103/13 104/10 121/10 132/20 132/24 134/18 134/21 141/18 147/20 150/17
**affected [2]** 27/14 92/3
**affecting [1]** 75/8
**affects [2]** 150/13 152/12

**affiliated [2]** 8/20 99/24
**Afghanistan [1]** 68/17
**after [18]** 8/8 8/21 10/24 13/5 16/4 22/5 22/8 22/13 29/10 45/21 46/5 46/7 67/22 67/24 76/10 80/25 105/15 145/17
**afternoon [3]** 138/2 147/1 147/5
**afterward [1]** 91/20
**afterwards [8]** 19/20 59/13 59/14 59/16 105/16 105/17 106/23 108/8
**again [16]** 12/25 14/8 26/7 45/7 50/18 52/1 52/20 84/2 98/16 104/5 114/17 115/9 115/10 121/7 124/3 136/13
**against [9]** 11/18 24/21 24/23 25/1 37/15 38/5 67/19 86/22 148/24
**agent [6]** 17/16 18/4 18/7 18/8 18/9 18/15
**agents [3]** 17/18 118/18 118/18
**ages [1]** 71/15
**ago [10]** 15/21 33/21 61/15 68/1 70/19 76/9 97/4 104/6 106/10 120/18
**agree [2]** 10/5 13/5
**agreed [1]** 10/4
**Agriculture [1]** 32/2
**ahead [1]** 75/12
**aided [1]** 4/7
**AL [1]** 1/6
**alert [1]** 21/6
**Alex [2]** 34/17 112/11
**Alex Jones [2]** 34/17 112/11
**Alexander [1]** 112/11
**Alexandria [1]** 36/11
**Ali [1]** 112/11
**Ali Alexander [1]** 112/11
**aligned [2]** 30/11 39/3
**alignment [1]** 40/5
**all [145]** 5/2 5/24 6/6 7/17 8/12 10/21 10/24 12/8 13/19 13/25 14/5 14/5 14/7 14/11 15/4 15/21 16/5 16/14 16/19 16/20 17/21 18/11 18/19 19/16 19/17 19/23 21/10 23/21 23/24 24/2 24/12 24/23 27/2 28/13 31/3 35/21 36/19 38/17 39/10 40/7 40/14 41/17 42/15 43/1 44/24 45/12 45/21 46/9 48/18 53/8 53/12 55/9 55/12 58/4 58/14 59/7 61/16 62/8 62/21 63/18 64/9 64/11 64/18 65/22 66/10 68/18 68/24

**73/22 74/2 75/11 75/19 76/4 78/17 79/12 79/22 81/8 82/25 83/19 86/24 87/10 88/20 92/20 94/1 94/10 95/11 97/8 98/12 98/23 99/22 100/9 101/16 102/6 102/15 104/1 104/10 105/16 106/2 106/5 106/6 106/13 108/19 109/10 109/16 109/21 111/17 115/19 115/20 117/1 119/6 121/9 121/13 122/1 122/5 122/12 122/16 123/10 125/12 129/15 129/25 130/1 131/5 133/18 133/19 133/25 134/3 134/11 135/25 137/10 138/5 138/15 142/10 142/19 143/1 144/1 146/19 147/9 147/10 152/13 152/14 153/22 153/25**
**all right [22]** 24/12 36/19 42/15 45/12 59/7 62/8 64/18 66/10 99/22 102/6 104/10 106/2 106/6 109/16 122/5 125/12 129/15 133/25 135/25 138/5 143/1 153/22
**All righty [1]** 40/14
**alleged [2]** 29/20 141/22
**allegedly [2]** 100/22 123/18
**Allen [1]** 18/5
**Alliance [1]** 76/13
**allocution [1]** 149/20
**allow [2]** 8/7 15/11
**allowing [1]** 11/20
**almost [4]** 86/10 90/4 101/9 103/9
**Alondra [1]** 18/5
**Alondra Propes [1]** 18/5
**along [1]** 8/17
**already [6]** 8/16 10/8 13/9 43/18 120/4 153/5
**also [24]** 6/15 6/21 10/5 18/15 18/16 19/5 20/3 20/11 20/18 21/10 21/18 26/21 31/13 44/24 47/14 70/20 74/20 80/7 88/9 103/1 103/18 130/11 131/13 147/10
**altercations [1]** 139/10
**although [2]** 23/2 116/9
**Alvin [2]** 5/12 14/18
**always [8]** 50/8 52/18 87/23 118/7 118/8 127/2 128/2 149/5
**am [12]** 20/15 44/5 54/1 55/11 74/9 74/18 110/18 111/15 123/1

**ambient [1]** 123/4
**AMERICA [3]** 1/3 5/10 133/4
**AMIT [4]** 1/10 5/3 14/16 75/20
**Amit P. Mehta [1]** 75/20
**among [2]** 107/1 115/4
**amongst [1]** 19/11
**amount [5]** 10/2 19/8 62/17 112/24 148/14
**Amtrak [3]** 120/20 120/22 120/24
**analyst [2]** 96/12 96/17
**Anchorage [1]** 117/19
**aneurysm [1]** 131/1
**announce [1]** 7/23
**announced [1]** 58/24
**annoyed [1]** 127/17
**another [7]** 14/8 31/23 56/15 65/7 118/24 125/10 149/25
**answer [15]** 11/23 12/25 26/15 52/20 53/20 84/3 84/3 90/17 98/15 99/4 122/25 135/22 140/25 145/13 145/14
**answered [26]** 11/9 11/13 11/22 12/6 12/16 24/19 24/20 26/24 29/6 31/10 47/16 54/23 54/24 56/15 56/16 58/20 70/5 70/17 81/14 107/25 114/11 126/6 126/19 133/10 143/10 143/20
**answers [10]** 8/5 12/5 28/25 39/1 81/9 102/11 103/11 104/7 136/1 142/11
**anticipate [1]** 131/17
**anticipating [1]** 131/11
**any [119]** 8/11 8/24 11/13 17/1 17/6 17/22 19/18 19/21 20/7 20/8 20/18 21/3 21/14 21/19 22/21 23/18 26/8 28/9 29/5 29/6 29/19 29/20 30/2 30/25 31/16 33/8 34/16 35/22 36/20 37/17 41/11 46/14 46/23 51/16 52/8 53/8 55/18 56/13 56/20 57/5 58/19 58/20 60/1 60/6 60/11 60/17 62/5 63/12 63/19 63/22 66/1 66/14 69/21 71/20 72/3 73/22 78/4 79/14 79/15 80/2 80/12 80/12 82/3 82/23 83/21 84/3 84/11 84/23 85/3 85/4 88/16 90/10 93/4 93/10 93/16 93/25 95/12 97/3 100/5 100/22 102/10 103/12 104/7 106/8 106/12 107/11 107/19 109/1

**110/9 112/14 113/10 113/12 113/18 113/20 115/6 116/1 116/7 116/13 116/17 116/18 117/23 118/2 118/10 118/21 119/4 129/11 131/19 133/19 135/4 135/15 137/11 139/4 142/14 144/15 144/21 148/13 151/11 152/18**
**anybody [7]** 18/11 34/11 44/22 44/23 74/20 103/10 127/12
**anybody's [1]** 29/13
**anymore [5]** 90/9 90/14 90/19 91/21 119/14
**anyone [8]** 19/21 21/11 21/21 22/19 83/3 94/18 117/13 150/1
**anything [50]** 13/18 20/25 22/19 29/4 35/11 43/4 44/10 47/15 51/8 51/20 51/22 58/18 63/25 64/6 65/18 70/4 71/5 71/22 79/13 85/2 85/13 86/19 87/14 87/14 93/2 95/5 95/14 98/1 107/24 108/10 108/16 109/5 109/12 111/24 112/3 112/16 117/20 121/9 121/14 121/16 127/12 127/18 128/20 134/21 135/16 138/11 143/9 143/17 148/11 152/19
**anywhere [1]** 27/7
**apologies [1]** 15/6
**apologize [6]** 15/12 18/2 45/4 45/11 66/9 66/17
**apparently [1]** 7/5
**appear [1]** 112/14
**APPEARANCES [4]** 1/12 1/20 2/14 3/19
**appeared [2]** 103/11 112/10
**appellate [3]** 121/25 122/6 122/9
**applied [2]** 70/15 99/20
**apply [5]** 20/5 54/22 82/25 83/23 139/21
**appointees [1]** 41/16
**appointment [1]** 131/3
**appreciate [9]** 15/12 47/9 55/17 74/3 81/9 98/23 125/15 129/15 146/19
**approach [4]** 9/17 9/18 21/19 36/23
**approached [2]** 21/21 149/16
**appropriate [2]** 44/19 44/23
**approved [1]** 15/23
**are [156]**
**area [3]** 27/18 101/20

**A**

area... [1] 117/19
aren't [1] 72/8
arguably [1] 147/21
argued [1] 152/10
arguing [2] 151/1 152/9
argument [8] 10/18 150/11 151/5 151/12 152/14 152/19 152/19 152/20
argument -- was [1] 152/19
arguments [1] 82/13
Arizona [2] 92/5 92/12
Armed [4] 60/22 60/24 67/13 119/8
arms [1] 25/4
Army [8] 67/7 67/9 87/13 87/17 88/8 119/10 119/12 119/13
around [5] 11/15 69/9 70/19 117/18 128/24
arrested [4] 120/14 120/25 121/4 121/5
arteries [1] 131/2
article [3] 94/2 94/6 94/7
articles [2] 29/10 35/12
as [132] 6/17 9/12 9/12 10/1 11/14 13/8 14/17 14/23 14/25 15/10 16/3 18/20 20/3 20/22 20/24 22/25 23/13 23/21 25/3 25/5 25/8 25/20 25/20 26/8 27/12 27/14 28/1 30/14 31/8 33/3 34/19 35/9 35/20 36/7 37/10 37/15 39/9 39/11 39/12 39/23 39/24 40/1 40/1 41/19 41/19 43/13 47/12 48/22 50/20 51/5 52/4 54/18 57/14 57/21 60/9 62/23 65/1 65/6 65/10 66/18 69/17 70/8 72/1 72/1 73/12 74/10 75/2 75/2 75/3 76/14 77/18 80/18 81/2 83/1 83/24 86/18 87/7 87/19 89/7 90/7 90/8 90/25 92/18 93/23 96/17 97/14 97/18 98/10 102/1 102/1 103/2 103/5 103/24 104/2 104/6 104/9 106/8 108/3 108/13 110/17 112/14 113/7 114/8 115/14 115/23 115/25 117/2 117/5 117/9 120/7 120/22 121/10 122/2 128/14 132/25 136/3 137/8 138/13 139/20 139/22 141/11 141/19 141/21 143/11 145/1 146/5 146/6 148/3 148/4 150/8 152/3 152/6
Asheville [1] 131/9
aside [23] 30/12 35/2 41/10 41/10 46/9 50/13 50/19 52/4 69/18 69/22 69/25 86/19 87/5 87/6 97/21 97/25 98/7 103/23 106/8 116/2 116/8 146/4 149/7
ask [89] 8/11 16/1 16/8 16/14 17/2 18/22 19/15 20/18 22/2 22/16 24/14 25/3 26/21 29/16 31/4 32/23 34/14 35/25 43/11 43/13 44/5 44/12 44/16 44/24 45/1 45/8 47/11 47/24 49/9 50/7 50/18 52/4 54/2 54/17 56/11 57/7 57/14 58/15 60/19 65/4 66/4 68/6 69/17 70/2 70/3 70/7 70/24 73/3 73/12 76/19 77/17 78/13 79/10 85/16 85/24 87/3 87/5 87/10 87/18 89/6 90/21 92/1 92/22 93/22 98/6 105/5 105/7 106/7 106/14 110/8 110/25 115/23 115/25 116/15 117/22 121/20 126/3 128/4 132/13 134/13 134/14 136/4 138/8 139/3 139/17 141/7 143/7 144/1 145/19
asked [57] 12/13 13/5 20/3 24/16 26/22 29/3 34/16 43/17 44/9 46/6 47/13 47/14 52/1 54/19 56/13 57/19 58/17 61/20 62/10 63/3 66/13 67/15 68/8 70/14 71/10 73/9 76/8 79/12 80/17 81/11 84/15 93/15 99/5 99/8 103/22 105/8 106/15 107/23 110/9 112/9 114/12 118/20 119/15 120/2 120/13 126/17 130/5 132/14 132/16 132/18 134/16 134/19 134/20 138/10 143/8 147/10 149/19
asking [6] 15/18 22/6 23/6 38/11 84/2 144/8
asks [5] 33/12 36/1 93/13 94/12 94/21
assault [1] 95/6
assaulted [1] 94/25
assess [3] 48/22 136/3 148/16
assist [1] 15/18
assistance [1] 116/16
associate [1] 39/16
associated [6] 42/13 42/14 42/16 42/23 136/7 136/15
association [2] 46/2 136/11
assume [3] 46/25 97/22 111/13
assumed [1] 13/21

assumption [1] 9/9
assumptions [1] 32/25
assure [1] 11/16
assured [3] 18/23 19/2 127/11
attached [1] 16/22
attack [3] 38/21 103/13 103/17
attacking [1] 101/5
attempts [1] 21/11
attend [1] 98/2
attendance [1] 67/15
attended [3] 106/17 135/14 143/21
attention [6] 86/1 86/1 86/3 86/4 102/17 115/21
attorney [3] 31/23 37/2 122/13
ATTORNEY'S [6] 1/14 74/12 74/16 117/6 117/8 117/12
attorneys [2] 37/25 117/19
authority [1] 115/18
automatic [2] 12/15 12/16
available [1] 14/22
Avenue [4] 2/7 3/7 3/16 4/4
avert [2] 21/5 94/3
avoid [6] 20/4 20/7 20/16 23/10 23/12 23/18
avoiding [1] 20/10
aware [2] 43/18 88/5
awareness [1] 60/10
away [4] 46/10 69/15 87/24 137/1

**B**

B-a-b-o-u-l-i-s [1] 17/13
Baboulis [1] 17/13
back [32] 8/3 8/9 10/14 10/14 10/22 16/7 17/2 23/23 31/4 35/12 38/6 51/25 52/18 53/22 59/21 62/17 65/3 65/10 78/13 95/1 106/9 119/12 120/21 120/24 122/17 127/10 127/13 136/5 136/18 141/14 144/2 148/10
backwards [2] 101/11 101/12
bad [2] 57/15 57/24
Baltimore [1] 120/19
banging [1] 32/17
Barrett [1] 4/4
baseball [1] 124/14
based [21] 8/4 8/20 16/1 16/9 19/4 20/23 27/15 30/3 37/19 42/7 46/2 50/5 69/20 85/4 96/16 98/9 99/10 100/20 123/18 139/23 146/15

basically [2] 67/22 105/22
basis [1] 8/16
be [198]
bear [1] 25/4
bears [1] 146/14
Beast [2] 97/2 97/6
because [39] 6/16 6/19 6/22 10/11 12/16 13/14 15/7 15/21 38/16 46/1 46/17 69/10 70/18 71/2 73/17 74/10 74/21 75/5 87/21 87/24 88/2 92/19 93/5 95/19 118/14 118/25 120/22 123/22 127/3 136/11 136/15 145/17 146/11 148/14 150/12 150/18 151/9 151/25 152/11
been [74] 6/19 6/21 6/24 10/8 10/21 11/1 13/5 13/15 14/6 14/6 15/9 31/7 33/12 33/24 35/1 35/4 35/6 35/19 40/16 43/9 43/17 43/25 44/9 44/11 44/23 61/11 61/16 62/12 62/19 62/20 66/16 67/1 68/14 68/17 69/4 71/11 72/10 78/16 80/3 80/24 85/20 87/23 89/24 91/21 94/13 94/22 99/21 101/13 101/13 101/16 101/23 101/25 105/10 105/13 105/13 106/9 110/14 110/16 110/17 111/21 113/19 114/1 114/7 114/21 116/3 116/4 116/9 118/6 119/15 119/19 119/20 120/14 124/4 136/22
before [31] 1/10 6/6 6/8 8/21 9/1 9/16 11/8 14/21 15/15 16/11 43/2 43/5 43/6 43/6 53/4 70/12 78/11 79/17 82/23 98/13 99/5 99/7 104/13 111/22 147/12 147/13 148/21 148/23 150/2 150/6 150/7
beg [1] 123/9
began [1] 98/8
begin [2] 15/17 65/1
beginning [1] 31/5
behalf [4] 13/22 17/21 18/11 149/15
behind [1] 124/3
being [38] 21/17 28/23 29/23 37/18 37/23 47/9 52/18 56/4 56/19 57/11 72/23 74/3 75/7 75/10 79/9 82/5 83/12 83/16 83/21 92/6 104/25 110/5 113/12 117/6 125/15 129/22 131/12 131/17 132/7 134/8 135/1 136/10 136/14 138/1 143/2 145/10

belief [1] 115/6
beliefs [5] 26/17 56/14 56/24 140/24 140/24
believe [17] 12/5 50/22 50/25 51/10 54/20 55/2 71/7 97/19 116/12 118/15 120/19 126/6 132/24 136/12 141/12 141/13 147/7
believed [1] 102/24
below [2] 34/24 110/17
Ben [1] 42/4
Bennie [4] 2/6 5/12 5/18 14/18
Bennie Alvin Parker [2] 5/12 14/18
besides [1] 36/18
best [6] 26/12 26/17 55/11 56/21 66/7 98/19
better [1] 102/21
better but [1] 102/21
between [10] 29/18 62/6 71/15 114/5 114/18 115/22 120/10 123/12 131/2 150/16
beyond [11] 15/8 15/10 29/15 29/18 29/25 30/1 30/6 62/4 80/14 93/8 119/3
bias [2] 102/3 118/10
biased [3] 11/18 13/5 19/3
Bible [1] 127/20
big [2] 87/23 142/4
bigger [2] 52/18 52/22
bills [1] 37/10
bit [6] 27/23 48/21 81/15 84/17 137/8 151/6
Black [2] 75/4 88/25
Black Lives Matter [1] 88/25
bleachers [2] 124/18 125/3
blew [1] 124/17
block [1] 82/9
blocks [2] 136/25 137/1
blog [3] 97/5 97/8 97/10
blogging [1] 97/8
Blowhorn [1] 127/20
bonfires [1] 125/5
book [1] 19/12
both [4] 15/15 37/18 77/18 120/17
bottom [5] 10/20 11/7 24/15 47/12 54/18
box [1] 117/3
Boys [5] 113/15 114/4 114/18 123/12 123/17
branch [4] 32/6 60/24 67/5 119/9
BRAND [1] 3/2
brandwoodwardlaw.com [1] 3/5
breach [2] 124/21

Case 1:21-cr-00028-APM Document 1182 Filed 02/08/24 Page 159 of 176

**B**

breach... [1] 125/1
break [7] 65/6 65/6 65/7 75/12 75/14 76/10 137/19
bredden [1] 3/19
Brennwald [3] 2/6 2/6 5/18
Brian [1] 18/8
brief [1] 151/7
briefly [2] 71/24 101/2
bring [12] 7/19 7/20 8/3 11/1 11/1 12/3 13/19 17/2 23/23 43/2 45/14 102/16
brings [1] 146/23
Britt [2] 3/15 5/23
Britt Redden [1] 5/23
broad [1] 83/15
broadcasts [1] 96/3
broadly [1] 136/21
broken [1] 71/14
brother [3] 119/13 120/18 121/5
brought [5] 10/22 15/17 19/13 25/20 74/21
Browns [1] 121/6
building [14] 3/8 33/13 61/12 82/17 82/22 83/4 89/25 104/16 117/11 119/16 119/20 119/22 122/17 122/18
buildings [1] 100/18
built [1] 122/21
bullet [1] 67/23
burden [5] 62/1 62/4 93/8 93/10 146/15
burdens [1] 62/6
Bureau [1] 17/15
burn [1] 130/22
business [3] 76/21 103/3 148/7

**C**

C-o-d-y [1] 18/8
cable [1] 35/12
Cain [1] 18/16
call [10] 10/14 10/14 15/5 16/7 17/11 102/10 147/20 148/14 148/20 149/4
called [10] 6/24 6/25 7/1 7/3 27/17 34/19 79/17 107/19 107/25 108/2
calling [3] 9/16 18/21 102/20
calls [4] 147/6 147/23 148/3 148/9
came [8] 15/21 29/10 78/11 101/5 120/24 127/8 128/25 130/12
can [91] 5/7 7/24 8/23 9/16 9/17 10/18 11/1 11/5 13/3 13/14 13/21 15/19 17/2 19/2 21/6 22/25 24/19 26/13

32/5 32/13 33/14 33/21 35/3 36/24 40/8 43/14 46/8 46/25 47/19 47/25 48/14 48/20 48/22 49/14 51/2 54/23 56/16 57/7 58/22 59/21 60/23 61/12 62/15 63/7 63/10 63/11 66/10 67/2 67/5 68/13 69/5 71/13 74/6 76/10 79/15 80/1 80/18 84/16 85/23 87/18 90/1 92/2 94/24 96/14 97/21 105/12 106/20 109/18 110/25 112/23 114/13 118/9 119/8 126/11 126/20 128/6 130/9 133/10 134/24 135/8 138/11 138/15 141/7 143/22 144/2 150/9 150/21
can't [14] 12/4 26/17 49/21 73/1 74/16 88/12 94/18 111/7 113/1 113/14 114/22 124/3 141/24 147/12
cancel [3] 75/4 75/5 124/19
candor [2] 55/18 146/20
cannot [1] 12/1
cap [1] 149/20
capable [1] 46/8
capacities [2] 63/16 63/19
capacity [4] 63/7 66/21 90/11 117/7
Capitol [32] 17/12 17/13 33/13 33/13 34/12 61/11 61/12 80/7 80/11 82/9 83/4 89/24 89/25 90/13 90/19 97/15 99/6 99/11 100/11 101/8 101/10 102/24 103/9 103/10 103/13 104/9 119/16 119/16 136/24 137/6 139/7 139/10
Capitol Building [3] 61/12 89/25 119/16
Capitol Hill [5] 34/12 90/13 90/19 103/10 136/24
Captain [1] 17/12
car [3] 120/25 121/3 128/24
card [2] 121/1 121/3
care [2] 16/13 25/17
career [1] 41/17
CARLTON [1] 3/11
carltonfields.com [1] 3/14
Carolina [1] 131/10
case [79] 5/6 5/10 14/17 15/20 17/12 19/3 19/21 19/22 19/24 19/25 20/1 20/4 20/9 20/12 20/18 20/23 21/1

22/4 22/8 22/19 22/20 22/21 22/24 25/6 25/13 26/10 27/13 28/4 33/1 34/19 34/21 37/18 37/24 52/10 55/1 55/7 57/19 62/3 68/21 70/25 71/8 82/16 83/14 87/7 88/3 88/4 89/7 92/16 93/15 93/25 95/8 96/9 97/22 98/6 98/10 106/11 112/14 117/5 117/24 118/4 118/18 119/3 139/21 145/24 146/6 148/6 149/1 149/9 150/12 150/14 150/15 151/9 151/11 151/17 152/13
Case No. 21-28 [1] 5/10
case-specific [1] 88/4
cases [9] 14/2 21/24 74/12 74/13 74/17 74/20 111/11 117/17 151/19
cast [1] 149/7
cause [20] 6/12 6/16 8/12 8/17 8/19 8/22 10/9 46/23 49/15 53/19 65/3 71/7 73/13 78/18 82/22 103/14 104/8 111/25 112/3 112/18
causes [1] 78/16
Center [1] 117/11
certain [4] 10/24 51/11 93/14 147/16
certainly [4] 42/17 110/18 119/17 148/8
Certified [1] 4/3
certify [1] 155/2
cetera [1] 34/25
CH [1] 4/4
chair [1] 66/12
chairs [2] 65/12 65/13
challenge [3] 37/17 102/14 116/5
challenges [2] 65/3 117/23
challenging [1] 55/13
Chamber [2] 101/15 101/15
change [2] 26/17 147/17
charge [3] 26/7 149/18 153/10
charged [10] 25/24 83/7 83/9 83/10 83/11 83/21 104/14 104/15 120/14 146/1
charges [4] 54/20 55/2 57/23 83/16
chart [1] 11/2
chat [2] 152/1 152/3
checked [1] 35/9
Chessie [1] 121/2
Chicago [1] 124/15
chief [3] 17/12 120/7 149/9

China [1] 89/4
choice [1] 23/10
choices [1] 10/3
choose [1] 23/11
chosen [1] 10/14
Christian [2] 56/18 56/19
church [4] 67/24 67/25 67/25 68/3
Circuit [2] 14/2 14/4
circumstances [2] 15/8 15/10
cite [1] 151/11
cited [2] 151/17 151/19
citizens [2] 14/25 25/19
city [1] 104/2
civil [6] 61/21 62/3 62/3 117/21 121/21 122/2
civilian [2] 72/3 72/6
clarification [2] 39/20 95/18
clarified [1] 74/23
classify [1] 39/10
clear [7] 59/7 60/15 61/23 74/18 103/19 107/7 115/19
clearance [2] 87/22 99/19
clearances [1] 99/21
Cleveland [1] 121/6
client [7] 41/8 100/3 103/2 112/1 112/4 120/10 147/8
clients [1] 11/18
close [21] 26/23 27/3 27/19 31/6 31/13 32/11 36/1 41/15 41/16 60/22 63/3 66/25 67/12 70/15 71/11 85/25 91/8 94/12 94/21 120/13 126/18
closely [5] 35/5 62/16 62/17 105/13 145/3
clown [1] 128/24
clowns [2] 128/14 128/15
co [7] 76/25 150/17 151/14 151/20 152/4 152/7 152/12
co-conspirator [5] 150/17 151/14 152/4 152/7 152/12
co-conspirators [1] 151/20
co-presenter [1] 76/25
Cody [1] 18/8
cognizant [1] 43/8
colleagues [7] 34/6 91/1 111/2 111/3 111/5 116/24 123/6
COLUMBIA [4] 1/1 1/15 14/15 117/7
come [11] 6/17 9/24 21/4 30/14 32/25 52/24 64/14 87/4 96/7 120/17 147/16
comes [7] 9/2 39/22

43/16 96/25 104/14 104/17 149/7
comfortable [11] 24/9 28/22 54/15 56/9 58/13 64/21 73/6 125/23 132/11 134/12 138/6
coming [4] 15/13 47/8 53/22 74/22
Comiskey [1] 124/15
comment [4] 20/15 42/6 123/10 149/25
commentary [2] 21/4 103/17
comments [1] 103/8
commitment [1] 102/12
commitments [1] 77/20
committee [11] 38/18 38/20 84/16 85/6 85/8 106/16 107/8 143/22 143/23 144/11 144/12
commotion [1] 27/2
commotions [1] 27/4
communicate [3] 19/20 21/11 22/18
company [2] 130/7 130/15
company's [1] 126/7
compensated [1] 77/9
complete [3] 15/24 21/24 22/4
completed [4] 15/22 16/4 16/21 22/9
complex [1] 99/15
computer [2] 4/7 119/11
computer-aided [1] 4/7
concept [3] 39/17 43/9 55/10
conception [1] 39/13
concern [9] 10/13 46/3 102/16 103/1 104/7 111/25 126/18 147/15 148/2
concerned [14] 27/6 39/12 39/14 39/16 39/24 40/2 72/1 92/6 100/25 103/1 112/21 116/16 126/5 137/2
concerning [1] 24/17
concerns [9] 11/14 26/22 27/24 103/5 118/2 128/6 139/23 147/22 149/12
concert [1] 23/10
concerts [1] 119/23
concise [1] 103/20
concluded [5] 8/2 8/9 8/18 22/14 154/2
conclusion [1] 52/24
conduct [1] 29/20
conducted [1] 40/16
confirm [3] 138/9 138/12 143/10
confusing [1] 51/13
Congress [1] 107/8

## C

congressional [6] 22/21 90/3 100/16 100/18 124/1 144/12
Congressman [1] 42/1
congresswoman [2] 92/5 92/12
congresswoman's [1] 92/10
connection [3] 29/18 85/5 150/16
Connie [3] 3/2 5/13 18/14
Connie Meggs [1] 5/13
Connnie [1] 14/19
Connnie Meggs [1] 14/19
conservative [3] 49/1 49/3 138/18
consider [6] 8/23 20/25 35/14 98/23 120/8 148/23
considerable [1] 10/2
consistent [1] 12/5
conspiracy [3] 141/2 152/5 153/11
conspirator [5] 150/17 151/14 152/4 152/7 152/12
conspirators [1] 151/20
Constitution [3] 4/4 25/5 98/21
constitutional [1] 149/7
consumed [1] 112/24
context [1] 98/13
continue [1] 12/4
continued [4] 2/1 3/1 4/1 85/25
continues [1] 20/5
contract [9] 76/15 76/21 76/22 76/23 77/3 77/5 77/9 99/24 100/2
contractor [5] 76/14 96/16 99/23 100/4 103/25
contractors [1] 104/3
contradict [1] 50/15
contrary [3] 30/24 31/1 149/3
control [2] 15/8 15/10
conversation [1] 65/24
conversations [3] 91/11 100/20 140/14
conveying [1] 103/20
convictions [5] 40/22 41/11 43/10 44/7 151/13
convinced [2] 93/7 93/9
Cooper [3] 2/9 2/10 5/19
Corps [2] 60/25 61/1
correct [32] 24/10 24/11 37/4 37/5 37/7 37/8 37/11 37/12 37/16 42/24 56/7 66/19 69/14 85/15 94/8 94/16 96/23 97/16 105/2 105/3 122/10 122/19 123/11 124/6 129/24 130/10 143/4 155/3
correctly [2] 35/8 91/24
correspondent [2] 90/3 101/7
could [61] 9/19 12/10 23/16 25/10 26/10 29/24 31/4 34/14 35/25 39/4 44/15 47/24 49/23 50/13 50/16 50/18 50/19 51/12 52/15 53/3 55/3 55/12 55/14 57/23 66/7 70/2 73/8 76/7 79/10 81/25 82/25 84/4 84/7 84/8 84/11 85/16 86/19 87/8 87/9 87/10 89/11 89/20 94/9 94/10 99/7 102/20 103/22 103/23 105/5 105/7 110/8 116/15 122/23 134/13 138/8 139/24 141/21 144/1 145/14 148/14 152/21
couldn't [4] 29/12 41/18 87/3 114/17
counsel [21] 8/7 8/11 18/19 28/9 36/20 44/24 47/1 53/8 55/18 57/5 73/22 95/14 109/12 117/4 120/7 120/10 120/11 121/16 129/11 131/19 133/19
counsel's [4] 37/6 37/9 46/18 123/6
counteroffer [1] 149/17
country [1] 117/18
couple [6] 6/8 42/5 57/7 68/1 128/11 139/18
courier [1] 120/22
course [6] 8/10 16/24 26/18 88/21 105/16 135/2
court [27] 1/1 4/2 4/3 5/2 9/23 10/1 10/11 10/12 10/13 11/21 14/14 21/12 22/10 25/20 43/7 43/13 53/18 75/17 97/18 116/25 137/18 148/13 149/15 150/5 150/7 151/20 153/25
Court's [3] 53/25 123/9 151/2
courthouse [5] 21/16 22/2 22/9 23/3 99/13
courtroom [35] 5/24 14/10 16/5 16/6 16/8 19/13 21/6 21/12 21/22 21/22 22/25 23/15 23/22 23/23 24/1 25/7 28/15 55/23 57/16 58/5 86/21 87/4 98/17 102/7 109/17 116/23 123/5 125/16 134/2 142/20 146/22
courts [1] 15/1
cover [2] 20/14 95/20
coverage [6] 20/4 35/20 62/14 62/18 69/6 135/3
covered [2] 95/25 96/22
covering [1] 93/18
COVID [5] 6/20 6/22 23/12 23/16 23/18
COVID-related [1] 23/18
CR [1] 1/4
creating [1] 44/14
credit [2] 121/1 121/3
crime [2] 71/12 94/22
crimes [1] 57/25
criminal [11] 5/6 5/9 21/24 36/4 36/15 36/17 57/2 61/24 62/1 63/12 63/20
Criminal Case No. 21-28 [1] 5/6
critical [2] 14/24 22/23
critically [1] 22/17
cross [3] 149/2 149/5 149/8
cross-examination [3] 149/2 149/5 149/8
CRR [2] 155/2 155/8
cs.com [1] 2/8
CSX [1] 120/18
curious [1] 140/8
current [1] 90/11
currently [2] 37/3 37/3
cut [3] 152/22 153/3 153/5

## D

D.C [14] 1/5 1/16 2/4 2/7 2/12 3/3 3/8 3/12 4/5 76/14 95/3 95/4 117/8 142/4
daily [5] 46/15 78/1 97/2 97/5 103/10
Dallas [1] 3/17
date [4] 29/19 88/13 131/16 155/7
David [1] 17/14
day [59] 1/7 14/1 19/7 21/25 22/3 22/7 27/6 27/11 27/15 27/24 28/2 35/10 35/19 65/8 69/19 83/4 86/8 86/20 90/5 91/18 92/3 98/7 98/8 99/11 101/1 101/9 103/12 103/12 103/21 105/14 105/14 105/15 105/17 106/23 107/9 109/24 112/24 128/7 128/25 129/8 135/5 136/22 137/3 137/6 137/8 139/5 140/14 142/23 144/8 145/3 145/17 145/23 145/24 146/2 146/5 146/11
day afterwards [1] 106/23
day's [1] 100/25
days [11] 15/6 51/12 58/25 59/1 59/8 59/16 67/24 76/9 126/21 148/7 148/15
deaf [2] 116/19 123/1
deal [3] 62/2 87/23 153/17
dealt [2] 115/13 150/14
December [2] 150/23 153/12
December 12, 2022 [1] 150/23
December 12th [1] 153/12
decide [1] 20/22
decided [4] 27/7 127/10 127/13 133/3
deciding [1] 57/1
decision [4] 8/23 15/1 57/16 57/20
decision-makers [1] 15/1
defendant [24] 2/2 2/6 2/9 3/2 3/10 3/15 5/11 5/11 5/12 5/12 5/13 5/14 5/17 5/18 5/19 5/21 5/22 5/23 18/14 25/24 26/8 55/5 93/11 139/22
Defendant 16 [1] 5/13
Defendant 20 [1] 5/14
Defendant 5 [1] 5/11
Defendant 7 [1] 5/12
Defendant 9 [1] 5/12
Defendant Bennie Parker [1] 5/18
Defendant Greene [1] 5/23
Defendant Laura Steele [1] 5/19
Defendant Meggs [1] 5/21
Defendant No. 4 [1] 5/11
Defendant Sandra Parker [1] 5/17
Defendant William Isaacs [1] 5/22
defendants [33] 1/7 5/24 33/1 37/3 37/18 37/24 41/13 50/21 52/10 52/23 54/20 55/8 69/20 71/8 81/20 81/24 82/1 82/17 83/7 89/7 93/4 95/8 97/17 104/14 110/10 110/10 112/19 116/11 141/22 146/7 151/24 151/24 153/10
Defender [1] 36/11
defense [19] 11/13 17/21 18/12 36/7 36/22 43/4 46/25 63/25 71/22 95/14 109/12 117/24 121/16 148/15 148/21 148/25 149/3 150/20
defer [1] 10/3
defiers [1] 115/14
define [3] 39/4 42/16 123/21
definitely [1] 140/13
definition [1] 94/2
delay [1] 23/16
delays [1] 23/19
delete [2] 86/24 87/3
democracy [7] 14/25 82/11 97/14 97/20 97/23 102/25 103/17
demolition [1] 124/16
demonstrating [1] 11/14
demonstration [1] 32/12
demonstrations [3] 67/16 88/11 88/16
denied [1] 99/21
Department [4] 32/2 76/16 110/15 118/6
depend [1] 77/21
depending [1] 131/14
Deputy [4] 16/5 21/6 21/12 21/22
describe [9] 30/9 62/23 110/25 111/3 112/23 129/3 140/3 140/13 141/25
described [3] 51/21 60/7 80/18
design [1] 31/9
designed [4] 34/25 85/18 85/19 105/9
desire [2] 18/24 18/24
despite [1] 21/20
detail [4] 93/21 95/22 95/23 95/24
details [1] 135/24
determine [1] 12/9
determining [1] 15/19
device [1] 20/19
devices [4] 19/14 19/16 19/18 116/17
diagnosed [1] 131/1
did [33] 11/11 15/10 36/10 43/12 60/3 60/3 61/2 61/13 64/5 67/20 68/1 82/17 84/23 95/3 100/21 100/24 105/16 107/10 107/11 121/23 122/22 123/13 124/9 128/12 128/13 139/5 144/15 144/21 145/17 145/18 148/2 152/19 153/20
did you [6] 61/2 84/23 121/23 124/9 144/15 144/21
didn't [29] 10/11 11/15 27/5 46/16 60/4 60/6 69/10 74/9 90/17 92/9

**D**

**didn't... [19]** 92/11 95/17 95/17 98/1 99/14 108/9 108/11 115/22 117/16 122/24 127/16 128/6 141/11 145/7 145/13 150/7 151/11 153/14 153/17
**difference [5]** 114/4 114/18 115/22 123/12 153/8
**differences [1]** 37/20
**different [22]** 15/15 15/16 16/6 21/24 27/23 33/2 52/24 75/3 82/12 83/16 84/20 89/8 103/3 110/16 123/22 144/9 149/6 150/11 150/18 151/8 152/20 153/6
**differentiating [1]** 114/2
**differently [2]** 13/10 49/10
**difficult [7]** 24/18 47/18 49/15 54/21 68/10 81/23 93/4
**difficulties [1]** 65/9
**difficulty [20]** 26/7 52/8 53/6 53/7 55/7 62/5 66/1 66/14 93/10 93/17 106/12 115/3 116/17 116/18 119/4 123/2 135/1 136/14 141/6 146/9
**dire [1]** 10/23
**direct [1]** 117/16
**direction [1]** 21/16
**Dirk [1]** 100/17
**disbelieve [1]** 118/8
**disclosed [3]** 147/6 148/21 148/23
**disclosure [1]** 148/25
**disco [2]** 124/16 124/17
**discuss [1]** 96/9
**discussed [3]** 22/15 96/10 107/1
**discusses [1]** 93/21
**discussion [1]** 85/5
**dismissed [2]** 12/17 20/17
**disorganized [1]** 102/13
**dispassionately [1]** 118/20
**disqualification [1]** 104/1
**disqualified [1]** 104/2
**disqualifying [1]** 104/1
**disregard [1]** 87/6
**disrupt [1]** 23/13
**distinguishing [2]** 62/6 115/4
**DISTRICT [9]** 1/1 1/1 1/10 1/15 14/5 14/14 14/15 104/3 117/7
**disturbed [2]** 145/7 145/18

**divided [1]** 120/2
**Division [7]** 110/15 111/14 111/14 115/12 117/8 117/17 121/22
**do [154]** 7/5 7/8 7/18 8/4 8/14 9/10 14/7 15/8 15/11 16/13 19/21 19/22 19/25 22/9 22/18 22/19 22/20 22/21 23/6 23/10 25/10 25/14 26/2 26/6 26/10 26/16 26/17 27/13 27/18 27/25 28/2 29/19 30/2 30/18 30/25 31/20 33/8 34/5 34/11 35/9 35/14 35/22 36/4 36/16 37/14 40/13 41/6 41/6 43/15 44/8 44/16 44/17 45/1 46/13 46/14 49/3 49/4 50/13 51/16 52/7 52/8 52/22 55/10 55/11 57/13 57/16 57/23 57/24 58/15 59/2 59/8 59/22 60/1 60/3 60/13 60/17 60/18 65/9 68/22 69/21 70/25 72/3 75/7 77/17 78/11 80/7 80/12 80/12 81/3 81/23 82/3 83/22 85/3 87/5 87/8 87/9 89/8 89/17 90/10 90/11 90/25 91/1 91/11 91/23 92/15 92/17 93/3 94/4 94/9 94/10 95/6 97/8 97/20 98/10 99/14 101/24 101/25 102/12 103/3 103/23 107/19 109/1 109/22 110/13 112/14 113/12 113/18 115/6 116/1 117/22 118/2 118/2 118/18 118/21 119/3 119/25 127/12 127/23 129/2 135/15 136/9 139/3 139/23 140/8 141/20 142/7 147/12 147/15 147/15 148/10 148/18 148/20 150/6 151/19
**do you [8]** 35/14 37/14 41/6 57/13 59/22 97/8 140/8 141/20
**do you have [8]** 60/1 80/12 80/12 82/3 135/15 139/3 139/23 142/7
**Do you know [1]** 36/4
**Do you recognize [1]** 60/17
**does [22]** 8/20 10/10 30/8 31/22 31/24 32/1 34/2 34/20 39/24 39/24 46/17 46/18 63/11 76/20 81/21 88/12 98/21 128/20 140/22 147/20 147/22 153/10
**doesn't [14]** 10/8 10/10 10/22 11/3 46/14 90/18 93/25 104/6 116/17 123/23 149/8 150/16

**dog [1]** 126/22
**dogs [1]** 127/8
**doing [29]** 6/2 20/1 24/9 28/22 35/22 43/12 53/6 54/15 56/9 58/13 64/7 64/21 72/22 73/6 82/18 94/4 96/22 106/12 107/8 116/13 119/11 125/21 125/23 129/21 132/11 134/7 134/12 138/6 146/9
**don't [110]** 7/10 8/19 13/3 25/15 26/5 26/14 29/12 29/12 29/24 30/10 30/11 33/5 34/19 35/11 35/11 36/12 36/13 36/15 37/1 38/10 38/12 38/13 39/9 39/10 39/18 40/20 42/13 42/19 43/3 44/14 45/8 45/20 50/2 53/20 60/11 63/10 66/12 68/18 70/20 72/5 72/9 72/12 72/13 74/10 74/19 75/12 80/4 81/7 89/16 90/13 90/15 92/13 92/19 93/6 93/12 95/9 100/15 100/16 100/18 102/2 102/19 110/21 111/5 114/3 114/4 114/23 115/9 115/14 115/16 116/6 116/12 117/13 117/25 118/9 119/1 119/5 123/11 126/3 126/16 126/23 126/24 127/3 127/25 128/1 130/4 130/13 132/22 132/23 134/23 135/4 135/11 135/19 135/21 135/23 136/12 139/11 139/13 140/1 140/14 140/25 142/2 147/19 147/19 148/11 148/12 148/17 150/5 150/24 152/4 152/9
**Donald [1]** 141/11
**Donald Trump [1]** 141/11
**done [18]** 11/7 14/3 22/6 44/25 45/7 45/18 60/12 63/15 63/20 71/6 74/13 76/16 100/4 102/20 118/4 137/20 151/24 153/22
**door [1]** 122/19
**double [1]** 124/16
**double-header [1]** 124/16
**doubt [6]** 33/8 62/5 84/11 93/9 116/8 119/3
**doubts [1]** 142/7
**Douyon [17]** 23/22 28/15 53/15 55/22 58/5 64/12 72/17 74/3 78/8 102/7 109/17 125/16 131/24 134/1 137/16 142/20 146/21

**down [45]** 13/21 120/20 131/17 146/21
**downtown [1]** 67/19
**dozens [1]** 124/24
**Dr. [1]** 18/7
**Dr. Laurie [1]** 18/7
**dredge [2]** 150/21 150/24
**drove [1]** 32/16
**drug [1]** 120/22
**drugs [1]** 121/3
**due [2]** 6/12 6/14
**duplication [2]** 152/25 153/2
**duplicative [1]** 150/10
**during [16]** 8/10 16/24 19/10 19/18 21/3 21/10 21/14 21/20 23/3 33/15 33/16 33/24 93/22 98/13 113/3 133/6
**duty [4]** 15/2 79/18 130/8 130/17

**E**

**each [9]** 16/1 16/7 18/21 23/23 50/20 111/10 111/10 139/22 141/21
**ear [3]** 116/20 116/20 123/2
**earlier [6]** 15/9 22/15 22/18 38/16 150/11 152/20
**early [1]** 33/25
**ears [2]** 21/5 94/3
**easier [1]** 123/7
**easily [1]** 12/10
**East [3]** 96/17 99/24 99/25
**Eastern [2]** 97/11 111/7
**echo [1]** 103/7
**Edmund [1]** 3/2
**education [1]** 31/22
**Edwards [2]** 1/14 5/15
**eight [1]** 121/22
**either [10]** 8/20 34/19 36/7 36/25 66/25 84/20 102/3 104/2 111/7 147/7
**election [8]** 29/10 29/11 39/24 40/1 40/6 80/8 80/25 141/12
**elevators [1]** 117/13
**Elizabeth [1]** 18/6
**else [11]** 13/18 18/11 29/25 30/1 30/7 51/8 51/13 74/6 81/3 127/18 150/1
**elsewhere [1]** 95/3
**email [11]** 1/17 1/18 2/5 2/8 2/13 3/4 3/9 3/13 3/18 19/22 38/8
**embarrass [1]** 18/25
**Embedded [1]** 140/16
**emotions [1]** 54/25
**emphasis [1]** 8/8
**employed [10]** 31/7

**employees [2]** 96/17 104/2
**employer [1]** 126/7
**employment [5]** 70/16 95/25 96/11 103/24 119/7
**empty [1]** 8/2
**enabled [1]** 19/13
**end [6]** 11/8 22/2 65/7 127/3 146/23 148/10
**ended [6]** 11/9 29/23 80/25 98/8 121/7 124/19
**enforcement [16]** 31/16 70/16 70/25 71/2 71/3 71/6 94/13 94/15 117/21 117/22 118/16 118/23 118/25 120/3 120/8 121/8
**engagement [1]** 73/11
**English [2]** 66/15 66/22
**enough [7]** 55/17 72/8 72/13 102/19 129/7 142/10 148/18
**Enrique [1]** 112/12
**Enrique Tarrio [1]** 112/12
**ensure [2]** 11/16 14/3
**ensuring [1]** 22/23
**enter [2]** 82/17 99/11
**entered [7]** 14/10 82/18 82/21 83/3 97/15 99/13 102/24
**entering [3]** 99/6 99/14 104/16
**enters [1]** 8/21
**entire [2]** 21/9 86/10
**entirely [1]** 150/18
**entitled [1]** 55/6
**equivalent [1]** 125/10
**era [1]** 119/12
**escort [1]** 16/5
**especially [2]** 43/16 127/2
**essentially [1]** 152/21
**et [2]** 1/6 34/25
**et cetera [1]** 34/25
**ethical [1]** 56/13
**Eugene [1]** 3/10
**Europe [1]** 131/14
**evaluate [7]** 14/2 50/20 86/21 87/7 118/19 139/20 139/22
**evaluating [1]** 27/14
**eve [1]** 147/23
**even [20]** 10/23 20/6 26/7 27/5 27/17 30/16 37/25 44/22 68/22 69/9 69/18 111/4 118/3 127/11 140/9 146/13 148/22 149/1 149/7 152/5
**evening [1]** 96/3
**event [5]** 86/2 98/2

**E**

**event... [3]** 98/13 98/14 142/5

**events [60]** 20/9 20/15 27/13 30/15 35/1 35/6 35/16 42/8 62/12 62/16 62/25 69/5 69/7 69/19 69/22 75/5 79/19 79/24 82/7 85/14 85/20 86/8 86/20 91/12 91/18 92/3 92/16 93/24 96/1 96/23 97/9 100/5 101/1 105/10 105/13 107/9 112/22 112/24 128/7 128/9 132/15 134/17 135/5 135/14 136/19 136/20 136/22 136/25 137/8 139/24 140/3 141/18 141/23 141/25 144/12 144/25 145/4 145/20 145/24 146/2

**ever [12]** 14/6 36/17 70/3 70/8 70/15 71/11 91/11 108/1 118/9 120/14 138/12 143/11

**every [8]** 44/6 55/5 90/5 93/1 101/9 103/12 103/12 103/21

**everybody [5]** 6/2 9/6 36/12 75/21 153/23

**everybody's [1]** 47/1

**everyone [9]** 5/7 5/8 6/1 6/7 14/12 16/19 22/25 24/3 75/16

**everything [3]** 27/19 97/25 123/23

**everywhere [1]** 105/19

**evidence [45]** 19/4 20/23 25/6 25/12 25/12 25/19 25/21 25/23 26/9 27/14 28/4 30/20 30/23 31/1 35/21 50/14 50/21 53/3 57/20 62/4 68/21 69/19 69/20 82/16 82/21 82/24 82/25 83/15 83/15 83/23 86/21 86/22 87/7 97/22 98/9 98/16 98/24 103/23 106/10 113/13 116/1 116/11 119/2 146/6 146/15

**exact [3]** 69/9 151/7 151/17

**exactly [4]** 51/19 100/13 108/21 145/2

**examination [3]** 149/2 149/5 149/8

**examiner [1]** 31/9

**example [7]** 20/11 35/4 53/1 68/20 85/23 140/10 152/1

**except [2]** 23/1 69/8

**exception [1]** 23/4

**exclude [1]** 148/22

**excuse [4]** 84/18 90/16 110/10 120/3

**excused [7]** 6/19 6/22 10/9 22/1 22/12 22/14

**exercise [4]** 11/15 13/8 57/23 98/5

**exist [1]** 37/20

**exited [1]** 24/1

**expect [3]** 34/19 112/14 118/17

**expected [1]** 76/10

**expeditiously [1]** 148/4

**experience [1]** 115/13

**experiences [1]** 121/10

**expert [1]** 79/22

**explain [1]** 99/7

**explained [1]** 103/18

**explains [1]** 39/18

**exposed [8]** 35/1 35/4 35/19 62/12 69/4 85/20 105/10 116/3

**exposure [2]** 84/15 112/22

**express [1]** 13/7

**extend [1]** 14/21

**extended [2]** 53/22 130/6

**extent [4]** 108/22 115/5 120/8 133/16

**extra [1]** 112/5

**extreme [5]** 46/3 48/17 48/20 48/25 49/3

**extremely [1]** 102/13

**eyes [2]** 21/5 94/3

**F**

**face [1]** 129/8

**Facebook [2]** 19/24 92/25

**facility [1]** 99/15

**facing [1]** 117/3

**fact [24]** 10/21 25/7 34/20 40/19 44/21 46/1 54/19 54/21 68/20 81/22 82/20 83/20 87/18 92/14 95/5 103/4 103/24 104/5 108/19 112/16 117/20 150/16 153/6 153/7

**facts [3]** 57/20 57/25 139/21

**fair [62]** 11/3 11/24 12/1 12/4 14/3 15/19 22/24 24/18 25/11 26/3 26/10 33/3 34/22 37/18 37/23 40/15 46/9 47/18 47/21 49/13 49/15 52/9 55/17 68/11 68/13 68/23 69/12 71/7 81/13 81/24 82/4 84/4 84/7 84/8 84/11 87/15 89/9 89/11 89/13 89/18 89/20 95/7 97/18 98/22 104/10 106/2 111/25 112/19 116/11 132/20 132/25 134/18 134/22 135/1 136/10 136/14 137/7 139/24 142/8 142/10 147/24 148/17

**fairest [1]** 19/1

**fairly [1]** 23/16

**fair... [1]** 118/19 141/21 146/6

**faithful [1]** 56/19

**familiar [5]** 15/15 15/25 19/5 101/14 133/12

**familiarity [1]** 17/3

**family [22]** 19/23 26/23 31/7 32/11 36/2 60/22 63/4 67/1 67/13 70/15 71/11 88/10 88/17 88/20 88/24 88/24 89/3 94/12 94/19 94/22 120/14 126/18

**famous [1]** 124/15

**fans [1]** 124/14

**far [11]** 27/9 39/23 40/1 72/1 102/1 113/23 116/23 118/16 124/7 125/7 138/18

**far-right [1]** 138/18

**fascist [1]** 133/2

**father [2]** 70/18 119/12

**favor [1]** 112/4

**FBI [5]** 18/8 18/15 18/16 118/18 122/18

**fear [1]** 28/1

**fearful [2]** 92/6 100/22

**feature [2]** 14/24 21/23

**February [5]** 1/5 76/9 88/13 131/3 155/7

**federal [9]** 17/15 31/7 31/14 67/1 88/3 99/15 104/3 115/17 119/7

**feed [1]** 75/9

**feel [21]** 15/25 19/5 19/11 19/14 24/8 28/21 54/14 55/1 56/8 56/21 58/12 64/20 72/7 72/13 73/5 76/4 101/25 125/22 127/17 132/10 138/5

**feeling [6]** 123/16 123/18 123/19 123/20 123/25 135/5

**feelings [6]** 24/17 27/15 68/8 68/10 134/17 137/5

**fell [1]** 119/3

**felt [3]** 27/11 27/12 135/6

**few [9]** 15/5 15/6 15/21 91/5 95/1 96/8 101/13 121/20 135/3

**field [4]** 36/2 124/18 124/23 125/2

**FIELDS [1]** 3/11

**fifth [1]** 122/13

**figure [3]** 85/19 115/22 131/15

**figured [1]** 66/18

**filed [1]** 150/10

**final [1]** 22/3

**finally [5]** 6/23 7/4 7/4 22/25 104/5

**financial [1]** 73/14

**find [1]** 101/24

**fine [7]** 9/13 45/15 47/5 66/11 72/4 104/24

**finished [1]** 22/5

**fire [1]** 32/1

**firearms [7]** 24/17 24/17 25/6 25/7 68/9 68/9 68/19

**fired [1]** 68/15

**firing [1]** 68/14

**firm [4]** 63/8 63/11 63/11 63/15

**first [30]** 7/12 7/13 8/3 11/12 16/13 23/7 24/3 24/14 29/1 36/10 47/11 54/17 56/12 58/15 65/1 76/8 79/10 102/15 104/20 121/19 126/4 126/5 130/4 130/17 132/13 138/8 143/7 147/5 150/12 152/11

**first page [1]** 126/4

**five [7]** 10/4 10/4 17/10 32/12 32/21 41/13 102/13

**fixed [1]** 73/2

**flag [5]** 127/10 127/20 127/23 127/23 128/2

**flagged [2]** 87/24 120/21

**flags [1]** 128/1

**flip [1]** 85/16

**floor [6]** 110/17 110/17 122/2 122/10 122/13 122/18

**Florida [2]** 18/17 120/20

**focus [12]** 35/21 41/4 41/12 86/20 96/7 100/7 102/3 103/23 106/10 116/1 116/10 122/22

**focused [1]** 113/16

**focusing [1]** 86/11

**folks [2]** 10/21 133/9

**follow [20]** 8/3 8/7 20/14 22/17 28/25 42/6 53/19 57/7 63/22 71/20 93/16 95/12 97/13 99/4 108/1 109/10 142/3 144/21 145/17 145/18

**follow-up [9]** 8/3 8/7 28/25 57/7 63/22 71/20 95/12 97/13 109/10

**followed [7]** 62/16 105/24 107/4 113/7 113/12 145/4 145/20

**followers [1]** 19/24

**following [14]** 17/11 21/17 22/22 33/18 35/6 55/7 57/20 62/17 62/19 62/20 93/17 105/13 131/4 146/16

**follows [1]** 16/3

**football [1]** 121/6

**forbidden [1]** 20/25

**forbids [1]** 56/19

**force [1]** 18/9

**forceful [1]** 43/23

**Forces [4]** 60/23 60/24 67/13 119/8

**more [1]** 151/13

**foreclose [1]** 10/18

**foregoing [1]** 155/3

**foremost [1]** 130/17

**Forest [1]** 32/2

**forestall [1]** 10/18

**forgive [3]** 32/24 47/24 95/16

**formal [1]** 99/13

**formally [1]** 46/1

**former [12]** 34/5 34/6 80/21 89/16 89/19 91/1 91/14 91/17 92/14 92/16 92/20 100/10

**Fort [2]** 70/21 70/23

**Fort Gordon [2]** 70/21 70/23

**forth [2]** 38/6 68/4

**forward [2]** 14/1 23/25

**forwards [2]** 101/11 101/13

**found [2]** 113/6 114/25

**four [7]** 61/3 61/4 61/6 61/7 61/8 130/20 148/15

**fourth [2]** 1/15 122/10

**frame [1]** 70/19

**free [14]** 19/11 19/14 24/8 28/21 54/14 56/8 58/12 64/20 73/5 76/4 125/22 132/10 134/11 138/5

**frequently [3]** 120/20 120/23 123/3

**friend [12]** 19/23 31/6 60/22 63/4 66/25 67/12 70/15 71/11 94/19 94/21 100/10 126/18

**friendly [1]** 93/1

**friends [17]** 26/23 27/17 31/13 34/5 36/2 41/12 41/15 41/16 88/10 88/17 88/20 88/23 88/24 91/1 92/24 94/12 120/13

**friendship [1]** 93/5

**front [20]** 24/13 28/24 40/9 40/19 47/10 54/16 56/10 58/15 64/25 73/7 76/6 79/9 105/6 110/7 126/2 130/2 132/12 134/14 138/7 143/6

**full [1]** 66/21

**fully [1]** 20/17

**function [2]** 115/24 115/25

**fundamental [1]** 14/24

**further [5]** 8/13 22/7 22/12 23/24 103/3

**G**

**G-e-e [1]** 18/17

**game [3]** 121/6 124/19 124/20

**games [1]** 111/9

**gathering [1]** 125/9

**gave [3]** 60/16 99/4 114/13

**G**

**Gee [2]** 18/17 18/17
**Gene [2]** 5/22 40/10
**Gene Rossi [1]** 5/22
**general [12]** 9/15 29/9 37/6 37/9 42/7 42/8 46/18 55/1 60/10 122/13 123/16 135/5
**generally [5]** 31/18 42/14 85/10 112/23 120/3
**gentleman [2]** 44/20 44/20
**gentlemen [3]** 14/13 17/9 18/20
**Georgia [1]** 70/23
**Germany [4]** 7/5 7/6 53/18 78/22
**get [27]** 6/6 6/8 7/8 10/20 10/23 11/3 12/10 12/22 14/21 19/25 34/25 60/4 60/6 62/11 65/18 69/3 77/24 78/10 78/15 85/19 86/9 105/9 118/8 124/6 127/6 134/20 141/16
**gets [1]** 14/2
**getting [3]** 72/9 73/18 77/4
**give [21]** 7/22 12/12 26/14 31/18 33/21 35/3 44/13 53/15 62/15 69/5 71/1 83/24 85/23 86/22 98/21 100/21 104/6 105/12 112/4 112/5 118/23
**given [12]** 8/5 22/7 26/11 27/11 35/18 53/2 81/11 84/6 118/4 136/4 141/20 148/25
**glad [1]** 6/3
**Global [1]** 130/16
**gmail.com [1]** 2/5
**go [15]** 7/8 11/15 27/5 27/7 51/25 75/12 78/18 90/4 90/13 101/7 127/9 127/10 127/13 133/5 150/24
**goals [1]** 97/14
**God [1]** 74/21
**goes [1]** 115/12
**going [44]** 7/18 10/17 10/20 10/22 10/23 11/3 11/17 12/17 12/22 14/7 16/11 16/14 20/15 23/9 27/4 43/7 44/5 44/7 44/13 44/16 46/19 54/1 74/19 75/13 82/16 90/21 99/12 103/13 103/16 117/22 119/23 121/7 122/17 123/23 127/11 127/12 131/14 143/7 143/25 144/6 147/1 148/3 148/5 150/19
**gone [2]** 15/14 87/21
**good [32]** 5/4 5/5 6/1 6/5 14/13 17/9 17/24

54/10 54/11 56/3 56/4 57/10 57/12 57/15 57/24 72/23 75/25 78/25 79/4 79/5 104/25 110/3 110/23 121/19 132/4 132/6 134/8 137/25
**good morning [8]** 5/4 5/5 6/1 14/13 17/9 17/24 57/10 75/25
**Googled [1]** 115/21
**Gordon [2]** 70/21 70/23
**got [10]** 35/9 43/23 86/12 90/6 115/1 120/12 124/12 127/6 127/19 129/7
**government [45]** 1/13 5/16 10/2 10/3 17/5 17/6 17/10 31/7 31/14 36/20 57/21 63/23 67/1 71/20 87/21 87/24 93/8 93/19 95/12 95/20 96/4 96/16 96/18 96/19 96/21 99/21 100/2 100/3 103/2 103/25 104/3 109/10 112/4 118/3 119/8 121/14 133/4 146/14 147/5 147/10 147/11 149/16 149/19 149/21 150/3
**government's [3]** 148/6 149/13 150/20
**graduate [1]** 114/23
**grandfather [2]** 32/5 72/11
**gratitude [1]** 14/22
**Gray [1]** 18/6
**Great [1]** 90/20
**greater [3]** 62/2 83/15 114/8
**Greene [4]** 3/15 5/14 5/23 14/20
**Greg [1]** 18/6
**grew [1]** 131/10
**grocery [1]** 23/9
**grossi [1]** 3/14
**grounds [5]** 33/13 61/11 89/24 104/16 119/16
**group [19]** 29/14 29/17 30/2 30/6 39/9 79/23 80/5 80/13 107/19 107/24 108/2 108/10 127/9 136/11 136/15 138/16 138/18 139/4 139/5
**groups [6]** 80/6 113/16 113/20 114/24 115/4 115/11
**guaranteed [1]** 25/4
**guess [31]** 10/19 14/7 26/5 39/7 39/8 39/22 40/4 42/19 47/22 47/23 48/5 48/9 48/25 70/5 71/15 76/9 76/17 81/25 82/3 82/5 82/11 83/2

112/25 113/7 115/19 119/11 140/2 140/25
**guidelines [1]** 43/13
**guilt [3]** 52/25 93/8 146/15
**guilty [7]** 40/25 41/11 54/21 55/3 57/1 57/1 57/22
**gun [8]** 24/24 25/12 25/25 26/8 26/9 26/11 67/19 68/21
**guns [15]** 24/21 24/23 25/1 25/16 25/19 25/20 25/23 25/23 68/22 72/1 72/3 72/6 72/9 72/9 72/14
**gut [6]** 42/22 123/16 123/18 123/19 123/20 123/25
**guy [1]** 128/1
**guys [1]** 107/2

**H**

**had [63]** 6/16 10/12 11/13 11/13 13/6 15/5 15/6 15/7 15/9 24/16 26/22 27/15 27/20 28/2 31/10 33/1 47/17 51/11 52/2 60/21 61/21 62/2 67/21 68/3 68/10 71/25 71/25 72/11 75/3 75/5 75/5 82/23 87/12 87/16 93/9 97/20 99/18 100/21 100/22 103/5 103/21 115/20 116/25 117/10 118/12 118/13 120/19 121/4 124/15 124/16 125/3 126/12 126/13 126/17 132/18 132/19 133/8 134/21 138/10 138/10 139/9 147/6 150/7
**haircut [1]** 27/3
**Haller [10]** 3/6 3/6 5/20 18/14 36/25 37/2 152/2 152/18 153/4 153/14
**Haller's [1]** 103/7
**hallerjulia [1]** 3/9
**hallway [1]** 111/10
**hallways [1]** 101/15
**hand [3]** 16/16 65/19 124/12
**handles [1]** 117/17
**hands [2]** 16/15 72/14
**handwriting [1]** 95/18
**Hang [2]** 43/22 78/12
**happen [4]** 21/4 21/15 23/21 95/3
**happened [7]** 39/23 98/13 100/23 123/19 128/10 142/5 145/16
**happening [5]** 92/7 96/5 96/20 145/1 145/16
**happens [1]** 86/13
**happy [1]** 121/8
**hard [4]** 55/14 65/24

**harder [1]** 52/24
**hardship [7]** 6/12 7/16 73/9 73/14 76/8 126/5 130/5
**haring [1]** 149/13
**has [31]** 6/11 6/19 6/21 6/22 8/9 8/15 8/18 10/13 13/15 14/4 14/6 17/6 17/10 20/6 32/11 57/21 63/4 67/1 70/15 71/11 74/20 80/6 87/22 93/8 96/18 97/18 103/4 131/2 147/10 149/21 150/4
**hate [1]** 125/8
**have [258]**
**haven't [6]** 36/12 74/13 91/20 111/19 138/21 145/20
**having [13]** 37/19 48/15 66/1 72/3 72/6 91/11 95/19 116/17 116/18 119/15 124/19 141/5 143/21
**he [70]** 21/6 31/22 31/24 32/1 32/7 44/21 46/1 46/5 46/6 46/8 46/10 46/12 46/14 46/15 46/16 46/17 46/18 53/18 66/7 67/25 70/18 80/23 80/24 90/18 90/18 91/19 91/24 92/2 92/3 92/4 92/5 92/11 92/11 100/15 100/18 100/21 100/21 100/24 100/25 101/4 102/23 102/24 103/2 103/4 103/9 103/9 103/12 103/18 103/18 103/19 103/20 103/21 103/22 103/22 103/23 103/23 103/25 104/5 104/8 110/18 110/18 111/7 111/13 111/16 111/20 120/20 120/21 120/22 120/25 141/12
**he said [1]** 103/23
**he's [5]** 18/8 91/21 111/21 119/11 119/13
**head [4]** 39/9 65/16 70/13 87/5
**header [1]** 124/16
**hear [24]** 16/23 22/24 25/12 41/18 43/3 48/3 49/21 64/6 65/24 66/11 68/21 82/21 90/17 92/9 95/2 95/17 109/21 122/24 123/4 123/8 131/6 144/2 145/13 149/4
**heard [63]** 21/1 29/4 29/7 40/15 40/17 40/22 40/25 41/11 42/7 44/6 47/15 47/23 48/5 48/13 48/15 49/11 49/18 50/9 51/5 51/9 53/4 58/18

70/11 79/13 79/16 79/18 79/21 79/22 81/12 82/23 97/25 106/8 107/24 108/2 108/9 108/13 108/20 108/23 108/24 114/12 128/22 132/19 132/23 132/24 133/8 133/14 134/21 134/25 138/11 138/12 138/16 138/20 139/17 140/2 140/20 142/3 143/9 143/11 150/1
**hearing [16]** 41/18 46/4 66/1 66/6 107/8 108/17 114/19 116/16 116/18 117/23 118/17 122/22 122/24 123/2 124/1 141/6
**hearings [14]** 22/22 84/16 84/20 84/23 85/6 85/8 107/10 113/4 113/5 113/11 113/16 113/23 143/22 143/23
**hearsay [2]** 151/21 151/23
**heart [1]** 131/2
**heck [1]** 125/2
**Hello [1]** 110/3
**her [4]** 18/7 92/13 127/11 127/12
**here [47]** 6/17 7/6 7/19 7/24 8/15 9/21 10/9 14/16 15/25 16/3 18/1 21/13 23/8 23/9 25/24 26/7 28/1 43/3 43/23 44/25 45/23 47/9 49/10 50/24 57/11 60/9 62/4 64/14 73/13 73/17 74/3 74/23 75/10 76/9 77/4 77/11 77/25 79/1 117/19 125/15 129/22 130/19 136/1 142/11 147/15 149/21 153/20
**Hi [16]** 24/6 47/4 54/9 56/2 72/21 72/22 75/24 79/3 110/2 125/20 129/20 132/3 134/6 137/24 137/25 142/25
**high [1]** 124/13
**highlight [1]** 96/20
**highly [1]** 148/22
**Hill [15]** 18/4 34/3 34/7 34/12 46/14 46/15 90/12 90/13 90/19 91/2 92/15 103/5 103/10 104/6 136/24
**him [19]** 46/6 46/19 91/20 92/23 92/25 93/1 93/5 100/21 103/13 110/20 110/21 111/17 111/20 111/22 111/24 112/5 114/24 120/25 121/4
**his [19]** 45/6 46/2 46/7 51/11 103/2 103/11 103/12 103/16 103/22

164

**his... [10]** 103/24 104/7 104/10 112/1 112/4 120/24 120/25 121/1 121/3 133/14
**history [2]** 37/19 75/4
**hit [1]** 67/23
**hold [3]** 48/17 140/10 140/12
**holding [2]** 32/18 128/1
**holding signs [1]** 32/18
**Holocaust [1]** 127/4
**home [7]** 7/2 27/6 27/7 27/20 35/8 71/14 71/18
**honest [1]** 146/8
**honestly [1]** 141/20
**honesty [4]** 55/9 55/12 55/18 146/19
**Honolulu [1]** 117/19
**Honor [146]** 5/5 5/9 7/12 7/15 8/25 9/3 9/4 9/9 9/15 9/21 9/22 10/1 10/13 11/4 11/19 12/20 13/16 13/20 17/8 17/19 18/2 18/13 24/4 28/10 28/11 28/12 28/17 36/21 36/23 43/2 43/19 44/4 45/2 45/3 45/13 45/25 46/11 46/21 46/22 47/2 47/3 49/21 49/22 53/9 53/10 53/11 53/17 53/24 53/25 54/5 54/7 55/19 55/20 55/21 55/25 57/6 57/8 58/3 61/6 63/24 64/1 64/2 64/15 66/6 71/21 71/23 72/19 73/23 73/24 73/25 74/1 75/15 75/22 78/5 78/6 78/10 79/2 90/16 90/17 92/9 95/13 95/15 95/16 99/1 101/20 102/23 103/6 103/7 104/11 104/13 104/21 109/11 109/13 109/14 109/15 109/25 110/4 110/12 112/7 112/20 121/15 121/17 121/18 124/5 125/18 129/12 129/13 129/14 129/18 131/20 131/21 131/22 131/23 132/1 132/4 133/20 133/21 133/22 133/23 133/24 134/4 137/12 137/13 137/14 137/15 137/18 137/22 141/5 142/15 142/16 142/17 142/18 142/24 145/12 147/15 148/1 149/1 149/10 149/12 149/23 150/3 151/5 152/8 152/15 153/1 153/9
**HONORABLE [3]** 1/10 5/3 75/19
**hope [4]** 6/2 74/24 75/1 118/5

**hoped [2]** 15/7 78/7
**hopeful [1]** 15/9
**hopefully [1]** 23/18
**hoping [1]** 78/11
**hour [1]** 75/11
**hours [2]** 77/19 85/2
**House [1]** 101/15
**House Chamber [1]** 101/15
**housekeeping [1]** 16/20
**how [63]** 7/18 13/3 16/11 24/6 24/7 26/2 27/11 27/12 28/3 28/19 33/2 33/21 35/1 35/3 43/14 47/4 47/20 54/9 54/10 56/2 56/3 58/8 61/1 62/11 62/15 64/5 64/17 68/22 69/4 69/6 72/21 72/22 74/19 75/24 79/3 79/4 81/16 84/17 85/19 89/8 89/17 92/2 92/15 104/23 105/10 105/12 105/13 106/20 110/2 111/3 125/20 128/10 129/20 132/3 132/5 132/23 134/6 134/7 134/17 137/24 141/18 142/25 145/3
**how much media [1]** 105/10
**however [6]** 8/18 8/20 15/20 19/15 22/4 22/16
**HUD [3]** 37/4 37/11 38/5
**huge [3]** 102/12 113/1 125/6
**huh [1]** 108/15
**hundreds [1]** 124/24
**husband [1]** 27/2

**I**

**I also [1]** 21/18
**I am [4]** 20/15 74/18 123/1 138/4
**I apologize [2]** 15/12 18/2
**I believe [4]** 50/25 51/10 120/19 126/6
**I can [1]** 43/14
**I can -- yes [1]** 26/13
**I can't [3]** 88/12 124/3 141/24
**I couldn't [2]** 41/18 114/17
**I did [3]** 36/10 61/13 122/22
**I didn't [5]** 60/4 90/17 108/11 115/22 122/24
**I didn't know [1]** 98/1
**I don't [18]** 29/24 34/19 35/11 35/11 36/12 38/13 43/3 100/18 102/2 114/4 115/9 116/12 117/13 135/19 136/12 140/1 140/25 142/2

**I don't recall [1]** 60/19
**I guess [19]** 10/19 39/7 39/8 39/22 40/4 42/19 47/22 76/9 76/17 81/25 82/5 82/11 83/2 83/25 97/25 98/12 115/19 140/2 140/25
**I have [14]** 24/24 24/25 35/13 62/19 78/18 88/24 96/3 116/22 121/5 122/23 123/2 138/14 140/2 142/3
**I haven't [2]** 36/12 74/13
**I just [9]** 43/4 43/13 78/10 95/17 103/8 118/7 135/23 137/4 143/10
**I know [8]** 43/11 45/4 100/15 103/2 103/11 118/14 118/15 138/20
**I mean [24]** 25/16 26/14 27/16 40/6 68/14 76/24 81/25 82/16 84/6 98/3 98/4 98/18 105/23 111/6 115/9 116/7 116/23 117/9 117/21 118/5 123/21 123/22 140/5 149/24
**I recall [1]** 111/22
**I should [1]** 55/10
**I think [38]** 7/13 7/19 18/7 18/8 26/12 31/25 39/9 41/2 43/8 44/25 48/6 64/5 74/15 80/6 80/17 81/4 84/7 97/5 97/5 97/13 103/20 120/21 123/10 123/20 124/10 135/23 138/18 138/23 139/6 139/9 139/12 140/14 140/19 140/23 141/3 141/10 141/10 144/25
**I thought [2]** 103/19 108/8
**I understand [8]** 15/4 43/20 55/10 80/8 80/24 97/19 115/3 152/16
**I want [4]** 10/6 16/12 42/6 121/20
**I was [15]** 35/8 36/10 78/11 79/17 82/7 83/2 99/9 104/20 111/6 115/20 117/18 124/13 124/17 144/5 145/7
**I went [1]** 33/15
**I will [6]** 7/20 7/22 16/12 19/7 23/3 55/11
**I work [3]** 76/22 77/14 77/23
**I worked [1]** 38/5
**I wouldn't [2]** 65/14 77/24
**I'd [3]** 43/3 44/24 79/18
**I'll [28]** 9/6 9/7 9/7 9/21 20/18 24/14 26/5 26/12 26/13 28/24 41/4 45/1 45/8 46/23 47/11 56/10

60/19 78/18 106/14 126/3 131/15 132/13 134/14 140/1 148/23
**I'm [80]** 6/18 8/12 10/6 10/7 10/17 16/14 18/14 23/1 24/21 25/17 32/24 32/24 35/9 37/2 37/2 37/25 38/11 40/10 43/7 43/7 43/19 44/4 44/7 44/16 45/3 45/13 46/19 48/17 49/5 49/6 49/7 49/23 51/4 51/10 56/18 56/18 56/21 58/1 58/9 59/3 74/8 74/23 75/8 75/13 76/13 79/21 84/2 84/2 88/5 88/19 89/2 90/8 90/21 91/3 91/8 94/17 95/19 97/24 98/12 103/1 103/16 104/24 112/25 115/10 115/19 116/19 116/23 120/7 123/5 131/6 131/14 136/13 140/8 140/12 140/25 141/5 143/7 144/8 145/12 153/4
**I'm going [4]** 16/14 43/7 103/16 143/7
**I'm just [1]** 98/12
**I'm not [8]** 32/24 43/19 44/7 58/1 79/21 84/2 88/19 115/19
**I'm not sure [1]** 49/5
**I'm sorry [5]** 6/18 49/23 120/7 136/13 145/12
**I'm sure [2]** 35/9 43/7
**I've [44]** 6/12 6/15 7/2 11/7 13/6 16/4 40/17 42/18 43/23 47/22 47/22 48/5 49/18 51/5 68/14 68/17 72/10 74/12 74/12 79/21 79/22 82/6 82/6 87/21 99/20 101/13 101/16 110/14 110/21 111/22 113/3 116/25 118/6 118/6 118/12 119/19 128/22 138/20 139/17 140/13 141/24 150/9 153/5 153/7
**idea [3]** 53/21 109/7 150/8
**ideas [1]** 52/12
**identified [4]** 31/8 67/18 88/12 112/11
**identify [5]** 7/25 12/10 60/23 112/10 147/11
**ideology [8]** 30/3 30/11 39/4 39/5 39/11 39/25 109/2 115/7
**ignore [1]** 98/12
**II [1]** 32/5
**illegal [2]** 99/15 99/17
**Illness [1]** 76/14
**immediately [3]** 21/5 21/13 22/1

**impact [5]** 37/11 92/17 92/20 95/10 148/24
**impartial [49]** 11/24 12/1 15/19 19/1 22/24 24/18 25/11 26/3 26/5 26/10 26/13 33/3 34/22 37/24 46/9 47/18 47/21 49/13 49/16 52/10 56/21 68/11 68/13 68/23 81/13 81/24 82/1 82/4 87/16 89/10 89/12 89/13 89/18 89/21 95/7 97/19 98/22 104/10 112/1 112/19 116/11 132/21 132/25 134/18 134/22 135/1 136/10 136/14 139/25
**impartiality [2]** 38/13 87/19
**impartially [4]** 30/21 83/23 141/21 146/6
**implicit [1]** 118/10
**importance [1]** 75/7
**important [7]** 15/2 19/17 20/6 22/17 43/15 96/21 118/7
**importantly [1]** 20/8
**impossible [1]** 87/1
**impression [5]** 42/23 50/4 52/25 114/7 135/15
**impressions [20]** 30/2 30/5 30/24 30/25 50/14 50/15 50/19 52/5 52/7 52/9 103/21 103/22 116/3 116/9 128/7 128/10 129/3 129/4 129/5 141/17
**inadvertently [1]** 45/6
**incident [1]** 86/24
**inclined [2]** 8/12 42/20
**include [4]** 10/8 10/10 10/10 56/25
**includes [1]** 20/4
**including [4]** 23/16 41/8 77/24 149/17
**income [1]** 77/12
**incorrectly [1]** 83/3
**Indeed [1]** 14/24
**Independence [2]** 126/24 126/25
**independent [2]** 22/20 76/14
**indicate [1]** 42/18
**indicated [31]** 31/6 32/10 39/2 52/2 61/10 61/20 62/13 65/2 65/23 66/25 67/12 67/17 71/25 73/10 76/8 87/12 88/7 88/9 89/23 93/13 93/17 93/20 97/18 106/16 110/11 119/6 120/6 126/17 128/5 130/7 133/8
**indicating [2]** 6/13 47/17
**indication [1]** 100/21
**indictment [4]** 54/20

**indictment... [3]** 55/2 149/18 153/10
**individual [4]** 22/8 25/24 50/21 81/20
**individually [2]** 23/23 115/8
**individuals [13]** 7/23 25/19 30/17 41/7 50/10 112/10 112/17 135/14 136/7 136/11 136/21 137/4 146/1
**indulgence [1]** 123/9
**influence [1]** 92/18
**information [3]** 6/13 86/8 148/18
**informative [2]** 113/6 113/22
**inherently [1]** 11/17
**initial [13]** 7/20 7/22 8/1 8/4 16/4 23/20 30/24 38/2 58/25 59/1 59/8 124/21 125/1
**inject [1]** 44/13
**injecting [2]** 43/8 43/16
**innocence [3]** 52/25 54/22 55/6
**innocent [2]** 57/22 146/14
**ins [1]** 118/13
**inside [8]** 23/15 32/2 33/13 61/11 89/24 119/16 127/10 127/13
**Insofar [1]** 103/24
**Instagram [1]** 19/24
**instance [2]** 32/25 103/21
**Instead [1]** 7/1
**instruct [4]** 20/16 44/17 98/10 146/13
**instructed [2]** 55/5 115/20
**instruction [3]** 20/5 93/17 146/16
**instructions [27]** 7/21 16/5 20/24 21/14 21/17 21/20 22/7 22/10 22/17 22/18 22/23 23/20 53/16 57/21 58/6 64/13 72/18 78/9 82/24 83/1 83/24 86/22 102/8 125/17 131/25 137/17 142/21
**instruments [1]** 71/18
**insurrection [4]** 139/2 139/18 140/10 140/11
**intelligence [1]** 119/11
**intend [4]** 147/11 147/15 148/11 148/20
**intense [1]** 86/5
**intent [1]** 97/20
**intention [2]** 18/24 18/24
**intentions [1]** 97/15
**interaction [2]** 117/17 121/8
**interest [1]** 145/6
**interested [4]** 88/3

**interesting [1]** 114/25
**interfere [1]** 93/15
**intern [1]** 42/2
**international [1]** 31/24
**interned [4]** 33/16 33/18 36/11 41/21
**Internet [1]** 19/15
**interning [1]** 34/6
**internship [1]** 36/18
**interviews [1]** 106/19
**intimidated [1]** 127/17
**introduce [1]** 148/11
**introduction [2]** 148/9 151/8
**intuited [1]** 89/15
**inundated [1]** 43/25
**invade [2]** 18/25 139/19
**invaded [1]** 139/6
**investigate [2]** 126/12 126/14
**investigating [1]** 144/12
**investigation [3]** 17/15 38/21 107/9
**involve [2]** 83/15 83/16
**involved [16]** 29/14 79/18 79/23 80/1 80/6 80/13 80/15 81/16 81/17 81/22 82/7 82/8 135/13 136/22 138/19 145/10
**involvement [13]** 29/14 29/17 48/9 49/19 49/25 51/12 51/18 59/23 60/11 80/3 135/6 135/10 139/14
**involves [2]** 55/8 93/18
**involving [4]** 29/5 58/19 79/14 100/5
**Iraq [1]** 68/18
**ironic [1]** 128/2
**IRS [2]** 120/8 120/9
**is [278]**
**is that correct [4]** 24/10 37/4 69/14 105/2
**is that right [1]** 67/9
**is there [2]** 78/4 116/7
**Isaacs [8]** 3/10 5/13 5/22 14/19 17/25 18/6 40/11 41/13
**Israel [1]** 96/4
**Israeli [10]** 87/13 87/17 88/8 93/18 93/20 95/20 95/21 96/20 96/25 101/22
**issue [11]** 6/17 43/4 69/24 72/3 72/5 72/7 72/9 72/12 116/25 130/14 151/10
**issued [1]** 21/18
**issues [7]** 37/10 37/14 38/17 39/15 46/12 100/5 130/24
**it [250]**
**it would be [1]** 44/19
**it's [68]** 6/5 7/9 10/4

27/9 27/17 35/18 45/4 47/1 50/10 52/12 55/9 61/16 62/3 72/13 75/2 75/4 77/1 83/17 85/1 86/11 86/13 87/7 88/13 91/21 93/1 96/2 96/7 96/9 98/3 98/16 101/13 101/25 102/3 102/14 103/3 106/3 108/19 110/23 113/1 113/14 114/3 116/21 118/7 119/19 119/20 119/25 121/19 122/21 123/7 123/21 124/14 124/14 125/5 131/15 140/14 141/1 142/4 148/22 149/24 150/10 150/18 150/22 151/9 151/17
**It's like [1]** 27/17
**items [1]** 130/11
**its [11]** 17/11 29/6 30/3 58/20 59/23 79/15 109/1 109/2 109/2 133/4 135/16
**itself [7]** 21/8 81/19 83/4 99/6 99/16 99/16 136/6

## J

**Jacksonville [1]** 120/19
**jail [3]** 147/6 147/22 148/3
**January [67]** 20/9 20/15 26/23 27/13 29/18 30/15 34/12 35/2 35/5 35/16 38/21 46/14 47/14 49/19 51/12 55/7 59/12 59/23 62/12 62/25 69/5 69/7 69/23 76/17 79/19 79/24 81/17 82/7 84/16 85/6 85/21 86/2 91/12 91/15 92/16 93/21 93/24 95/21 96/1 96/10 96/23 97/8 98/1 100/8 105/11 106/16 112/22 119/18 123/19 124/3 124/11 126/22 126/22 128/8 132/15 134/17 135/14 136/19 136/25 138/19 139/1 139/24 143/22 144/13 145/1 145/5
**January 5th [1]** 126/22
**January 6th [60]** 20/9 20/15 26/23 27/13 29/18 30/15 35/2 35/5 35/16 38/21 46/14 47/14 49/19 51/12 55/7 59/12 59/23 62/12 62/25 69/5 69/7 69/23 79/19 79/24 81/17 82/7 84/16 85/6 85/21 86/2 91/12 92/16 93/21 93/24 95/21 96/1 96/10 96/23 96/25 97/8 100/8

123/19 124/3 124/11 126/22 128/8 132/15 134/17 135/14 136/25 138/19 139/1 139/24 143/22 144/13 145/1 145/5
**January 6th, yeah [1]** 91/15
**Jeff [1]** 18/4
**Jeff Morlock [1]** 18/4
**Jefferson [1]** 3/11
**Jeffrey [2]** 1/13 5/15
**Jeffrey Nestler [1]** 5/15
**jeffrey.nestler [1]** 1/18
**Jennifer [1]** 18/15
**jeopardizes [1]** 21/7
**Jessica [1]** 17/12
**Jews [1]** 127/2
**job [9]** 35/20 93/18 95/19 96/3 100/1 103/12 139/20 152/22 153/3
**jobs [2]** 96/19 153/5
**John [3]** 2/2 2/2 5/17
**John Machado [1]** 5/17
**johnlmachado [1]** 2/5
**join [2]** 13/25 46/23
**joined [1]** 13/21
**Jones [2]** 34/17 112/11
**Joseph [1]** 3/10
**journalists [2]** 20/11 20/14
**Jr [1]** 3/2
**judge [11]** 1/10 14/16 18/7 19/3 40/19 40/21 69/19 69/20 99/5 99/8 122/24
**Judge Amit Mehta [1]** 14/16
**Judge Mehta [4]** 40/19 99/5 99/8 122/24
**Judge's [2]** 38/16 57/21
**judges [2]** 14/3 14/5
**judgment [8]** 44/16 56/14 56/20 56/25 57/14 57/24 57/24 98/8
**judicial [3]** 29/5 58/19 79/14
**Judiciary [1]** 117/11
**Juli [4]** 3/6 5/20 18/14 37/2
**Juli Haller [1]** 5/20
**JULIA [1]** 3/6
**juries [1]** 14/23
**jurisdiction [2]** 14/8 115/15
**juror [117]** 6/11 6/11 6/15 6/15 6/18 6/18 6/21 6/23 6/24 7/1 7/2 7/5 7/7 7/14 8/3 8/12 8/21 8/21 9/2 10/15 15/19 15/22 16/2 19/25 20/22 21/6 21/14 24/3 24/4 24/10 25/5 25/8

16/17/14 28/1 28/18 28/24 33/3 35/20 43/3 43/5 44/6 44/20 45/14 45/22 45/23 47/3 47/6 47/10 48/23 52/4 54/1 54/8 54/16 55/25 56/6 56/10 58/7 58/10 58/14 64/15 64/22 65/11 65/16 69/17 72/20 72/24 73/7 73/13 75/8 75/22 76/2 76/6 77/18 79/2 79/6 79/8 86/18 87/19 89/7 92/18 93/23 97/19 104/14 104/21 105/2 105/6 106/8 110/1 110/7 116/1 117/2 121/11 125/19 125/24 126/2 129/19 129/23 130/1 132/2 132/8 132/12 132/25 134/5 134/9 134/13 136/3 137/22 138/3 138/7 139/20 141/19 142/23 142/24 143/3 143/6 146/5
**Juror 0220 [1]** 132/8
**Juror 0465 [1]** 134/9
**Juror 0533 [1]** 6/24
**Juror 0647 [1]** 129/23
**Juror 0991 [1]** 125/24
**Juror 1130 [1]** 6/11
**Juror 127 [1]** 7/1
**Juror 1775 [1]** 72/24
**Juror 2162 [2]** 47/3 47/6
**Juror 261 [1]** 54/1
**Juror No [1]** 58/7
**Juror No. 0220 [1]** 132/2
**Juror No. 0261 [1]** 28/18
**Juror No. 0465 [1]** 134/5
**Juror No. 0647 [1]** 129/19
**Juror No. 0772 [1]** 110/1
**Juror No. 0991 [1]** 125/19
**Juror No. 1168 [1]** 54/8
**Juror No. 1775 [1]** 72/20
**juror's [1]** 6/16
**jurors [21]** 6/10 7/24 8/3 10/15 10/15 11/9 11/12 11/17 11/25 12/13 13/7 13/19 14/4 14/17 14/23 15/16 16/17 19/2 23/16 43/9 44/15
**jurors' [2]** 44/25 45/8
**jury [45]** 1/9 6/25 11/8 14/3 14/6 14/9 14/10 14/22 15/14 16/9 16/21 17/25 19/1 19/5 19/10 19/19 20/6 20/17 21/3 21/7 21/10 21/15 21/20

**jury... [22]** 21/23 21/24 22/3 22/5 22/7 22/24 24/1 37/24 43/6 61/20 61/21 65/3 79/18 82/18 83/14 98/22 102/17 115/24 115/25 117/3 130/8 130/17
**jury's [1]** 102/18
**just [163]**
**justice [4]** 14/23 110/15 118/6 122/10

**K**

**K-u-y-l-e-n [1]** 17/16
**Kate [1]** 5/15
**Kate Rakoczy [1]** 5/15
**Kathryn [2]** 1/13 18/16
**kathryn.rakoczy [1]** 1/17
**Katie [1]** 18/4
**keep [15]** 19/7 25/11 34/8 47/25 49/23 53/21 72/8 72/14 90/21 114/19 116/24 141/7 144/2 145/8 147/1
**Keepers [45]** 29/4 29/8 39/3 39/8 42/9 44/7 44/10 44/22 46/3 47/15 48/6 51/5 58/18 64/4 70/4 70/8 70/9 79/13 85/5 107/20 107/25 108/2 113/13 113/15 113/19 114/3 114/12 114/15 114/18 115/3 115/6 115/16 116/10 123/12 123/17 132/17 132/22 133/2 134/19 138/11 138/13 139/13 140/18 143/9 143/12
**kept [1]** 36/12
**kid [1]** 72/11
**kidneys [1]** 131/2
**kids [3]** 24/24 24/24 32/16
**kind [28]** 27/1 27/3 31/19 39/4 49/1 49/20 57/23 62/24 65/25 80/5 81/4 82/8 82/11 84/25 88/23 92/6 94/25 96/4 96/20 99/12 115/12 124/22 124/25 126/8 127/23 128/2 128/15 133/5
**kinds [2]** 49/18 50/3
**knew [3]** 44/21 110/9 110/18
**know [138]** 7/6 9/7 9/17 10/11 12/15 13/3 14/23 17/1 22/13 23/13 25/3 25/14 25/15 26/5 27/12 27/25 30/10 30/11 30/19 32/14 34/9 34/11 36/3 36/4 36/13 37/1 38/10 39/9 39/11 39/14 39/18 40/20 42/13 42/20 43/11 44/10 44/12 44/18 45/4

47/19 48/22 48/22 50/2 52/2 53/20 65/6 65/20 70/11 70/20 73/2 74/17 74/19 74/21 75/4 75/8 80/4 81/7 81/21 82/10 84/5 86/25 87/15 89/16 91/5 96/19 96/21 97/18 98/1 100/15 100/15 100/16 101/10 103/2 103/11 103/24 108/9 108/11 109/21 110/13 110/21 111/5 113/24 114/3 114/4 114/23 115/16 115/17 117/5 118/9 118/13 118/14 118/15 118/15 121/1 123/11 123/18 124/1 124/18 124/19 124/21 124/22 124/24 124/25 125/1 125/2 125/3 125/5 125/6 125/8 125/8 125/9 126/23 126/24 126/25 127/3 127/17 128/1 128/17 135/21 136/2 138/20 139/11 139/13 140/15 141/16 145/10 147/14 147/19 147/19 149/6 150/4 150/5 150/6 150/7 152/9
**knowledge [8]** 43/16 44/14 46/3 46/5 86/24 88/22 132/16 143/14
**known [4]** 82/6 110/18 138/12 143/11
**knows [2]** 10/1 43/7
**Korean [1]** 119/12
**Kuylen [1]** 17/16

**L**

**L-u-i-s [1]** 18/5
**L. [1]** 5/14
**labeled [4]** 29/2 47/12 54/18 65/1
**ladies [3]** 14/13 17/9 18/20
**lady [2]** 67/22 128/13
**large [1]** 96/15
**largely [1]** 150/10
**last [19]** 15/5 17/17 23/14 32/12 32/21 40/14 61/21 90/17 101/6 110/21 124/5 135/3 142/4 142/23 149/13 150/4 150/14 153/17 153/18
**late [2]** 131/14 148/25
**later [4]** 23/25 128/11 150/18 151/15
**Laura [4]** 2/9 5/12 5/19 14/19
**Laura Steele [2]** 5/12 14/19
**Laurie [1]** 18/7
**law [53]** 2/2 2/10 3/2 3/6 3/16 15/1 19/4 20/24 31/16 33/15

36/15 36/17 39/13 39/17 63/8 63/11 63/11 63/15 70/16 70/18 70/25 71/1 71/2 71/6 82/10 82/19 82/23 83/5 83/12 94/13 94/14 98/10 99/7 114/23 117/21 117/21 118/16 118/16 118/23 118/25 119/13 120/3 120/8 121/5 121/8 150/15 151/9 151/12 151/17
**lawfully [1]** 26/4
**Lawn [1]** 3/16
**laws [3]** 24/17 68/9 72/8
**lawyer [8]** 34/2 36/3 36/8 46/10 74/9 74/10 115/24 120/5
**lawyers [9]** 18/25 21/13 23/4 36/4 36/4 48/3 110/10 110/13 144/2
**lead [1]** 54/20
**leaders [3]** 29/24 48/7 51/6
**leadership [3]** 138/24 138/25 139/12
**learn [3]** 33/1 89/7 89/19
**learned [5]** 30/19 86/20 89/14 98/7 108/16
**least [5]** 29/1 73/11 104/16 119/20 147/7
**leave [4]** 22/9 102/11 126/9 130/22
**leaves [2]** 8/21 45/22
**left [14]** 74/15 74/16 111/13 111/16 111/20 114/7 116/4 116/9 116/20 116/21 116/23 123/2 123/4 124/18
**legal [7]** 36/2 63/4 63/16 63/19 99/11 99/13 120/4
**legislative [3]** 37/10 38/17 46/12
**legitimate [1]** 141/13
**Leidos [3]** 96/12 96/15 100/1
**Leigh [1]** 1/13
**lengths [1]** 147/23
**Leslie [1]** 18/6
**less [2]** 71/1 111/4
**let [47]** 8/9 9/17 11/16 12/3 17/1 22/13 25/3 26/21 29/16 32/23 37/22 44/7 49/9 50/7 51/25 65/4 65/19 66/4 68/6 70/2 70/24 73/8 73/12 74/14 74/18 75/2 76/19 77/17 83/6 84/5 84/14 85/24 89/6 92/1 92/22 110/25 115/23 117/22 127/12 128/4 133/5 136/4 136/5 139/3 139/17 145/19

**let's [9]** 13/19 14/4 45/14 56/12 65/1 76/7 114/9 130/1 136/18
**letting [1]** 75/8
**level [1]** 124/2
**life [4]** 68/14 72/10 74/23 75/3
**light [1]** 53/25
**like [104]** 9/4 16/25 17/22 27/17 29/16 32/24 39/15 43/3 44/20 44/20 48/9 48/17 48/25 49/18 49/19 50/1 53/5 55/1 56/21 56/21 65/18 66/10 72/7 72/10 72/13 79/21 80/4 80/9 84/21 85/1 85/1 85/2 86/5 86/9 86/11 86/23 87/21 87/23 88/11 88/25 91/5 91/5 91/8 91/21 91/21 91/22 92/24 92/25 93/1 93/2 94/5 94/15 95/1 96/2 96/6 96/7 96/7 96/7 96/9 96/24 97/5 97/25 98/2 98/2 98/4 98/6 99/11 99/12 99/12 99/12 99/13 100/17 102/2 102/12 102/13 106/22 109/5 109/20 111/9 114/23 116/18 116/20 119/23 123/3 124/21 125/1 125/6 125/9 135/17 138/21 139/9 139/11 139/12 140/2 140/14 140/23 140/24 141/10 141/25 142/3 142/3 142/4 143/17 150/1
**likely [4]** 25/6 68/21 131/3 148/22
**limine [1]** 150/4
**limited [3]** 8/7 8/8 130/8
**line [15]** 6/11 6/15 6/18 6/21 6/23 7/1 7/2 7/5 7/14 10/20 11/7 36/1 46/1 78/18 89/23
**Line 127 [1]** 7/1
**Line 138 [1]** 6/18
**Line 2 [1]** 46/1
**line 24 [1]** 7/2
**line 36 [1]** 6/11
**line 4 [1]** 7/5
**lines [1]** 125/4
**list [7]** 7/22 10/7 11/21 16/22 18/3 112/10 114/13
**listed [2]** 96/11 133/10
**listen [1]** 22/19
**listened [2]** 106/17 143/21
**litigation [1]** 31/25
**little [12]** 24/24 27/23 30/19 48/21 62/14 66/7 69/18 81/15 84/16 95/19 141/5 151/5
**live [7]** 27/1 35/11

136/24 142/4
**lived [1]** 136/25
**Lives [1]** 88/25
**LLP [1]** 2/6
**local [1]** 131/8
**location [1]** 23/11
**locations [1]** 101/17
**long [7]** 9/12 33/21 61/2 61/9 70/19 118/7 148/5
**longer [1]** 67/9
**look [11]** 14/1 23/24 30/14 57/19 93/23 98/3 117/5 136/1 148/15 149/5 150/9
**looked [2]** 28/3 150/9
**looking [3]** 11/22 106/3 145/11
**looks [2]** 62/24 88/11
**lost [1]** 141/12
**lot [11]** 8/15 27/4 27/17 32/17 54/25 72/7 96/18 127/6 135/24 141/2 141/10
**lots [1]** 74/13
**loud [3]** 65/24 116/21 123/3
**louder [1]** 66/7
**lower [1]** 65/3
**lucrative [1]** 75/2
**Luis [1]** 18/5
**Lujan [1]** 42/4
**lunch [2]** 65/7 75/13

**M**

**M-a-i-e-r [1]** 17/17
**M-o-r-l-o-c-k [1]** 18/4
**ma'am [18]** 24/6 28/14 53/12 56/2 57/10 58/4 72/21 74/2 74/7 75/24 78/7 134/6 137/16 137/24 142/19 142/25 146/20 146/20
**Machado [9]** 2/2 2/2 5/17 9/20 10/17 12/3 13/2 13/12 38/24
**Machado's [2]** 13/21 42/6
**made [9]** 6/3 10/1 11/22 13/15 55/2 109/23 120/23 123/10 150/12
**MAGA [1]** 128/20
**MAGA moron [1]** 128/20
**magazine [1]** 19/12
**Maier [1]** 17/16
**main [3]** 96/3 114/24 122/10
**maintained [1]** 111/16
**make [26]** 8/14 8/22 8/23 9/2 9/16 9/17 10/6 10/18 11/20 24/18 45/21 47/18 49/15 52/23 54/21 57/14 57/20 61/23 65/10 68/10 78/16 81/23

Case 1:21-cr-00028-APM Document 1118 Filed 02/08/24 Page 167 of 176

**make... [4]** 109/18 124/9 148/8 153/8
**makers [1]** 15/1
**makes [2]** 65/24 134/25
**making [2]** 14/22 32/24
**Malarkey [1]** 122/3
**Malcolm [1]** 67/23
**Malcolm X Street [1]** 67/23
**Man [1]** 7/11
**manner [1]** 99/15
**many [4]** 13/3 65/25 102/19 123/21
**march [3]** 68/1 68/7 131/14
**Marine [2]** 60/25 61/1
**Marine Corps [1]** 61/1
**mark [1]** 78/21
**mask [15]** 23/1 23/7 23/11 24/9 28/21 54/14 56/8 58/12 64/20 73/5 76/5 125/22 132/10 134/12 138/6
**masking [4]** 23/2 23/3 23/12 23/18
**matter [3]** 16/20 88/25 155/4
**matters [2]** 16/12 18/23
**Matthew [1]** 17/17
**may [53]** 11/21 15/5 17/3 17/11 18/1 18/2 18/22 18/22 19/12 19/17 23/6 25/7 25/20 26/9 29/20 30/16 34/18 36/23 37/11 37/20 48/22 50/9 52/5 53/5 60/12 60/12 69/13 69/18 85/4 99/1 100/20 102/9 106/8 106/9 106/23 107/12 110/16 110/17 112/13 112/13 113/5 113/19 113/19 116/3 116/4 126/7 136/19 136/22 141/3 141/3 146/21 148/15 148/24
**maybe [31]** 18/9 29/13 29/22 29/23 30/6 35/7 38/1 42/12 48/16 50/1 61/15 67/23 68/22 70/20 77/25 84/25 95/17 106/18 107/7 108/7 108/8 110/21 111/4 116/19 119/22 120/18 125/7 140/14 140/19 141/24 148/7
**McWhirter [1]** 18/6
**me [84]** 7/8 8/9 9/17 11/2 11/3 11/16 11/20 12/3 13/6 21/6 23/1 25/3 26/21 27/17 27/18 29/16 32/15 32/23 32/24 37/1 37/22 47/24 49/9 50/7 51/25 56/19 65/4 65/19 66/1 66/4

73/12 74/14 74/18 74/22 75/2 75/9 76/19 76/24 77/17 83/6 84/14 84/18 85/24 87/24 89/6 90/16 91/19 92/1 92/20 92/22 95/16 104/6 104/8 110/10 110/17 110/25 113/22 115/20 115/23 116/18 116/25 117/22 120/3 123/7 123/8 123/11 124/6 128/1 128/2 128/4 128/15 133/12 136/4 136/5 139/3 139/17 145/7 145/19 149/24 150/11
**mean [64]** 10/22 11/11 12/20 12/22 25/16 25/16 26/4 26/14 26/16 27/16 27/21 30/8 39/5 39/7 39/25 40/6 41/3 42/16 49/3 49/4 49/17 59/2 59/8 68/14 72/10 76/24 77/12 80/19 81/2 81/3 81/25 82/16 84/6 89/14 91/5 93/25 94/14 94/15 98/3 98/4 98/18 105/19 105/23 108/7 111/6 113/21 115/9 116/7 116/23 117/9 117/21 118/5 118/12 123/21 123/22 123/23 127/16 128/20 129/2 140/5 140/9 140/22 149/6 149/24
**meaning [7]** 11/23 80/20 80/23 94/5 96/2 96/24 97/24
**means [8]** 19/22 20/9 21/25 22/1 42/20 67/9 81/4 113/10
**meant [1]** 108/10
**mechanical [1]** 4/7
**media [20]** 20/4 20/5 20/8 20/13 20/17 21/2 21/19 35/1 35/3 69/4 69/6 84/25 85/1 93/14 93/18 95/20 101/23 105/10 105/12 116/2
**medical [1]** 6/16
**meet [1]** 77/19
**Meggs [9]** 3/2 5/13 5/21 14/19 18/14 147/8 149/16 150/4 151/25
**MEHTA [8]** 1/10 5/3 14/16 40/19 75/20 99/5 99/8 122/24
**member [18]** 19/23 22/10 31/7 32/11 60/22 63/4 67/1 67/13 70/15 71/11 89/3 92/4 94/18 94/22 123/22 125/9 125/10 126/19
**members [15]** 17/24 21/18 26/23 29/6 36/2 58/20 67/25 79/15 88/10 94/13 102/19

139/12
**membership [1]** 88/7
**memory [6]** 51/14 51/17 59/22 60/2 108/23 113/18
**men [1]** 110/24
**mental [2]** 76/13 98/5
**mention [2]** 96/6 107/19
**mentioned [13]** 18/7 34/17 34/18 34/21 41/19 53/18 72/4 99/18 112/13 112/17 112/17 114/20 127/23
**mentioning [1]** 43/19
**mentions [1]** 44/18
**mere [4]** 34/20 82/20 83/7 83/17
**merely [4]** 83/12 83/20 83/21 125/6
**Merit [1]** 4/2
**message [1]** 102/11
**messages [1]** 153/16
**met [2]** 93/10 94/2
**Metropolitan [1]** 76/16
**Mexico [2]** 41/25 42/4
**mic [1]** 73/3
**Michael [3]** 3/15 5/14 14/20
**Michael Greene [1]** 14/20
**Michael L. Greene [1]** 5/14
**microphone [6]** 9/13 40/9 48/1 66/5 79/1 141/8
**middle [5]** 96/17 97/10 99/24 99/25 147/18
**might [25]** 21/1 22/22 23/11 23/13 34/20 39/13 39/15 50/14 55/2 56/21 65/3 84/25 86/14 86/15 87/15 87/18 88/3 96/7 96/10 112/17 112/17 118/3 134/17 140/9 142/9
**military [4]** 32/6 67/3 70/18 72/4
**mind [13]** 25/11 28/3 31/10 42/9 46/7 52/18 80/13 84/4 84/11 116/8 120/17 140/16 142/7
**mindful [1]** 44/24
**mindset [1]** 118/8
**minimum [1]** 19/8
**minute [3]** 65/7 75/12 75/14
**minutes [4]** 65/6 96/8 107/13 107/18
**misplaced [1]** 127/7
**mission [3]** 109/3 115/7 135/16
**mistake [1]** 7/2
**mistaken [1]** 51/4
**mistakenly [1]** 6/25
**misunderstood [1]** 38/1

20/19
**mode [1]** 19/16
**mom [2]** 94/25 95/6
**moment [4]** 24/3 78/14 113/25 124/8
**Monday [4]** 7/3 53/22 146/24 153/23
**month [2]** 23/14 75/4
**months [3]** 40/15 87/13 135/3
**Moore [1]** 18/15
**moral [2]** 56/13 57/24
**morally [1]** 57/14
**more [47]** 10/2 12/21 13/3 20/6 23/14 23/15 23/15 35/5 35/6 35/12 39/12 39/16 39/22 41/3 42/5 48/10 48/21 48/25 50/1 51/22 51/23 54/21 59/18 60/1 60/6 62/17 62/20 70/7 71/1 80/2 83/15 83/17 91/13 93/3 94/17 108/16 111/2 112/4 113/23 118/24 124/7 127/17 130/19 130/20 146/25 151/3 151/6
**more-violent [2]** 48/10 50/1
**Morlock [1]** 18/4
**morning [24]** 5/4 5/5 6/1 7/20 14/13 15/13 16/4 16/25 17/9 17/24 23/25 24/6 28/23 54/10 56/5 57/10 57/12 75/25 78/25 79/9 105/1 110/6 132/4 146/24
**moron [1]** 128/20
**most [8]** 11/10 19/1 21/24 68/14 113/9 117/10 123/3 149/18
**most-serious [1]** 149/18
**mother [2]** 130/25 131/18
**motion [7]** 150/4 150/10 152/10 152/13 152/14 152/16 152/21
**motions [1]** 153/5
**move [8]** 8/17 11/3 14/8 66/12 73/1 94/6 96/8 103/14
**moved [2]** 11/21 121/25
**Mr [2]** 44/3 111/1
**Mr. [50]** 7/9 9/20 10/17 12/3 13/2 13/12 13/21 13/22 17/23 23/22 28/15 37/2 38/23 38/24 40/8 40/9 40/10 41/2 42/6 44/1 45/4 45/10 45/19 46/6 51/3 51/8 51/17 53/15 55/22 58/5 64/12 66/4 66/11 72/17 74/3 78/8 102/7 109/17 110/15 111/2 112/5 125/16 131/24 134/1

142/20 146/21 147/3 148/2 150/4
**Mr. 0261 [4]** 37/2 38/23 40/10 45/4
**Mr. Douyon [17]** 23/22 28/15 53/15 55/22 58/5 64/12 72/17 74/3 78/8 102/7 109/17 125/16 131/24 134/1 137/16 142/20 146/21
**Mr. Machado [6]** 9/20 10/17 12/3 13/2 13/12 38/24
**Mr. Machado's [2]** 13/21 42/6
**Mr. Meggs [1]** 150/4
**Mr. Parker [1]** 13/22
**Mr. Rhodes [2]** 51/3 51/8
**Mr. Rhodes' [1]** 51/17
**Mr. Rossi [13]** 17/23 40/8 40/9 41/2 44/1 45/10 45/19 46/6 66/4 66/11 110/15 111/2 112/5
**Mr. Woodward [2]** 7/9 147/3
**Mr. Woodward's [1]** 148/2
**Mrs. [2]** 147/8 149/16
**Mrs. Meggs [2]** 147/8 149/16
**Ms. [12]** 6/3 17/20 18/6 18/16 36/25 103/7 147/25 151/25 152/2 152/18 153/4 153/14
**Ms. Haller [5]** 36/25 152/2 152/18 153/4 153/14
**Ms. Haller's [1]** 103/7
**Ms. Kathryn Cain [1]** 18/16
**Ms. Leslie [1]** 18/6
**Ms. Meggs [1]** 151/25
**Ms. Rakoczy [2]** 17/20 147/25
**Ms. Redden [1]** 6/3
**much [41]** 18/18 23/24 28/13 35/1 35/3 38/14 39/12 43/1 53/12 55/24 62/2 62/11 66/18 69/4 69/6 69/10 69/14 72/16 74/2 78/7 84/17 85/20 95/23 95/24 99/3 101/4 102/6 102/22 104/1 105/10 105/12 106/20 109/16 109/23 123/4 125/12 129/10 131/24 133/25 137/10 143/24
**multiple [4]** 15/5 73/13 87/22 118/18
**murder [1]** 74/12
**Museum [1]** 127/4
**must [2]** 33/23 126/6
**my [85]** 8/1 10/13 14/16 14/21 15/6 18/24 21/17 22/17 23/20 26/12 26/16 26/17 27/2

**M**

**my... [72]** 27/2 27/5 27/17 27/23 27/25 32/15 32/15 36/10 38/13 39/8 41/8 41/18 52/18 54/1 54/2 55/11 56/19 66/6 67/24 67/25 68/14 70/18 71/14 72/10 72/11 74/23 75/4 75/8 76/25 91/14 91/21 92/19 94/25 95/19 96/3 98/19 100/1 109/24 115/12 116/20 116/20 116/24 117/17 118/14 119/10 119/12 120/17 123/2 123/4 123/6 123/6 123/20 123/25 124/10 126/6 126/7 127/3 128/24 129/4 130/7 130/21 130/22 130/25 131/15 131/18 133/1 135/5 135/12 135/18 137/2 149/8 153/4
**my day [1]** 109/24
**myself [3]** 60/25 63/5 137/2

**N**

**name [13]** 14/16 17/3 48/6 50/24 51/5 63/10 70/12 92/10 92/13 108/17 108/20 133/11 133/14
**named [2]** 5/24 18/17
**names [24]** 16/24 17/1 17/6 17/10 17/22 18/2 29/13 34/17 34/18 34/20 43/19 44/11 44/25 45/8 45/8 60/16 60/17 112/10 112/13 112/16 114/13 114/19 114/20 138/20
**National [1]** 76/13
**nature [1]** 37/11
**Navy [1]** 32/7
**near [3]** 22/2 35/5 59/12
**nearby [1]** 27/1
**nearly [1]** 75/2
**necessarily [3]** 42/21 63/14 141/12
**need [9]** 16/13 23/7 45/3 48/3 48/18 63/10 150/24 152/3 152/5
**needed [2]** 12/13 65/18
**needing [1]** 116/16
**needs [1]** 148/21
**negative [3]** 11/23 11/23 64/6
**negotiating [2]** 76/15 76/15
**negotiations [2]** 149/14 149/15
**neighbor [2]** 127/8 128/18
**neighborhood [3]** 127/3 128/24 136/24

**neighbors [2]** 137/3
**neither [1]** 121/6
**nervous [1]** 48/19
**Nestler [2]** 1/13 5/15
**neutral [1]** 101/25
**never [4]** 70/11 111/11 116/25 118/10
**new [4]** 40/12 41/25 42/4 152/14
**New Mexico [2]** 41/25 42/4
**New York [1]** 40/12
**news [40]** 20/8 20/10 20/11 20/20 21/1 21/4 27/17 29/9 35/15 35/20 47/23 48/8 48/14 58/25 62/11 62/14 62/24 69/13 85/20 86/1 86/8 93/23 93/25 94/1 105/16 105/24 106/4 106/8 107/4 112/22 112/24 113/1 113/10 114/22 133/15 138/20 142/3 142/5 145/4 145/20
**newspaper [5]** 20/7 86/9 86/10 86/14 94/6
**newspapers [1]** 84/21
**next [14]** 8/21 9/2 43/3 43/5 45/14 61/19 65/23 88/6 94/7 104/14 106/15 122/19 146/25 150/6
**night [2]** 124/16 150/4
**no [173]**
**No. [13]** 5/6 5/10 5/11 28/18 54/8 72/20 79/2 104/22 110/1 125/19 129/19 132/2 134/5
**No. 2132 [1]** 104/22
**No. 2258 [1]** 79/2
**nobody [2]** 71/18 102/11
**noise [2]** 65/24 123/4
**non [1]** 116/10
**non-specific [1]** 116/10
**none [6]** 11/12 23/8 69/8 83/6 104/14 108/25
**normally [1]** 35/9
**Norman [1]** 17/16
**North [1]** 131/10
**North Carolina [1]** 131/10
**Northern [2]** 111/7 122/2
**not [180]**
**note [3]** 10/7 25/22 104/13
**noted [1]** 54/2
**nothing [14]** 12/21 29/15 29/25 30/1 30/7 44/21 46/13 59/18 69/25 70/11 86/6 88/4 104/7 108/9
**notice [1]** 46/6

**notifications [2]** 35/10
**notify [2]** 21/12 21/22
**November [2]** 153/9 153/11
**now [31]** 5/2 5/3 6/12 11/2 11/7 13/1 13/14 16/7 18/20 19/5 19/17 20/6 23/6 23/21 32/10 34/2 34/2 36/15 52/8 75/13 88/16 99/23 110/20 112/13 117/5 122/17 122/21 128/11 148/13 151/1 151/23
**number [8]** 7/12 7/13 10/24 45/25 60/16 78/19 147/2 147/6
**numbers [2]** 10/25 11/12
**NW [7]** 1/15 2/3 2/11 3/3 3/7 3/11 4/4

**O**

**Oak [1]** 3/16
**oath [47]** 16/14 16/17 29/4 29/8 39/3 39/8 42/9 44/7 44/10 44/22 46/3 47/15 48/6 51/5 58/18 64/4 70/4 70/8 70/9 79/13 85/5 107/20 107/25 108/2 113/13 113/15 113/19 114/3 114/12 114/15 114/18 115/3 115/6 115/16 116/10 123/12 123/17 132/17 132/22 133/2 134/19 138/11 138/13 139/13 140/18 143/9 143/12
**Oath Keepers [45]** 29/4 29/8 39/3 39/8 42/9 44/7 44/10 44/22 46/3 47/15 48/6 51/5 58/18 64/4 70/4 70/8 70/9 79/13 85/5 107/20 107/25 108/2 113/13 113/15 113/19 114/3 114/12 114/15 114/18 115/3 115/6 115/16 116/10 123/12 123/17 132/17 132/22 133/2 134/19 138/11 138/13 139/13 140/18 143/9 143/12
**Obama [1]** 109/21
**object [2]** 46/1 102/23
**objecting [1]** 47/1
**objection [10]** 9/15 10/7 45/16 45/21 46/20 53/8 54/3 57/5 58/3 103/16
**objections [12]** 8/11 13/22 28/9 46/23 55/18 73/22 78/4 129/11 131/19 133/19 137/11 142/14
**objects [1]** 47/1
**observed [1]** 27/12

**obsessed [1]** 130/7 130/16
**obtained [1]** 147/6
**obvious [1]** 130/18
**obviously [5]** 10/11 36/3 118/6 145/21 147/16
**occasion [1]** 115/13
**occasionally [6]** 35/10 40/13 93/19 95/21 96/6 96/25
**occurred [2]** 42/19 105/14
**occurring [1]** 132/15
**off [4]** 20/18 94/1 121/19 130/16
**offense [2]** 83/11 83/21
**offenses [1]** 83/10
**offers [2]** 130/7 130/16
**office [27]** 1/14 2/2 2/10 7/1 31/24 33/17 33/19 37/7 37/10 41/1 41/22 46/18 74/12 74/16 80/25 102/10 102/17 102/18 111/20 117/6 117/8 117/11 117/12 117/12 117/17 120/19 141/14
**officer [4]** 18/9 21/13 21/22 71/3
**officers [1]** 139/10
**offices [2]** 3/6 100/16
**Official [1]** 4/3
**officially [1]** 18/9
**often [1]** 101/7
**Oh [4]** 38/16 78/1 95/24 145/15
**okay [184]**
**Oliver [1]** 17/17
**OMB [1]** 31/23
**once [4]** 8/1 77/15 108/8 124/14
**one [53]** 12/10 16/8 18/2 21/23 21/25 23/15 29/23 29/23 31/22 31/23 37/3 37/25 39/15 41/23 43/4 46/25 48/7 51/5 57/14 64/3 67/24 67/25 70/7 73/11 75/5 93/4 97/13 97/14 100/16 100/18 101/20 101/25 102/9 102/12 103/8 104/13 110/17 111/8 113/15 114/21 114/22 114/22 114/24 118/9 120/17 121/8 123/22 125/8 125/9 127/25 148/14 149/25 152/16
**ones [3]** 10/8 10/10 10/10
**online [4]** 19/15 19/21 20/1 84/20
**only [28]** 19/1 19/4 20/10 20/23 23/4 32/20 46/5 46/6 58/24 59/24 69/20 82/5 86/11 87/6 99/10 106/10 108/4 114/20 116/1 116/10

**obsessed... [cont]** 130/7 130/16 130/21 133/11 149/19 150/11 152/10
**open [2]** 25/11 82/12
**openings [3]** 148/21 148/23 150/7
**operate [1]** 102/16
**opinions [6]** 24/25 47/13 100/22 100/25 101/3 132/14
**opportunity [5]** 7/23 12/22 13/3 126/12 126/13
**opposed [2]** 101/4 114/8
**option [1]** 130/21
**orchestra [1]** 119/23
**order [4]** 16/7 21/18 77/8 136/2
**ordinary [1]** 14/25
**organization [54]** 29/4 29/5 29/8 29/19 30/16 30/17 30/20 42/9 47/16 47/20 47/23 48/8 48/14 49/12 50/11 51/6 52/3 52/3 52/13 58/19 58/20 59/22 70/5 70/8 70/9 79/14 79/15 79/16 79/22 81/12 81/16 81/19 81/21 81/22 108/17 108/24 114/8 114/14 114/16 123/23 123/25 124/2 132/20 133/3 135/3 135/13 135/16 135/24 136/6 136/7 138/11 138/12 143/9 143/11
**organization's [1]** 60/10
**organizations [3]** 20/20 114/5 124/4
**organized [2]** 113/23 124/7
**originally [2]** 52/1 113/24
**other [40]** 19/14 20/12 20/16 21/2 21/16 21/23 23/22 31/8 31/13 31/13 36/3 39/15 41/13 44/11 49/19 50/2 51/20 51/21 52/13 53/3 56/20 60/9 64/10 65/25 77/18 80/6 83/10 88/16 89/3 102/1 108/17 111/10 111/10 113/5 118/21 130/21 130/24 135/12 151/23 151/24
**other issues [1]** 130/24
**others [6]** 20/11 20/14 115/12 125/5 125/7 140/9
**otherwise [4]** 46/8 73/18 73/18 93/24
**our [21]** 7/19 9/4 10/9 13/19 14/23 14/25 15/1 15/8 15/10 19/1 24/3 45/14 68/3 137/2 137/3

**O**

our... [6] 142/23 147/7 147/15 147/20 149/15 151/5
out [39] 6/3 15/20 27/18 28/15 29/10 32/17 35/15 35/15 52/16 55/23 58/5 64/12 71/18 72/14 74/4 78/8 85/19 86/8 102/7 106/3 107/9 109/17 115/22 124/12 124/23 125/2 125/16 126/22 127/8 127/9 127/9 127/13 131/16 131/25 134/1 137/17 142/2 142/20 146/21
outbreak [1] 23/13
outfield [2] 124/17 125/5
outlook.com [1] 3/9
outset [1] 11/14
outside [3] 57/16 78/13 119/22
over [9] 15/5 21/9 64/14 91/22 95/17 105/14 112/23 115/15 135/2
overrule [1] 103/16
overruled [1] 46/20
overspeak [1] 45/20
overtly [1] 133/2
overturn [1] 133/3
own [2] 39/17 128/6
owner [1] 76/21

**P**

P-r-o-p-e-s [1] 18/5
P. [1] 75/20
P.A [1] 3/11
p.m [1] 154/2
Pacific [1] 32/8
page [49] 24/14 24/15 26/21 29/1 29/2 31/5 34/15 36/1 47/11 47/12 54/17 56/12 58/16 60/19 61/19 62/9 62/10 63/3 65/1 65/1 65/2 65/23 66/24 69/2 70/3 78/17 79/10 84/14 85/17 85/17 85/17 87/11 88/6 94/11 105/7 106/15 110/8 112/9 116/15 120/2 126/4 126/16 130/5 132/13 134/15 138/8 143/7 150/22 152/16
page 11 [6] 34/15 69/2 85/17 105/7 110/8 112/9
page 12 [8] 29/1 29/2 47/12 70/3 132/13 134/15 138/8 143/7
page 13 [2] 54/17 94/11
page 6 [2] 87/11 116/15
page 7 [1] 66/24

pain [1] 65/3
panel [2] 11/9 14/9
pans [1] 32/17
Park [2] 3/3 124/15
PARKER [10] 1/6 2/2 2/6 5/11 5/12 5/17 5/18 13/22 14/18 14/18
part [11] 11/10 15/23 20/3 56/20 59/24 77/14 77/15 77/19 95/25 113/22 152/5
part-time [1] 77/19
partial [1] 118/3
partiality [1] 87/19
participants [1] 113/17
participate [2] 67/20 68/1
participated [12] 32/11 32/11 32/21 67/18 68/6 88/10 88/17 88/18 88/24 89/3 136/20 141/22
participating [3] 135/6 137/4 146/2
participation [1] 135/9
particular [9] 12/16 15/4 17/3 39/8 43/14 80/12 135/9 139/4 147/20
particularly [4] 93/25 98/6 139/11 139/13
parties [4] 15/22 19/2 19/22 20/2
passed [1] 127/14
past [4] 37/15 82/6 108/23 118/4
paste [3] 152/22 153/3 153/5
patent [1] 31/9
patient [1] 15/13
Patricia [1] 18/17
Patrick [1] 122/3
Paul [1] 18/9
pausing [1] 42/11
pay [6] 85/25 115/21 126/7 130/8 130/14 130/20
pcooper [1] 2/13
penalty [1] 13/1
Pennsylvania [2] 2/7 3/7
people [48] 11/22 12/10 12/23 13/9 16/23 18/1 21/2 23/15 29/14 30/15 32/17 34/3 44/11 45/20 50/7 52/13 52/16 56/20 57/15 57/16 57/22 65/25 72/8 82/8 91/5 91/5 91/12 97/15 98/21 99/10 99/14 101/5 102/19 102/24 103/5 103/19 105/20 113/9 114/23 114/24 115/14 124/22 124/25 125/6 127/7 128/13 136/19 137/5
people's [2] 60/16

percent [5] 51/11 58/1 88/19 116/19 123/1
Percenters [3] 114/3 123/13 123/17
perfect [2] 116/20 118/16
perfectly [1] 46/8
performing [1] 15/2
perhaps [6] 20/5 83/3 89/15 106/18 111/20 130/18
period [4] 53/23 61/16 70/21 77/13
perjury [1] 13/1
permit [1] 44/5
permitted [1] 99/10
person [14] 6/13 6/19 6/22 7/6 7/16 8/19 23/11 53/19 53/21 56/15 56/22 78/22 111/22 118/25
personal [2] 18/23 126/9
personal-leave [1] 126/9
personally [1] 129/7
Peter [3] 2/9 2/10 5/19
Peter Cooper [1] 5/19
petercooperlaw.com [1] 2/13
phones [1] 19/14
physically [2] 91/24 100/17
pick [1] 56/11
picked [1] 86/14
picture [2] 52/19 52/22
place [3] 19/16 22/22 69/9
placed [2] 16/14 16/17
places [1] 63/19
Plaintiff [1] 1/4
planned [1] 6/14
planning [3] 10/12 53/18 137/19
play [1] 14/24
plea [2] 149/14 149/15
pleading [1] 149/17
pleas [2] 40/25 41/11
please [43] 5/8 8/22 14/11 16/14 17/1 19/11 21/5 21/5 21/12 21/21 24/2 24/14 29/1 34/14 44/24 45/8 47/11 49/24 54/17 56/11 58/16 60/19 62/9 69/2 73/8 75/21 76/1 76/7 78/25 79/10 87/10 94/11 101/21 105/5 105/7 106/14 110/8 116/15 126/20 132/13 134/14 138/8 143/7
pled [1] 44/23
PLLC [1] 3/16
plowed [1] 124/22
plus [1] 106/10
podcasts [1] 20/8
poems [1] 74/22

percent... 74/20 75/3
point [13] 11/21 19/18 21/3 66/2 67/2 78/16 82/5 97/3 102/9 131/4 148/18 150/6 150/15
police [10] 17/12 17/13 25/16 70/21 76/16 94/15 94/19 118/13 118/14 120/24
policeman [1] 70/19
policy [3] 31/23 37/11 126/7
political [4] 33/1 39/23 41/16 89/8
politically [2] 30/11 39/3
politics [2] 37/20 97/11
pool [2] 14/3 14/6
portion [2] 9/7 143/21
portions [2] 106/17 106/18
posed [1] 130/6
position [2] 147/17 148/13
positions [1] 39/23
positive [4] 6/19 6/22 23/16 64/6
possessed [1] 26/8
possessing [2] 25/19 25/25
possession [4] 25/6 25/12 26/9 68/21
possible [6] 13/20 19/2 55/9 55/12 120/22 148/4
possibly [2] 21/8 23/14
post [7] 19/24 20/10 59/4 59/9 59/10 59/23 106/24
posting [1] 20/12
postings [1] 20/17
potential [6] 10/15 14/17 16/23 19/25 44/6 48/23
potentially [3] 7/24 86/18 149/17
pots [1] 32/17
practice [2] 36/4 36/15
practiced [1] 36/17
practicing [1] 36/13
pre [2] 6/14 19/3
pre-judge [1] 19/3
pre-planned [1] 6/14
preclusion [1] 151/14
preexisting [1] 73/11
preference [1] 112/6
preferred [1] 133/4
prejudice [4] 11/14 13/7 147/21 148/14
prejudicial [1] 148/24
preliminaries [1] 6/8
prepare [1] 148/16
prepared [1] 147/16
preponderance [1] 62/3
present [13] 5/24 7/7 16/25 17/7 17/22 69/6

percent... 83/12 83/20 83/22 91/24 110/11 117/23
presentation [1] 117/24
presented [14] 20/23 35/22 53/3 69/21 86/21 87/7 98/9 98/16 101/24 106/11 113/13 113/19 116/2 139/21
presenter [1] 76/25
President [6] 80/21 89/16 89/19 109/21 141/11 141/14
President Obama [1] 109/21
presiding [2] 5/3 75/20
press [4] 93/20 95/21 96/20 96/25
presumed [1] 146/14
presumption [2] 54/22 55/6
pretend [1] 98/1
pretty [3] 30/5 96/15 143/24
Prettyman [1] 4/4
prevent [10] 23/18 56/14 56/24 65/10 82/11 97/14 97/20 97/23 102/25 136/10
previous [3] 10/9 43/9 86/24
previously [3] 63/16 120/7 151/18
primarily [1] 38/8
prime [1] 113/3
print [1] 93/24
prior [8] 44/6 51/12 61/20 63/15 67/15 85/17 151/12 151/13
privacy [1] 18/25
privatized [1] 96/18
pro [5] 40/4 40/5 79/23 80/18 80/20
pro-Trump [1] 79/23
proactively [2] 35/15 86/7
probably [8] 35/12 65/5 115/21 119/19 119/20 124/24 127/11 150/6
problem [7] 13/6 37/23 65/14 65/15 68/18 68/25 69/1
problems [3] 44/15 71/25 122/23
procedure [1] 99/14
proceed [2] 16/12 99/1
proceeding [2] 41/8 82/10
proceedings [12] 1/9 4/7 5/25 23/17 29/5 58/19 79/14 106/20 144/16 146/24 154/2 155/4
process [19] 11/8 11/16 15/17 15/20 15/23 19/6 19/19 20/6

Case 1:21-cr-00028-APM 29/12 Document 1118-69 [2] Filed 02/08/24 Page 170 of 176

| | | | | |
|---|---|---|---|---|
| **process...** [11] 21/3 21/8 21/9 21/11 21/15 21/25 22/5 22/23 76/15 87/22 99/11 | 31/6 31/11 32/4 32/10 33/12 34/16 36/1 38/2 38/16 44/21 47/14 47/17 49/9 49/10 51/25 54/18 54/19 54/23 54/24 56/12 56/15 56/16 58/16 58/17 58/21 60/21 61/10 61/19 63/3 64/3 65/2 65/23 66/13 66/24 67/15 68/8 70/3 70/6 70/7 70/14 70/18 71/10 73/8 73/9 76/8 78/21 79/11 79/12 81/14 82/4 82/15 82/17 82/20 83/14 84/4 84/15 86/18 87/12 87/13 88/6 88/9 89/23 93/13 94/12 94/21 95/16 97/13 101/6 106/15 107/7 107/23 107/23 108/1 110/9 112/9 114/11 114/13 116/16 119/7 119/8 119/15 120/2 120/6 120/13 124/5 126/5 126/16 130/5 132/14 132/16 133/8 134/16 138/10 143/8 143/20 144/9 153/6 153/8 | 54/19 **Question 7** [2] 56/12 88/6 **Question 8** [2] 65/23 116/16 **Question 9** [1] 66/13 **questioning** [11] 7/7 8/4 8/9 8/10 8/13 8/18 8/20 17/2 18/22 22/8 22/13 **questionnaire** [28] 10/16 12/6 12/9 15/22 16/2 16/10 16/22 20/3 24/13 28/24 31/5 43/17 47/10 54/16 56/10 58/14 64/25 73/7 76/6 79/8 105/6 110/7 126/2 130/1 132/12 134/13 138/7 143/6 **questionnaires** [3] 8/5 8/6 16/22 **questions** [41] 8/2 8/4 8/6 8/24 11/10 11/13 12/12 13/5 15/18 15/21 16/1 16/9 18/22 22/6 23/24 28/25 34/24 36/20 36/22 39/2 43/11 43/14 43/16 47/13 54/1 54/2 57/8 60/15 62/10 64/10 69/3 85/18 99/5 99/8 102/11 104/8 105/8 105/9 112/21 121/20 141/17 | **reach** [1] 59/21 **reached** [1] 75/11 **reaction** [1] 124/10 **read** [63] 7/13 17/10 19/12 19/15 21/1 22/19 22/21 29/3 29/7 29/21 29/22 30/4 30/15 30/16 35/12 40/12 41/1 41/11 42/7 42/18 48/15 49/11 50/5 50/8 50/9 51/17 58/18 58/22 66/22 69/13 69/19 69/22 70/4 79/13 79/16 81/12 82/6 84/18 84/19 85/4 85/11 86/10 86/15 86/19 97/1 97/25 106/18 106/21 106/23 107/11 107/24 113/10 114/15 132/23 132/24 133/9 134/21 134/24 138/10 138/21 143/8 143/23 144/21 **reading** [7] 20/16 52/5 59/22 66/14 69/7 95/19 99/10 **realize** [1] 41/6 **really** [16] 11/3 60/4 69/8 69/25 74/18 74/23 102/3 111/19 113/21 114/4 123/11 124/1 127/16 135/19 145/6 145/17 **Realtime** [1] 4/3 **reason** [6] 10/25 20/21 23/12 33/8 44/9 82/3 **reasonable** [3] 62/5 93/9 119/3 **reasons** [1] 23/7 **recall** [16] 16/21 37/14 38/10 38/12 48/15 59/22 91/11 107/18 107/19 111/7 111/22 113/12 113/14 114/22 124/3 127/24 **recap** [1] 78/15 **receive** [4] 20/19 20/24 50/14 148/3 **received** [3] 6/12 22/10 52/5 **recently** [5] 35/6 35/13 59/18 62/21 130/25 **recess** [3] 75/17 75/18 154/1 **recesses** [1] 59/21 **recognize** [11] 17/1 17/4 34/16 44/10 50/24 51/2 60/17 114/21 115/15 115/17 117/13 **recognized** [1] 48/6 **recollection** [4] 29/20 51/15 85/3 108/24 **record** [13] 8/22 9/17 10/19 11/5 11/6 11/20 13/15 45/9 45/17 46/23 54/2 149/14 155/3 **recorded** [1] 4/7 **records** [1] 124/17 **recount** [1] 80/9 | covering [1] 74/9 **Redden** [4] 3/15 3/16 5/23 6/3 **reddenlawtexas.com** [1] 3/19 **refer** [3] 115/13 128/12 128/13 **referred** [1] 45/6 **refused** [1] 149/21 **regard** [5] 9/9 39/1 39/25 64/4 101/22 **regarding** [2] 21/4 47/14 **Region** [1] 111/6 **Registered** [1] 4/2 **regular** [1] 86/1 **regularly** [1] 119/25 **rehabilitating** [1] 13/9 **related** [2] 23/18 113/16 **relates** [2] 50/20 146/7 **relation** [3] 39/23 51/5 85/7 **relationship** [5] 71/5 103/4 111/1 111/17 111/24 **relatives** [2] 118/12 118/15 **relieved** [1] 22/14 **religious** [3] 56/13 56/19 56/24 **reluctant** [1] 135/21 **remain** [3] 22/2 25/10 75/21 **remaining** [1] 104/15 **remarks** [3] 8/1 16/4 23/21 **remember** [11] 11/11 29/12 29/13 35/7 37/1 74/14 74/16 91/3 92/13 100/18 135/4 **remembered** [1] 92/6 **reminder** [2] 7/18 7/21 **remotely** [1] 131/18 **remove** [12] 24/8 28/21 54/14 56/8 58/12 64/20 73/5 76/4 125/22 132/10 134/11 138/5 **removed** [1] 78/18 **repeat** [2] 122/23 145/14 **rephrase** [1] 37/22 **report** [2] 106/18 107/10 **reported** [4] 59/4 71/12 97/2 101/22 **reporter** [9] 4/2 4/2 4/3 4/3 90/2 90/7 90/9 90/25 104/6 **reporting** [8] 48/5 48/8 48/14 51/11 59/8 60/2 101/23 102/1 **represent** [3] 17/25 37/3 40/10 **Representative** [3] 31/24 33/25 42/3 **Representative's** [1] 33/19 |
| **processor** [1] 63/8 **produced** [1] 4/7 **profession** [2] 63/4 120/4 **prominence** [1] 35/19 **promise** [1] 19/7 **prone** [2] 42/9 42/13 **proof** [3] 62/2 62/4 62/6 **Propes** [1] 18/5 **proposed** [1] 15/22 **prosecuted** [2] 117/6 120/15 **prosecution** [1] 121/7 **prosecutor** [1] 36/7 **prosecutors** [1] 41/1 **Prospective** [1] 16/17 **protections** [1] 149/7 **protest** [7] 32/12 32/20 67/19 67/20 72/2 89/4 127/1 **protests** [8] 48/9 48/10 49/20 50/1 50/3 67/16 88/11 88/25 **Proud** [5] 113/15 114/4 114/18 123/12 123/17 **Proud Boys** [3] 114/4 114/18 123/17 **prove** [1] 57/25 **proven** [1] 57/22 **provide** [12] 7/20 12/5 58/5 64/12 72/17 78/8 80/1 102/7 125/17 131/25 137/17 142/20 **provided** [2] 83/1 147/22 **providing** [2] 10/6 10/8 **proving** [2] 93/8 146/15 **PTO** [1] 126/8 **public** [3] 21/19 23/2 36/11 **publication** [1] 90/3 **purchased** [1] 120/25 **purpose** [2] 109/2 115/7 **push** [2] 20/19 35/9 **pushing** [1] 80/8 **put** [20] 11/5 11/6 35/21 41/10 41/10 45/16 46/7 46/9 64/5 74/9 83/6 87/5 97/21 97/25 106/8 107/9 114/9 116/2 141/13 149/13 | **Question 1** [2] 73/8 130/5 **Question 12** [1] 87/12 **Question 16** [3] 31/6 31/11 66/24 **Question 18** [4] 32/4 60/21 119/7 119/8 **Question 19** [2] 24/16 68/8 **Question 2** [1] 119/15 **Question 20** [3] 32/10 67/15 88/9 **Question 22** [2] 33/12 61/10 **Question 27** [2] 26/21 126/16 **Question 38** [1] 93/13 **Question 42** [1] 110/9 **Question 43** [2] 34/16 112/9 **Question 50** [2] 84/15 106/15 **Question 52** [2] 132/14 134/16 **Question 53** [11] 29/2 29/3 58/16 70/6 79/11 79/12 107/23 114/11 132/16 138/10 143/8 **Question 54** [3] 47/14 49/10 70/3 **Question 55** [2] 114/13 133/8 **Question 6** [1] 65/2 **Question 60** [3] 70/14 94/12 120/6 **Question 63** [2] 71/10 94/21 | **Questions 45** [3] 69/3 105/8 112/21 **Questions 46** [1] 85/18 **queue** [1] 9/8 **quickly** [2] 8/17 101/21 **quietly** [1] 19/11 **quite** [2] 88/12 92/6 **R** **race** [1] 127/1 **radio** [1] 20/8 **radios** [1] 71/17 **railroad** [2] 120/18 121/2 **raise** [5] 16/15 16/16 43/4 65/19 103/1 **raised** [2] 100/6 150/4 **Rakoczy** [4] 1/13 5/15 17/20 147/25 **rallies** [3] 67/16 88/10 88/16 **rally** [6] 32/12 32/20 67/18 67/20 88/12 124/11 **ran** [3] 94/1 124/23 125/4 **randomness** [1] 114/9 **range** [2] 72/10 125/6 **rather** [2] 23/17 81/20 **Ray** [1] 42/4 **re** [3] 14/7 16/6 76/15 **re-do** [1] 14/7 **re-negotiating** [1] 76/15 | | |
| **Q** **qualified** [2] 10/24 147/2 **question** [113] 10/21 11/23 12/16 12/23 13/4 24/16 24/16 24/19 26/21 26/25 27/23 | | | | |

**R**

**represented [1]** 108/10
**request [3]** 8/13 8/14 149/21
**require [4]** 21/8 23/3 34/3 126/8
**require that [1]** 126/8
**required [3]** 23/2 23/8 77/8
**research [4]** 19/21 20/1 22/20 32/1
**reserve [1]** 149/6
**respect [3]** 80/13 85/14 140/18
**respectfully [2]** 13/13 43/24
**responds [1]** 102/12
**response [2]** 135/19 150/20
**responses [2]** 16/2 16/9
**Rest [1]** 18/23
**restaurant [3]** 23/9 116/22 123/3
**restaurants [1]** 116/20
**restricted [2]** 93/14 104/16
**restrictions [3]** 20/21 21/7 22/15
**result [5]** 6/17 22/24 131/3 133/5 151/13
**resume [5]** 75/13 75/14 76/10 76/17 146/24
**retired [1]** 17/15
**return [2]** 19/4 22/16
**review [1]** 126/6
**reviewed [2]** 147/9 147/10
**reviewing [1]** 148/12
**Rhodes [7]** 48/7 50/25 51/3 51/8 114/21 133/12 153/13
**Rhodes' [1]** 51/17
**Richard [1]** 17/16
**Richard Maier [1]** 17/16
**rid [1]** 12/11
**rid of [1]** 12/11
**ride [1]** 117/13
**right [152]** 6/6 7/17 9/19 11/2 13/19 14/11 16/15 16/16 16/19 17/21 18/11 18/19 21/10 24/2 24/12 25/4 26/15 28/13 30/6 30/6 30/11 31/3 36/19 39/4 39/5 39/10 39/14 39/16 39/25 40/7 42/15 43/1 43/3 45/12 45/21 47/6 48/18 50/12 50/25 52/16 52/20 53/6 53/8 53/12 54/12 55/15 58/4 58/14 59/7 61/16 62/8 63/18 64/9 64/11 64/18 64/22 65/22 66/10 66/22 67/9 67/21 68/15 68/16 69/8 71/20 72/16 73/19 73/22 74/2 75/11 78/3 78/20 79/1 79/12 79/23 80/18 80/22 81/2 81/5 81/8 82/14 84/3 87/10 94/10 95/11 97/18 98/21 99/22 100/9 102/6 104/10 104/18 105/18 106/2 106/6 108/19 109/10 109/16 116/20 116/24 117/1 117/3 118/11 119/6 120/9 121/9 121/13 122/1 122/5 122/12 122/16 123/7 123/10 125/12 127/5 129/15 129/25 130/1 131/5 133/18 133/19 133/25 134/3 134/11 135/25 136/1 137/10 138/5 138/15 138/18 140/4 140/19 141/10 142/6 142/10 142/11 142/19 143/1 143/3 144/1 144/14 146/19 148/13 151/1 152/24 153/7 153/17 153/22
**right-wing [12]** 30/6 30/6 30/11 39/4 39/5 39/10 39/14 39/25 79/23 80/18 81/2 81/5
**righty [1]** 40/14
**riot [3]** 113/25 124/11 124/13
**riot-type [1]** 113/25
**rise [4]** 5/2 16/15 75/19 153/25
**risk [1]** 43/15
**RMR [2]** 155/2 155/8
**Road [1]** 3/3
**ROBERTSON [1]** 2/6
**Roger [2]** 34/17 112/11
**Roger Stone [2]** 34/17 112/11
**role [2]** 14/24 135/12
**roles [1]** 87/24
**room [1]** 8/2
**roommate [7]** 91/14 91/17 91/21 92/14 92/17 92/20 100/10
**Rossi [17]** 3/10 5/22 17/23 40/8 40/9 40/10 41/2 44/1 44/3 45/10 45/19 46/6 66/4 66/11 110/15 111/2 112/5
**row [1]** 126/22
**rude [1]** 21/17
**rule [4]** 23/4 39/13 39/17 148/13
**ruled [2]** 151/20 153/5
**ruling [3]** 54/1 149/8 151/2
**run [1]** 118/13
**run-ins [1]** 118/13
**Ruth [2]** 5/11 14/18

**S**

**safety [6]** 26/22 103/6 126/18 128/6 137/3

**said [42]** 8/16 11/25 12/2 13/9 15/10 18/20 23/21 24/25 25/20 26/8 27/3 44/20 46/7 48/20 49/10 50/24 50/25 60/21 65/6 72/10 80/17 83/19 84/6 90/18 92/11 100/11 102/18 102/23 103/23 106/22 108/14 113/11 117/9 120/25 124/7 126/6 128/15 130/23 145/15 147/12 152/13 152/14
**same [9]** 72/1 78/17 110/17 117/11 118/20 122/2 151/7 151/9 151/17
**SANDRA [5]** 1/6 2/2 5/11 5/17 14/18
**Sandra Ruth Parker [2]** 5/11 14/18
**Santoro [1]** 18/6
**sat [2]** 11/13 85/1
**save [1]** 46/22
**saw [15]** 27/2 27/16 29/17 94/6 127/9 143/25 144/5 145/7 145/15 145/16 145/17 145/21 145/21 146/5 146/11
**saw, [1]** 146/18
**saw, yes [1]** 146/18
**say [55]** 9/7 12/4 13/3 14/1 14/4 34/6 35/4 40/5 40/15 42/12 43/8 44/11 46/16 48/13 50/8 56/24 59/1 59/8 62/16 66/5 67/8 69/12 74/19 75/3 76/18 76/24 80/1 80/11 82/3 85/24 85/25 86/3 86/7 88/13 89/14 91/23 92/11 95/18 97/1 97/1 101/12 106/2 108/13 112/6 118/9 123/13 125/8 136/13 137/7 140/20 145/4 148/19 149/24 151/3 152/19
**saying [4]** 46/8 74/25 115/19 151/22
**says [1]** 150/15
**scare [1]** 128/15
**scary [2]** 27/16 27/21
**schedule [1]** 65/4
**scheduled [1]** 23/14
**school [5]** 33/16 33/16 33/18 36/10 124/13
**schools [1]** 24/25
**scooter [1]** 7/10
**SE [1]** 2/7
**seat [7]** 5/7 24/2 64/19 73/1 73/2 76/1 79/1
**seated [6]** 5/8 14/11 16/6 73/12 75/21 89/6
**Seattle [1]** 117/19
**second [6]** 11/15 16/20 23/12 43/7 124/19

**Secret [1]** 99/19
**section [8]** 86/11 110/16 111/6 121/21 121/25 122/7 152/19 152/20
**sections [1]** 122/9
**security [5]** 21/13 21/22 87/22 99/12 124/22
**see [28]** 13/8 13/10 14/4 21/15 22/25 25/7 25/11 38/7 38/9 43/18 53/17 68/22 69/10 74/14 77/16 78/1 92/25 110/20 110/23 111/9 111/10 111/12 113/2 121/19 127/15 128/10 137/8 153/22
**seeing [2]** 69/6 127/24
**seek [4]** 86/8 106/3 142/2 148/10
**seeks [2]** 35/15 35/15
**seem [1]** 116/17
**seemed [1]** 113/23
**seems [5]** 102/13 113/25 114/21 115/9 150/11
**seen [29]** 29/4 29/7 42/18 49/11 51/11 58/18 58/22 62/13 69/13 69/18 69/22 70/4 79/13 79/16 81/12 85/4 107/24 110/21 111/19 111/19 111/22 113/3 113/5 133/9 134/21 134/25 138/10 143/9 143/23
**select [5]** 19/1 22/3 38/18 38/20 106/16
**selected [13]** 19/3 19/20 20/22 25/5 25/8 55/11 65/17 69/17 92/18 106/7 117/2 141/19 146/5
**selection [16]** 1/9 11/8 15/15 19/6 19/10 19/19 20/6 21/3 21/7 21/10 21/15 21/20 21/23 21/25 22/5 43/6
**self [1]** 73/10
**self-employed [1]** 73/10
**semi [1]** 124/15
**semi-famous [1]** 124/15
**Senate [1]** 101/15
**Senate Chamber [1]** 101/15
**senator [3]** 33/23 41/20 41/24
**senator's [2]** 33/17 41/21
**sense [20]** 12/12 15/16 31/19 33/21 34/25 35/3 42/7 42/8 62/11 62/15 69/4 69/5 84/24 85/19 85/23 98/15 105/9

**sent [1]** 7/2
**sentence [1]** 152/17
**sentenced [1]** 29/23
**separate [3]** 41/8 52/15 53/4
**separating [1]** 52/13
**Sergeant [1]** 17/14
**series [1]** 15/18
**serious [2]** 147/22 149/18
**serve [2]** 14/25 61/2
**served [7]** 32/5 60/22 61/21 67/6 67/13 87/12 87/16
**service [11]** 14/22 15/3 20/18 22/8 22/12 22/16 32/2 61/20 65/4 98/23 119/8
**serving [2]** 65/10 93/23
**session [1]** 5/3
**set [13]** 30/18 50/13 50/19 52/4 69/18 69/25 86/19 87/6 98/7 103/22 116/8 131/16 146/4
**setting [3]** 69/21 116/25 123/5
**seventh [1]** 122/18
**several [3]** 40/14 68/4 121/22
**sfbrennwald [1]** 2/8
**shake [1]** 11/3
**shakes [1]** 65/16
**Shaking [1]** 70/13
**share [7]** 47/19 65/25 123/23 128/6 129/2 134/24 136/20
**shared [1]** 92/2
**she [14]** 6/17 53/18 67/23 92/5 120/11 127/10 127/13 127/17 128/15 131/2 131/8 131/8 131/9 152/2
**sheriff [1]** 115/17
**shooting [1]** 67/22
**shootings [1]** 24/25
**short [4]** 53/20 70/21 98/15 119/3
**shortly [1]** 91/19
**shot [2]** 67/25 129/8
**shotgun [1]** 72/11
**should [19]** 10/7 19/14 19/18 20/7 24/3 24/13 34/6 43/8 45/18 55/10 66/16 66/19 80/24 84/5 87/15 104/9 112/6 149/2 150/6
**shouldn't [2]** 68/25 102/15
**show [15]** 23/22 28/15 55/22 58/5 64/12 74/3 78/8 102/7 109/17 125/16 131/25 134/1 137/17 142/20 146/21
**showed [1]** 137/5
**shows [1]** 11/24
**shut [1]** 94/1
**side [10]** 8/20 116/21

**S**

**side... [8]** 116/24 117/3 118/16 120/10 120/10 120/11 123/4 123/7
**signal [1]** 8/11
**significant [1]** 31/8
**signs [1]** 32/18
**silent [1]** 19/16
**similar [1]** 115/16
**simple [2]** 12/19 20/21
**simply [7]** 8/10 21/17 86/20 94/1 103/20 118/24 136/15
**since [18]** 27/9 43/16 69/13 74/13 76/16 101/13 105/14 105/25 110/15 110/21 111/13 111/13 111/16 111/20 119/17 119/19 145/3 145/20
**single [4]** 14/6 44/6 90/5 101/9
**sir [67]** 28/19 39/1 41/7 43/1 54/13 57/3 58/8 58/9 58/23 59/2 59/11 59/17 60/4 60/8 60/15 60/17 61/2 61/14 62/7 62/22 63/21 64/3 64/11 64/14 64/17 64/19 64/23 65/21 66/3 66/7 66/23 67/10 67/20 68/12 70/10 71/4 71/9 71/25 72/15 72/16 78/13 79/3 98/20 99/18 101/18 102/6 104/23 106/1 107/17 108/18 109/4 109/16 109/19 110/2 121/19 123/10 123/13 124/6 125/11 125/12 125/20 129/10 129/15 129/20 132/3 133/25 145/13
**sit [8]** 13/14 36/24 60/9 65/5 77/18 83/22 123/6 141/21
**sites [1]** 20/13
**sitting [7]** 28/1 44/15 56/14 56/25 58/14 116/21 116/23
**situation [3]** 113/25 124/14 125/4
**situations [1]** 151/23
**six [7]** 23/14 41/7 77/4 77/11 130/19 136/24 137/1
**skewed [2]** 11/1 101/25
**sleeper [1]** 120/25
**slight [1]** 39/19
**slightly [2]** 144/9 151/8
**Snapchat [1]** 19/23
**snippets [1]** 113/5
**so [242]**
**So I think [1]** 120/16
**So it's [2]** 77/1 102/14
**social [7]** 20/4 20/8 20/13 20/16 21/2 84/25 85/1

**solely [2]** 98/9 149/2
**some [70]** 6/10 6/13 7/20 16/24 18/1 19/6 19/8 25/20 28/25 29/14 30/15 30/24 35/19 35/20 40/17 42/17 43/13 48/9 48/16 48/25 50/1 51/15 52/2 53/6 53/7 53/15 60/10 61/16 62/13 65/2 65/3 67/2 69/13 71/25 72/17 80/5 81/23 82/16 82/21 82/21 84/19 84/20 86/3 86/4 92/18 106/23 113/17 114/8 115/3 115/10 115/10 120/21 124/2 125/4 125/6 125/9 126/8 130/11 131/4 133/9 138/23 138/25 139/9 139/10 139/23 141/3 141/16 142/7 148/7 150/5
**somebody [10]** 8/15 35/14 44/18 44/19 51/13 57/1 62/24 71/2 76/20 127/2
**somehow [5]** 10/25 11/2 150/13 151/12 152/12
**someone [5]** 32/13 78/11 116/21 123/3 123/22
**something [35]** 8/16 9/22 12/3 23/17 28/3 29/17 30/16 39/11 44/13 44/18 46/7 51/16 52/6 55/6 66/5 74/6 80/7 81/3 83/9 86/13 91/22 95/22 106/3 108/14 112/5 118/9 119/23 119/25 127/9 133/9 138/9 140/10 144/18 149/3 151/3
**son [3]** 6/16 27/3 119/10
**soon [1]** 22/13
**sorry [19]** 5/8 6/18 37/22 44/4 45/3 48/2 49/5 49/7 49/8 49/23 75/14 90/23 95/2 102/15 120/7 131/6 135/18 136/13 145/12
**sort [29]** 11/1 29/9 29/18 30/6 30/10 31/22 32/16 32/17 35/5 39/9 39/13 40/4 50/18 52/4 59/16 69/5 69/12 69/18 85/18 87/6 98/5 106/18 115/11 120/9 124/11 135/4 135/4 136/18 136/21
**sound [1]** 109/20
**sounds [4]** 29/16 32/24 53/5 66/10
**sources [2]** 21/1 116/3
**Southeast [1]** 126/24
**Southwest [1]** 126/25

**spaces [1]** 23/2
**speak [9]** 9/10 9/21 21/14 47/25 66/7 66/22 73/3 79/1 141/8
**speaking [8]** 9/10 9/12 23/1 23/5 23/25 45/20 66/14 128/13
**special [3]** 17/16 17/18 112/5
**Special Agent [1]** 17/16
**specific [18]** 10/6 12/13 29/15 29/19 41/3 44/22 51/16 51/22 51/23 60/1 60/2 60/11 85/13 88/4 96/9 113/18 116/10 151/12
**specifically [8]** 11/22 11/25 12/13 38/11 40/5 40/20 80/5 153/11
**specifics [2]** 80/2 135/4
**speeches [1]** 68/4
**spend [1]** 19/6
**Sperry [1]** 18/7
**spoke [1]** 46/5
**spoken [1]** 91/17
**spouse [2]** 31/8 120/6
**spur [2]** 113/25 124/8
**squarely [1]** 150/15
**St [1]** 3/11
**staff [3]** 22/11 92/4 102/19
**staffer [1]** 100/16
**stand [2]** 9/19 143/15
**standard [1]** 150/18
**stands [5]** 30/3 75/17 109/2 135/16 153/25
**stanley [3]** 3/2 3/5 5/20
**Stanley Woodward [1]** 5/20
**start [16]** 9/16 15/7 15/9 15/20 17/5 20/1 21/9 56/12 73/8 76/7 121/23 126/3 130/13 132/22 134/23 147/13
**started [9]** 6/6 6/9 14/21 20/7 74/22 117/10 121/24 122/20 125/5
**starting [2]** 15/17 56/11
**starts [2]** 15/6 153/11
**state [1]** 130/18
**statement [6]** 9/2 39/1 109/18 124/9 152/4 152/6
**statements [7]** 150/14 150/17 151/14 151/20 151/23 151/25 152/13
**STATES [11]** 1/1 1/3 1/10 5/10 14/17 17/11 17/12 17/13 115/15 122/14 133/4
**status [3]** 149/13 149/14 149/15
**stay [4]** 27/7 40/8

**stayed [1]** 125/3
**Steele [4]** 2/9 5/12 5/19 14/19
**stenography [1]** 4/7
**step [2]** 78/13 146/21
**Stephen [2]** 2/6 5/18
**Stephen Brennwald [1]** 5/18
**Stewart [5]** 48/7 50/25 114/21 133/12 153/13
**Stewart Rhodes [5]** 48/7 50/25 114/21 133/12 153/13
**still [18]** 13/4 21/20 25/10 26/10 28/1 28/2 34/7 36/13 78/21 90/7 90/11 90/25 91/1 91/4 92/22 111/14 121/4 148/12
**stole [1]** 71/17
**stolen [1]** 121/1
**Stone [2]** 34/17 112/11
**stops [1]** 15/6
**store [2]** 23/9 127/9
**stories [4]** 42/18 86/1 105/24 142/3
**stormed [1]** 82/9
**storming [2]** 80/7 80/11
**story [2]** 20/10 113/1
**Stover [1]** 151/19
**strategy [3]** 147/17 147/18 147/21
**stray [1]** 67/23
**street [5]** 1/15 2/3 2/11 32/16 67/23
**stretch [2]** 65/7 65/18
**stretches [1]** 65/6
**stricken [7]** 6/12 6/16 7/16 12/7 13/6 45/9 53/19
**strict [2]** 21/14 72/13
**strictly [1]** 20/25
**strike [6]** 8/12 8/17 8/19 8/22 10/12 46/19
**strikes [2]** 10/2 10/4
**striking [1]** 13/7
**strong [10]** 24/16 47/17 100/22 100/24 101/2 102/3 132/14 132/19 135/11 137/5
**strongly [1]** 135/7
**struck [1]** 10/11
**structure [1]** 148/8
**struggling [1]** 140/25
**studying [1]** 113/10
**subconsciously [1]** 118/3
**subscribe [1]** 141/4
**successfully [1]** 43/12
**such [7]** 37/10 37/15 68/10 77/3 132/18 148/9 148/9
**sucks [1]** 7/11
**suggest [1]** 11/2
**Suite [5]** 2/3 2/11 3/7 3/12 3/17

summaries [1] 106/19
**summarizing [1]** 101/24
**summer [1]** 36/11
**supporters [3]** 89/15 89/19 141/11
**supporting [1]** 80/20
**suppose [5]** 50/16 52/18 53/2 53/3 113/3
**supposed [4]** 83/17 86/23 97/24 98/12
**supremacist [1]** 115/11
**sure [29]** 13/23 13/24 27/22 31/21 35/9 35/13 36/24 39/6 39/21 43/7 48/17 49/5 49/6 57/9 58/1 61/23 73/4 78/16 87/20 88/19 105/21 113/8 115/10 117/15 136/23 140/12 141/9 145/9 148/8
**surf [1]** 19/15
**surgery [2]** 131/4 131/16
**surprise [2]** 30/14 35/18
**surrounding [1]** 55/1
**swayed [1]** 55/2
**sworn [1]** 20/22
**system [2]** 14/23 120/22

**T**

**table [3]** 36/24 116/24 123/6
**tables [1]** 9/10
**tainted [1]** 14/6
**take [15]** 7/10 8/9 16/13 22/22 27/18 65/6 67/8 75/12 75/13 120/20 126/8 130/14 141/1 141/13 148/6
**taking [1]** 27/2
**talk [4]** 12/21 19/11 93/1 153/14
**talked [5]** 41/12 46/2 91/20 106/9 119/7
**talking [4]** 76/19 105/20 128/18 144/8
**Tarrio [1]** 112/12
**task [1]** 18/8
**tax [8]** 110/15 111/14 111/14 115/12 115/14 117/8 117/17 121/22
**Tax Division [1]** 110/15
**television [3]** 20/7 143/24 144/5
**tell [45]** 12/3 24/19 26/24 29/7 32/5 32/13 33/14 48/14 48/20 49/14 51/2 54/23 56/16 58/22 61/12 63/7 63/10 63/11 67/2 67/5 71/13 74/6 76/10 79/15 80/18 84/16 90/1 92/2 94/24 96/14 100/14 106/20

**tell... [13]** 114/13 114/18 119/9 126/11 126/20 130/9 132/23 133/10 135/8 138/15 143/22 147/14 152/21

**telling [3]** 118/14 121/2 144/24

**temple [2]** 103/11 104/9

**ten [5]** 61/15 61/21 119/20 124/22 152/16

**ten-page [1]** 152/16

**tender [1]** 9/23

**term [2]** 128/22 140/9

**terminology [1]** 140/3

**terms [7]** 14/2 62/15 87/4 96/19 115/2 117/23 128/24

**tested [2]** 6/19 6/22

**testify [2]** 18/1 149/3

**testifying [1]** 23/5

**testimony [5]** 25/22 70/25 71/2 113/12 118/19

**tests [1]** 23/16

**text [2]** 19/22 153/16

**than [24]** 10/2 23/14 33/2 35/6 35/13 51/20 51/21 52/25 60/6 60/9 62/2 83/16 83/17 89/8 108/17 111/2 111/4 112/4 113/23 118/24 127/18 135/12 151/6 152/20

**thank [114]** 6/4 7/15 8/25 9/3 9/25 11/19 13/16 15/2 16/18 16/19 17/8 17/18 17/19 17/20 18/10 18/18 18/19 23/24 24/8 28/13 28/16 28/20 28/23 36/21 38/14 38/23 40/7 42/25 43/1 46/21 46/24 47/2 47/8 53/12 53/14 53/24 54/5 54/6 54/11 55/22 55/23 55/24 56/4 57/4 57/10 58/2 58/4 58/9 63/24 64/9 64/11 71/21 71/23 72/15 72/16 72/23 73/23 74/2 75/10 75/10 75/15 75/16 78/7 78/24 79/9 95/13 97/12 98/20 98/22 98/24 98/25 99/3 101/18 101/19 102/5 102/6 102/22 103/6 104/11 104/12 104/19 104/25 104/25 109/11 109/16 109/23 110/3 110/5 121/15 125/11 125/12 125/14 125/21 129/10 129/12 129/21 129/22 129/25 131/7 131/24 132/7 133/25 134/3 134/8 137/10 137/16 138/1 142/13 142/19 143/2 146/20 149/10

**thank you [79]** 6/4 8/25 9/25 16/18 16/19 17/8 17/18 17/19 18/10 18/18 24/8 28/13 28/20 36/21 38/14 38/23 40/7 42/25 43/1 46/24 47/2 47/8 53/12 53/14 54/5 54/6 55/22 55/23 55/24 56/4 57/4 58/2 58/9 63/24 64/9 64/11 71/21 71/23 72/23 73/23 74/2 75/10 75/15 78/7 78/24 79/9 95/13 97/12 98/20 98/24 98/25 99/3 101/19 102/5 102/6 103/6 104/11 104/12 104/25 104/25 109/11 109/16 121/15 125/11 125/12 125/21 129/12 129/21 129/22 129/25 132/7 133/25 134/8 137/10 138/1 142/13 142/19 143/2 149/23

**thanks [4]** 47/5 129/17 137/25 152/15

**that [677]**

**that was [1]** 33/22

**that's [65]** 12/2 12/8 12/8 12/13 16/11 24/11 24/25 25/4 25/17 29/25 35/21 38/11 40/6 41/8 44/23 45/12 45/15 48/18 50/4 51/13 56/7 56/20 57/15 58/25 59/6 59/25 61/9 64/5 66/18 69/20 73/20 74/5 74/23 77/6 77/10 78/3 81/8 82/11 86/21 90/7 90/24 96/7 98/9 98/16 103/10 105/3 106/10 107/16 115/19 116/2 117/22 123/23 128/22 130/17 133/16 135/20 135/25 144/18 146/6 147/24 148/17 150/11 151/12 152/13 152/14

**their [31]** 10/3 10/4 10/15 20/16 29/17 34/18 34/20 39/13 39/17 45/8 48/8 49/18 49/25 50/1 52/24 80/2 102/1 102/3 103/5 112/13 115/7 118/19 135/6 135/9 135/12 136/11 138/20 138/23 138/25 139/11 139/13

**them [52]** 7/8 7/20 7/21 7/25 8/17 9/16 12/3 13/4 14/8 15/18 21/15 29/23 30/9 31/16 34/19 39/9 39/12 40/18 41/1 44/12 44/14 75/5 80/18 82/21 83/24 87/23 89/10 89/18 91/9 112/5 112/14 113/6 113/6 114/22 115/10 115/10 115/14 115/15 115/22

**127/25 128/10 129/7 138/21 141/10 142/4 147/9 147/10 148/3 148/12**

**themselves [3]** 52/13 52/16 84/23

**then [40]** 6/23 7/4 9/21 11/1 16/7 18/16 23/22 31/4 33/16 33/18 35/13 35/25 44/14 44/19 51/25 69/9 69/14 75/12 75/14 77/19 87/10 96/8 98/2 102/11 105/25 106/9 114/13 117/10 120/13 122/6 124/7 124/24 126/16 127/9 130/14 130/23 132/18 144/24 145/21 146/25

**theories [1]** 141/3

**there [106]** 9/6 9/19 12/8 13/18 16/3 17/21 23/7 24/15 25/3 25/5 25/18 25/20 25/22 25/23 26/9 28/9 29/2 29/13 32/16 36/13 40/8 43/9 43/11 45/23 46/3 47/12 49/11 53/22 54/18 56/12 58/15 59/25 61/13 61/20 64/5 64/6 64/7 64/8 64/25 65/1 70/24 73/3 73/7 74/9 74/16 75/1 76/6 78/4 82/16 83/12 90/25 91/4 91/6 91/14 92/17 93/16 94/5 97/22 101/13 102/20 102/25 103/9 103/12 103/19 104/5 104/7 105/6 107/7 110/7 112/16 113/12 113/15 114/8 116/7 121/3 122/21 123/21 124/2 124/18 124/21 126/2 127/10 130/2 130/5 130/14 130/23 131/12 131/17 132/12 133/10 133/11 134/14 139/13 142/10 143/6 143/20 144/11 147/21 149/20 150/1 150/24 152/11 152/14 152/18 152/23 152/25

**there's [26]** 8/13 9/15 9/22 12/21 26/7 27/4 40/9 43/15 43/17 52/20 69/25 72/8 74/24 84/3 87/14 96/16 98/5 100/17 102/2 123/4 127/1 136/1 141/2 150/15 150/15 151/3

**therefore [1]** 15/1

**these [48]** 5/25 10/12 10/21 11/25 12/23 12/25 14/2 14/7 16/4 17/1 20/21 21/7 21/20 22/22 25/18 30/24 44/15 50/2 50/13 50/19 50/20 52/23 55/8 57/22

**83/7 93/4 96/18 98/21 103/4 104/14 112/19 115/4 116/8 116/11 117/5 136/10 141/17 141/21 141/25 146/1 146/7 151/22 151/24 153/10**

**they [115]** 11/25 12/4 12/4 12/4 12/6 12/25 13/4 21/16 21/16 21/17 26/4 31/19 31/20 34/25 42/20 42/23 43/2 43/25 44/9 44/10 44/11 44/12 44/14 44/18 48/17 50/8 54/21 55/3 59/24 59/25 60/2 60/12 63/20 64/5 64/6 64/7 64/8 67/21 68/3 71/17 74/22 79/18 80/7 80/15 81/22 82/6 82/8 82/18 82/23 83/11 83/17 83/20 84/24 88/3 89/15 89/19 93/9 96/6 96/8 96/9 96/10 97/1 97/1 97/20 97/22 101/24 102/19 104/15 107/9 107/10 108/10 115/16 115/17 115/20 120/9 120/19 121/2 121/3 122/20 123/23 124/7 124/15 124/16 124/17 124/19 124/25 125/2 127/2 127/3 127/7 127/13 131/16 133/2 134/17 135/13 136/15 139/6 139/9 140/23 140/24 141/3 141/3 141/13 143/14 143/15 145/1 147/6 147/7 147/11 147/12 147/14 147/15 147/20 149/13 152/4

**they do [1]** 31/20

**they'll [2]** 13/6 147/14

**they're [20]** 10/22 10/23 11/24 36/13 43/15 43/18 46/4 53/22 79/23 83/1 83/9 83/10 83/10 83/21 115/9 115/14 123/7 138/18 140/24 146/14

**they've [6]** 8/5 10/21 12/2 12/6 87/23 147/12

**thing [6]** 58/15 103/8 124/8 124/15 149/19 152/10

**things [14]** 12/9 30/15 39/15 49/11 49/19 50/2 50/5 50/8 80/9 84/21 92/25 96/21 106/9 132/19

**think [150]** 6/24 7/13 7/19 8/16 8/19 10/25 11/11 13/4 18/7 18/8 25/10 26/2 26/6 26/10 26/12 26/15 26/17 27/13 27/25 28/2 29/22 30/18 30/19 30/25

**53/5 35/22 38/13 39/9 41/2 43/8 43/15 44/25 47/20 48/6 48/7 48/16 48/22 49/14 49/17 50/13 51/1 51/4 51/8 52/7 52/8 52/11 52/12 52/15 52/17 52/23 57/23 59/3 64/5 65/9 67/22 68/22 69/21 71/1 74/15 80/6 80/17 81/4 81/21 81/23 82/22 83/22 84/7 85/10 87/8 88/23 89/2 89/3 89/9 89/11 89/14 89/17 89/20 91/13 92/5 92/15 92/17 92/19 93/3 93/6 93/12 94/4 94/9 94/18 94/18 95/6 95/9 97/5 97/5 97/13 97/20 102/2 103/20 104/8 108/13 108/22 111/21 112/3 112/18 113/7 113/16 113/21 114/20 114/20 116/6 117/22 117/25 118/2 118/7 118/18 118/22 119/1 119/4 120/16 120/21 121/10 123/10 123/20 124/10 129/7 133/5 133/17 134/25 135/23 136/9 137/9 138/18 138/23 139/6 139/9 139/12 140/1 140/14 140/19 140/23 141/3 141/4 141/10 141/10 141/20 144/25 148/5 148/6 148/12 148/17**

**thinking [1]** 104/20

**third [1]** 32/1

**this [166]**

**Thomas [1]** 3/11

**those [41]** 7/23 15/14 23/20 37/14 40/23 43/11 43/14 43/16 47/13 52/7 52/8 52/12 54/2 60/17 62/6 63/19 65/13 84/17 84/20 91/11 101/16 105/9 106/20 112/16 112/17 113/4 113/20 121/6 121/9 128/12 128/13 128/23 129/2 129/3 129/4 129/5 136/20 140/5 143/23 144/15 151/25

**those are [1]** 105/9

**though [5]** 37/25 71/18 127/11 140/9 146/13

**thought [7]** 87/18 88/2 103/18 103/19 108/8 113/24 113/24

**three [7]** 31/13 41/15 85/2 114/3 123/13 123/17 148/15

**Three Percenters [3]** 114/3 123/13 123/17

**through [13]** 10/23 11/15 15/14 43/12 85/1

**T**

**through... [8]** 87/21 99/11 99/12 124/22 125/4 128/25 130/22 148/3
**throughout [2]** 19/7 35/10
**thrown [1]** 128/24
**ticket [1]** 121/1
**tight [1]** 72/8
**time [61]** 8/14 8/15 9/1 10/9 11/15 16/8 19/6 19/8 28/14 35/5 38/15 46/22 53/13 53/23 59/12 61/9 61/17 62/17 69/9 69/12 70/7 70/19 70/19 70/21 72/1 72/17 77/13 77/14 77/15 77/19 77/21 90/25 93/22 98/24 102/4 105/14 109/21 112/23 113/3 117/10 118/7 125/13 126/9 129/10 129/16 130/16 130/22 131/15 131/17 134/1 136/25 137/18 141/1 148/7 148/9 148/12 150/14 152/5 153/4 153/17 153/18
**times [6]** 13/3 15/5 35/9 40/12 87/22 123/2
**timing [1]** 131/15
**titled [1]** 155/4
**today [23]** 6/24 7/1 7/7 14/17 15/2 15/15 15/25 21/23 22/5 22/12 23/8 47/9 60/9 99/13 108/3 108/4 108/13 108/14 108/17 108/20 143/2 147/13 147/16
**today's [1]** 146/23
**together [3]** 37/19 38/3 111/11
**told [15]** 12/25 32/4 36/3 67/13 81/15 85/10 87/16 88/7 91/19 120/4 122/23 136/4 136/9 141/20 153/7
**Tom [1]** 41/24
**too [7]** 19/20 33/19 102/19 103/17 122/23 123/4 128/16
**took [1]** 69/9
**top [2]** 6/25 99/18
**total [1]** 148/7
**totally [1]** 39/11
**touch [6]** 18/22 34/8 36/12 91/2 91/9 92/22
**tour [2]** 61/13 61/14
**towards [3]** 56/20 135/5 148/10
**Tracy [1]** 18/5
**trade [3]** 31/23 31/24 31/25
**transcript [3]** 1/9 4/7 155/3
**transcription [1]** 4/7
**transcripts [1]** 106/19

**transportation [1]** 77/24
**travel [2]** 6/14 131/13
**traveling [1]** 131/11
**tread [2]** 128/1 128/2
**trespass [1]** 104/15
**trespassing [3]** 83/7 83/18 125/7
**trial [54]** 11/12 16/24 20/24 21/8 21/9 23/3 23/13 23/14 23/17 23/19 30/17 37/24 41/6 41/7 43/7 43/12 44/11 50/9 50/10 50/10 52/3 57/2 57/14 57/15 61/24 62/1 62/3 81/20 81/21 97/17 98/2 98/8 100/6 104/20 110/16 111/6 115/24 116/2 121/21 122/2 130/6 133/6 136/6 136/8 147/12 147/13 147/17 147/18 147/23 148/5 148/10 150/18 151/15 152/11
**trials [6]** 14/7 40/15 40/23 41/4 42/8 43/9
**tried [5]** 44/23 74/12 74/13 74/17 74/20
**trip [1]** 120/23
**trouble [9]** 31/1 35/22 69/21 94/4 95/19 114/2 116/13 116/22 146/16
**Troy [2]** 1/14 5/15
**Troy Edwards [1]** 5/15
**true [3]** 19/19 50/8 50/9
**Trump [6]** 40/4 40/5 79/23 80/18 80/20 141/11
**Trumptards [1]** 128/23
**Trust [1]** 13/6
**truth [2]** 118/14 121/2
**try [14]** 19/7 26/5 34/25 69/15 72/14 74/11 74/13 82/12 98/19 102/10 105/9 115/21 118/7 133/3
**trying [15]** 45/19 48/21 53/21 59/3 62/11 69/3 81/8 82/9 82/10 84/2 89/2 91/3 136/2 141/16 142/13
**turn [30]** 8/11 9/6 20/18 24/14 24/15 29/1 31/4 34/14 35/25 47/11 54/17 58/16 60/19 62/9 69/2 70/2 79/10 87/10 94/11 105/5 105/7 106/14 110/8 116/15 126/16 130/4 132/13 134/14 138/8 143/7
**turned [1]** 124/11
**TV [4]** 20/11 35/12 71/17 111/21
**tweet [1]** 19/22
**tweeting [1]** 20/12
**tweets [1]** 20/16
**twice [2]** 11/7 108/8
**twins [1]** 67/24

**two [11]** 2/9 12/9 16/12 17/17 18/2 23/7 24/24 24/24 31/13 41/15 62/6 67/24 76/9 77/1 85/1 106/10 120/16 126/21 130/16 147/4 150/16
**two-plus [1]** 106/10
**TX [1]** 3/17
**type [4]** 113/25 115/18 118/10 124/13

**U**

**U-r-a [1]** 18/9
**U.S [4]** 1/14 14/14 32/2 117/18
**U.S. [20]** 25/5 31/24 74/12 74/16 93/19 95/20 96/4 96/16 96/18 96/19 96/21 100/2 100/3 101/8 101/10 103/2 103/25 117/6 117/8 117/12
**U.S. Attorney's Office [5]** 74/12 74/16 117/6 117/8 117/12
**U.S. Capitol [2]** 101/8 101/10
**U.S. Constitution [1]** 25/5
**U.S. Government [11]** 93/19 95/20 96/4 96/16 96/18 96/19 96/21 100/2 100/3 103/2 103/25
**U.S. Trade [1]** 31/24
**Udall [1]** 41/24
**Uh [1]** 108/15
**Uh-huh [1]** 108/15
**Ukraine [1]** 88/12
**ultimate [1]** 82/15
**unable [1]** 6/17
**unavailable [1]** 6/14
**unavoidable [1]** 19/9
**unbiased [1]** 103/11
**under [13]** 12/25 16/14 16/17 21/13 27/24 76/20 76/22 76/23 77/4 77/9 82/7 83/2 99/9
**understand [33]** 11/19 11/20 15/4 39/2 39/11 41/7 43/14 43/20 48/21 51/3 55/10 57/13 57/17 66/21 75/7 80/2 80/8 80/24 81/9 81/16 91/23 97/19 114/14 115/3 115/24 120/5 126/23 136/2 148/2 152/2 152/4 152/8 152/16
**understanding [20]** 51/16 51/21 52/2 60/11 66/14 80/12 82/8 83/3 83/20 99/5 99/7 114/15 115/2 115/5 133/1 135/9 135/12 135/12 135/18 139/4
**understandings [1]** 141/17

**understands [1]** 96/14
**understood [5]** 82/24 99/16 129/1 133/7 149/11
**unfair [1]** 140/1
**Unison [1]** 130/16
**Unison Global [1]** 130/16
**UNITED [11]** 1/1 1/3 1/10 5/10 14/17 17/11 17/12 17/13 115/15 122/14 133/4
**United States [5]** 14/17 17/11 17/12 115/15 122/14
**unlawful [1]** 103/19
**unlawfully [2]** 25/24 26/8
**unless [2]** 22/1 151/3
**unlike [2]** 23/9 151/23
**unpartial [1]** 140/2
**unprofessional [1]** 102/14
**until [10]** 20/17 22/2 22/9 65/7 77/23 77/25 82/25 98/8 127/13 147/1
**up [45]** 6/17 7/9 8/3 8/7 9/24 11/1 11/9 28/25 29/23 42/6 47/25 49/24 53/19 56/11 57/7 63/22 64/14 65/18 66/7 71/20 78/16 86/14 90/22 95/12 96/8 96/25 97/13 99/4 104/17 108/1 109/10 121/7 124/17 124/19 127/3 130/12 131/10 136/5 136/18 137/5 138/21 141/7 144/2 150/21 150/25
**update [1]** 149/14
**updates [2]** 6/10 100/5
**upholding [1]** 39/17
**upon [9]** 8/4 10/4 16/1 16/9 27/15 30/3 50/5 98/9 139/23
**upset [1]** 129/8
**Ura [1]** 18/9
**us [91]** 9/11 12/12 15/11 15/13 15/18 17/1 24/19 26/24 27/10 28/23 29/7 31/18 32/4 32/5 32/13 33/14 33/21 35/3 36/3 37/19 43/18 47/19 48/14 48/20 49/14 51/2 54/23 56/4 56/16 58/22 61/12 62/15 63/7 63/10 63/11 67/2 67/5 67/13 69/5 71/13 72/23 74/24 76/10 79/9 79/15 80/1 80/18 81/15 84/5 84/16 85/10 85/23 87/16 88/7 90/1 92/2 94/24 96/14 105/1 105/12 106/20 110/6 112/23 114/14 119/9 120/4 126/11 126/20 128/7 129/22

**understood [5]** 82/24 99/16 129/1 133/7 149/11 [repeated above]

132/7 132/23 133/10 134/8 134/24 135/8 136/4 136/9 136/20 138/1 138/15 141/20 143/2 143/22 144/24 146/23 147/14 147/14
**usdoj.gov [2]** 1/17 1/18
**use [13]** 19/14 19/18 25/22 25/23 45/8 50/1 126/8 139/17 140/9 141/25 147/11 147/20 148/20
**used [14]** 37/14 41/19 74/11 74/11 90/2 97/13 119/13 120/20 139/18 139/19 140/6 140/13 140/19 149/2
**using [1]** 44/25
**usual [1]** 22/1
**usually [5]** 15/16 21/25 86/10 117/18 123/6
**uttered [1]** 152/6
**Uyghurs [1]** 89/4

**V**

**V-a-n-B-e-n-s-c-h-o-t-e-n [1]** 17/14
**vacation [1]** 130/22
**vague [4]** 30/5 30/24 51/15 51/21
**VanBenschoten [1]** 17/14
**various [4]** 84/20 87/24 100/17 147/23
**verdict [1]** 19/4
**version [1]** 39/14
**versus [3]** 5/10 14/18 80/5
**very [29]** 18/18 19/17 23/24 28/13 43/1 43/23 44/15 53/12 55/24 69/14 72/16 74/2 78/7 87/23 99/3 101/2 101/4 101/14 102/6 102/22 109/16 109/23 125/12 129/8 129/10 131/24 133/25 137/10 145/7
**victim [4]** 71/11 94/22 95/6 137/8
**videos [2]** 35/20 62/13
**Vietnam [1]** 70/19
**view [12]** 30/20 39/12 52/23 56/25 82/22 83/23 97/21 119/2 140/8 140/11 140/13 146/5
**viewed [6]** 62/18 84/17 84/18 104/8 106/17 143/21
**views [14]** 26/11 33/1 47/16 47/17 48/17 48/20 49/1 89/8 103/2 129/2 132/19 136/18 136/21 139/23
**violate [1]** 82/10
**violated [2]** 82/19

V Case 1:21-cr-00028-APM Document 113 Filed 02/08/24 Page 175 of 176

**violated... [1]** 82/23
**violates [1]** 21/7
**violation [3]** 83/5 83/11 99/6
**violence [13]** 24/24 26/11 37/15 38/5 42/10 42/13 42/18 42/19 42/20 42/23 46/2 46/7 67/19
**violent [4]** 48/10 49/19 49/20 50/1
**Virginia [1]** 96/16
**visceral [1]** 42/22
**viscerally [1]** 103/13
**voice [5]** 47/25 49/24 90/22 141/7 144/2
**voir [1]** 10/23
**voluntarily [1]** 23/8
**vote [1]** 93/4
**voting [2]** 93/10 119/4
**vs [1]** 1/5

**W**

**wage [1]** 73/19
**waisting [1]** 8/15
**wait [3]** 19/8 82/25 127/13
**waiting [3]** 19/6 19/8 19/10
**walk [1]** 21/16
**walked [1]** 125/2
**walking [2]** 126/22 127/8
**want [25]** 7/8 9/11 9/16 9/22 10/6 10/19 11/6 13/25 14/21 15/2 16/12 26/14 27/18 39/10 42/6 43/4 45/16 45/20 54/2 74/17 103/8 121/20 122/22 145/7 147/20
**wanted [10]** 43/13 78/10 78/15 99/4 133/3 138/9 141/12 143/10 149/14 150/5
**wants [1]** 96/19
**War [2]** 32/5 119/12
**warrants [1]** 8/19
**was [193]**
**Washington [16]** 1/5 1/16 2/4 2/7 2/12 3/3 3/8 3/12 4/5 20/10 59/4 59/9 59/10 59/23 67/19 106/24
**wasn't [10]** 12/15 12/15 35/11 44/21 87/20 103/17 121/8 127/12 152/16 153/2
**wasting [1]** 153/4
**watch [10]** 22/21 35/11 84/23 96/3 97/1 105/17 107/11 113/1 113/9 144/15
**watched [10]** 62/13 84/17 84/25 106/21 107/12 113/4 113/12 142/5 144/19 144/25
**watching [4]** 35/11

**waving [1]** 127/10
**way [22]** 8/14 16/2 17/2 27/5 30/9 36/25 43/17 65/4 75/5 81/23 83/6 92/18 101/25 101/25 102/3 102/16 102/20 114/9 118/20 120/24 140/9 149/25
**ways [1]** 43/11
**we [179]**
**we will [9]** 15/20 16/7 16/8 18/15 18/21 22/4 22/13 23/23 102/16
**we'd [2]** 70/3 78/11
**we'll [12]** 7/18 7/20 8/17 9/1 11/6 17/5 44/12 75/12 75/14 130/14 147/1 153/22
**we're [17]** 7/18 8/15 14/5 14/7 27/20 48/21 72/13 75/13 78/17 84/14 86/23 92/24 112/9 136/2 137/20 142/13 153/22
**we've [6]** 10/24 22/5 75/11 76/16 115/13 147/16
**weakening [1]** 131/1
**weapon [2]** 68/14 68/16
**weapons [2]** 26/9 50/2
**wear [1]** 23/11
**wearing [1]** 23/1
**website [1]** 97/6
**Wednesday [2]** 15/7 147/5
**week [4]** 77/15 93/1 131/17 150/6
**weekday [1]** 35/8
**weekend [1]** 86/14
**weekends [1]** 86/10
**weeks [9]** 15/21 23/15 73/13 77/4 77/12 102/13 130/16 130/19 130/20
**weight [2]** 71/1 118/24
**welcome [4]** 6/2 14/14 58/10 110/5
**well [44]** 6/2 11/4 12/18 12/20 13/8 23/6 26/6 26/14 38/4 38/14 39/7 39/10 39/19 42/17 46/17 49/9 58/9 74/5 81/2 83/2 86/25 88/19 91/13 92/4 98/20 100/24 101/4 103/5 105/15 115/10 119/19 120/17 125/21 128/12 128/15 129/10 129/21 130/13 132/5 133/1 134/7 136/5 140/5 151/16
**went [6]** 33/15 72/2 95/17 103/12 105/20 122/6
**were [100]** 7/22 12/17 12/25 15/8 26/22 28/1

34/25 35/5 38/4 52/1 55/2 55/5 56/13 59/24 59/25 61/1 62/11 64/5 64/6 64/7 64/8 65/17 66/13 67/8 69/3 69/17 73/12 73/17 76/14 77/4 77/11 79/18 80/6 80/7 80/15 81/22 82/6 82/9 82/10 83/20 84/24 85/18 85/19 89/6 89/8 89/15 89/16 89/18 89/19 92/18 93/7 93/9 94/5 97/22 99/10 101/2 101/5 101/7 102/24 104/1 106/7 110/22 110/24 111/1 117/2 118/14 120/17 121/2 121/3 121/21 122/2 122/17 122/18 124/7 124/25 125/7 127/7 127/7 130/19 130/23 135/13 136/15 137/2 137/4 139/13 140/5 141/11 141/16 141/18 144/24 145/1 146/5 149/2 151/21 152/11 153/20
**weren't [1]** 83/17
**West [1]** 3/12
**Western [3]** 111/6 121/23 121/24
**what [163]**
**what's [11]** 24/15 29/1 47/12 54/17 65/1 87/4 96/4 96/20 108/23 123/17 126/25
**whatever [9]** 10/25 19/12 39/13 69/22 88/21 90/10 116/2 131/16 148/24
**when [46]** 9/4 9/17 14/2 15/16 16/21 17/1 22/3 31/10 34/6 39/22 48/13 56/24 59/1 59/7 61/14 67/8 71/14 72/11 74/15 74/16 76/18 76/24 80/1 80/11 87/16 91/23 94/14 101/7 102/10 103/22 110/22 110/24 111/1 111/1 121/21 122/20 123/5 124/13 128/13 131/16 134/20 137/20 145/15 145/16 149/7 150/8
**whenever [1]** 127/1
**where [24]** 9/7 16/6 31/19 52/1 70/22 83/16 95/18 100/13 115/13 118/8 118/13 122/13 122/18 123/3 124/14 124/16 124/17 124/22 125/4 126/23 127/3 127/7 131/10 131/14
**whether [45]** 15/19 24/16 26/22 29/3 32/13 33/12 34/16 36/1 44/6 44/9 47/15 53/21 56/13

63/3 63/11 66/13 68/9 70/3 70/14 71/10 81/12 82/18 84/4 87/14 87/14 89/16 93/15 93/16 93/23 100/21 103/22 107/24 110/9 114/12 126/17 132/18 134/20 138/10 139/24 141/17 143/8
**which [29]** 7/14 11/12 20/4 20/24 21/8 27/3 32/6 41/23 49/10 61/19 67/6 73/9 76/8 83/11 100/17 100/18 110/13 111/8 114/11 114/24 115/11 115/11 117/11 124/3 126/8 131/1 131/3 131/10 147/11
**which one [1]** 111/8
**while [6]** 19/10 19/17 23/1 84/14 97/4 112/9
**whispering [1]** 123/7
**white [3]** 115/11 124/20 128/1
**who [69]** 6/11 6/15 6/18 6/21 6/23 6/24 7/24 10/14 10/15 11/9 11/12 11/17 11/22 13/7 13/9 15/14 20/11 20/14 21/6 23/4 23/5 23/11 31/10 31/14 34/11 35/14 36/4 44/15 44/20 48/7 60/22 60/23 62/24 74/20 76/20 81/20 82/9 83/3 88/24 89/3 91/1 91/3 91/5 94/18 99/10 99/14 101/5 103/5 110/11 110/18 110/18 113/9 114/21 115/14 115/20 118/12 119/9 119/13 121/5 133/9 135/14 136/7 136/21 137/4 137/5 141/13 141/22 143/14 150/20
**who'd [1]** 150/1
**who's [7]** 18/16 31/7 44/22 44/23 94/19 94/22 103/10
**who've [3]** 44/11 94/13 120/14
**whoever [1]** 114/4
**whole [2]** 113/22 122/24
**whom [2]** 16/23 17/17
**whose [1]** 112/10
**why [25]** 7/6 15/25 23/6 24/19 24/25 26/24 43/15 54/24 56/16 56/20 64/6 74/23 75/11 82/18 87/18 103/18 124/9 126/3 126/16 130/4 130/13 132/22 132/22 133/10 134/23
**wife [1]** 32/15
**WiFi [1]** 19/13
**will [87]** 7/3 7/7 7/20 7/22 8/2 8/3 8/4 8/7

63/3 63/11 66/13 68/9
12/3 12/6 13/2 14/1 14/1 15/15 15/16 15/20 15/25 16/2 16/5 16/7 16/8 16/12 16/20 16/21 16/23 18/15 18/21 19/3 19/3 19/5 19/6 19/7 19/8 19/19 20/22 20/24 20/25 21/23 22/4 22/6 22/7 22/13 22/14 22/23 23/3 23/4 23/18 23/21 23/22 23/23 25/23 26/16 28/15 53/15 53/21 54/17 55/11 55/22 57/14 58/5 64/12 70/25 72/17 74/3 78/8 82/21 96/6 100/5 102/7 102/16 109/17 125/16 131/3 131/24 134/1 137/16 142/20 146/21 146/24 146/25 147/21 148/6 148/19
**William [9]** 4/2 5/13 5/22 14/19 17/25 40/11 41/13 155/2 155/8
**William Isaacs [4]** 5/13 14/19 40/11 41/13
**willingness [1]** 15/12
**wing [15]** 30/6 30/6 30/11 39/4 39/5 39/10 39/14 39/16 39/25 79/23 80/18 81/2 81/5 140/19 141/10
**wish [3]** 19/1 19/11 76/5
**wishes [1]** 17/6
**withhold [1]** 126/7
**within [4]** 6/25 39/17 124/2 131/15
**without [2]** 43/12 130/19
**witness [6]** 34/20 117/3 118/21 118/24 118/24 149/3
**witnesses [10]** 7/22 7/24 9/5 10/14 16/23 17/6 17/11 17/22 23/5 112/15
**woman [1]** 18/17
**Women [2]** 37/15 38/5
**won't [1]** 30/14
**Woodward [5]** 3/2 3/2 5/20 7/9 147/3
**Woodward's [1]** 148/2
**word [9]** 8/8 63/8 97/14 128/20 139/18 139/18 139/19 140/13 140/19
**words [4]** 39/4 77/18 140/5 141/25
**work [40]** 16/3 16/11 27/5 31/19 34/2 34/3 37/4 37/6 37/10 37/14 38/17 41/19 42/1 46/14 63/12 63/15 63/20 65/5 69/10 71/6 73/19 74/11 76/17 76/20 76/22 76/23 77/8 77/14 77/19 77/23 78/1 90/11 90/18

**W**

**work... [7]** 91/1 91/6 96/17 107/2 119/11 120/3 130/15
**worked [18]** 36/2 37/19 38/3 38/5 38/5 38/17 63/4 63/16 63/20 70/16 70/20 103/9 103/10 104/5 111/1 111/11 117/7 120/18
**working [12]** 27/6 34/11 35/8 37/9 37/18 37/23 76/10 90/7 90/8 99/23 117/18 131/18
**works [3]** 46/12 46/15 99/24
**World [1]** 32/5
**World War II [1]** 32/5
**worried [1]** 103/17
**worse [1]** 125/7
**worth [1]** 10/4
**would [204]**
**wouldn't [7]** 33/4 65/14 69/24 73/17 73/18 77/24 101/12
**writer [1]** 74/8
**wrong [6]** 14/5 14/6 29/24 123/11 124/6 136/1
**wrote [1]** 97/4

**Y**

**Yale [1]** 114/23
**yeah [80]** 26/16 26/19 30/12 39/7 39/18 40/13 41/5 42/12 42/19 47/22 48/2 48/4 48/8 48/9 48/10 48/12 48/16 48/17 48/24 48/25 49/5 49/18 49/25 50/1 50/2 50/3 50/6 50/16 50/17 51/1 51/13 51/14 52/11 52/12 52/14 52/19 52/21 53/2 53/2 53/4 53/7 73/2 79/7 81/10 83/25 84/9 84/19 85/12 85/22 86/16 87/2 87/8 88/14 91/15 91/25 94/9 97/16 98/18 99/2 101/17 107/15 126/10 127/21 127/22 128/3 128/9 128/19 130/22 133/17 137/9 138/14 138/17 139/2 140/7 140/17 140/21 141/24 142/2 142/9 142/12
**year [6]** 33/24 36/10 90/4 91/22 121/22 142/4
**years [17]** 32/12 32/21 61/3 61/4 61/15 61/21 67/4 68/1 95/1 101/13 104/6 106/10 110/21 119/20 120/18 121/22 128/11
**yelling [2]** 127/2 127/21
**Yep [3]** 81/18 94/23

**yes [113]** 17/24 18/13 24/11 24/19 24/20 26/12 26/13 26/25 27/21 28/5 28/7 29/6 30/22 31/11 31/12 32/7 32/22 33/15 36/23 38/4 38/4 38/11 38/25 40/3 40/17 40/18 40/24 41/9 41/14 42/3 44/12 47/7 47/17 50/22 51/1 52/13 54/13 54/23 54/24 55/16 56/7 56/15 56/17 56/18 57/3 57/18 58/11 58/21 59/10 59/15 59/17 60/8 61/5 61/18 61/22 61/25 63/17 64/23 65/21 66/20 66/23 67/10 70/17 71/24 72/25 73/15 74/7 75/1 76/3 76/12 77/2 77/14 95/15 96/13 97/6 98/15 100/12 101/9 107/17 108/3 108/5 109/19 110/11 110/12 111/15 114/10 118/22 120/16 122/4 122/8 122/11 122/15 122/21 123/14 125/25 126/6 126/19 129/6 130/25 131/18 132/9 133/10 134/10 143/20 146/10 146/17 146/18 148/1 149/10 151/10 152/8 152/25 153/20
**York [1]** 40/12
**you [1114]**
**you do [1]** 109/22
**you know [1]** 97/18
**you or [1]** 128/21
**you understand [1]** 39/2
**you'd [4]** 17/22 41/2 47/15 114/12
**you'll [4]** 16/6 32/24 46/6 47/24
**you're [43]** 9/12 9/13 10/20 11/2 11/17 12/22 23/8 24/10 27/18 28/22 34/2 36/3 42/11 44/13 47/6 56/6 57/19 61/23 62/16 64/22 66/21 68/20 73/10 74/25 76/2 76/9 79/6 90/7 91/2 100/13 101/14 105/2 111/14 116/18 120/4 125/23 125/24 128/18 129/23 131/11 132/8 135/21 152/9
**you're saying [1]** 74/25
**you've [86]** 29/3 30/4 30/19 32/4 32/10 32/20 33/12 35/1 35/3 36/3 40/15 40/22 40/25 45/7 48/13 49/10 49/11 50/5 51/9 51/20 52/1 52/2 60/7 60/21 62/12 62/13

63/20 65/23 66/24 67/12 67/13 67/17 67/18 68/6 69/4 69/22 70/3 71/6 81/12 81/15 85/10 85/11 85/20 86/14 87/4 88/6 88/7 88/11 88/17 89/14 89/23 89/24 93/20 98/7 101/23 105/10 105/12 105/13 106/16 107/24 108/20 108/23 108/24 112/11 112/24 113/11 114/7 114/11 114/15 116/9 118/4 119/6 120/4 120/6 126/12 126/17 128/5 130/7 132/24 134/24 136/4 136/9 143/8
**you've read [1]** 30/4
**you. [1]** 126/3
**you.  And [1]** 126/3
**young [3]** 67/22 72/8 72/14
**younger [2]** 110/22 110/24
**your [347]**
**your Honor [140]** 5/5 5/9 7/12 8/25 9/3 9/4 9/9 9/15 9/21 9/22 10/1 10/13 11/4 11/19 12/20 13/16 13/20 17/8 17/19 18/2 18/13 24/4 28/10 28/11 28/12 28/17 36/21 36/23 43/2 43/19 44/4 45/2 45/3 45/13 45/25 46/11 46/21 46/22 47/2 47/3 49/21 49/22 53/9 53/10 53/11 53/17 53/24 53/25 54/5 54/7 55/19 55/20 55/21 55/25 57/6 58/3 61/6 63/24 64/1 64/2 64/15 66/6 71/21 71/23 72/19 73/23 73/24 74/1 75/15 75/22 78/5 78/6 78/10 79/2 90/17 92/9 95/13 95/15 95/16 99/1 102/23 103/6 103/7 104/11 104/13 104/21 109/11 109/13 109/14 109/15 109/25 110/4 110/12 112/7 112/20 121/15 121/17 121/18 124/5 125/18 129/12 129/13 129/14 129/18 131/20 131/21 131/22 131/23 132/1 132/4 133/20 133/21 133/22 133/23 133/24 134/4 137/12 137/13 137/14 137/18 137/22 141/5 142/15 142/16 142/17 142/18 142/24 145/12 147/15 148/1 149/1 149/10 149/12 149/23 150/3 151/5 152/8 152/15 153/1 153/9

**your time [1]** 129/17
**yours [2]** 33/2 89/8
**yourself [11]** 23/6 26/22 35/14 62/23 68/15 76/20 104/24 117/21 126/18 128/5 137/8
**yourselves [2]** 14/22 19/12

**Z**

**Zaremba [3]** 4/2 155/2 155/8
**Zsuzsa [1]** 3/6