UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-cr-28-APM |
| | : | |
| **DONOVAN CROWL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America respectfully requests that the Court continue Defendant Donovan Crowl's sentencing hearing, which the Court recently re-scheduled for October 11, 2024. Unfortunately, undersigned government counsel will both be out of the office that day on pre-arranged leave that would be difficult to change. The government has consulted with counsel for the defendant, who does not oppose continuing the sentencing. Defense counsel has a several-week, multi-defendant trial beginning October 15, as well as a complicated brief due to the D.C. Circuit at the end of October, so the defense requests a new sentencing date in late November or December. The government's only unavailable dates in November/December are November 7-8.

WHEREFORE, the United States respectfully requests that the Court continue the defendant's sentencing.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/
Kathryn L. Rakoczy
D.C. Bar No. 994559
Alexandra S. Hughes
Assistant United States Attorneys