UNITED STATE DISTRICT COURT
DISTRICT OF COULUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 21-CR-28 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
| Defendant | ) | |

### MOTION FOR IMMEDIATE TERMINATIOIN OF PROBATION

Defendant William Isaacs, by the undersigned counsel, hereby files with this Honorable Court a motion for immediate termination of probation.

In support of the motion, Defendant states as follows:

1. The United States does not oppose this motion.

2. On January 27, 2025, the Defendant received a Certificate of Pardon (attached).

WHEREFORE, the Defendant respectfully requests that the Court grant this motion by submission and without the need for a hearing.

Respectfully submitted,

_____/S/_____
Gene Rossi, Esquire
D.C. Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Charles M. Greene, Esquire
Florida Bar No. 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, Florida 32801
Telephone: 407-648-1700

Email:  cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above motion was filed with the Clerk of the Court via ECF on Tuesday, January 28, 2025.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire
